UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) vs. ) BURTON DOUGLAS MORRISS, et al., ) ) Defendants. ) | Case No. 4:12-CV-80 (CEJ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the receiver's third interim application for allowance and payment of fees and expenses incurred by the receiver, retained counsel, and other professionals.  This application covers fees and expenses incurred during the period of July 1, 2012, through September 30, 2012.  The receiver submitted the application to the Securities and Exchange Commission for approval before filing it with the Court.  In addition, the receiver posted the application on a website available to all investors and other interested parties.  No objection has been filed.

The receiver seeks 80% of the total amount of legal and professional fees and 100% of the costs, without prejudice to a further application for payment of the remaining 20% of the fees.  The Court has reviewed the application and supporting documentation and concludes that the requested fees and costs are reasonable and appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that the receiver's third interim application for fees and expenses [Doc. #221] is **granted**.

**IT IS FURTHER ORDERED** that the following fees and expenses are allowed and the receiver is authorized to make the following payments out of the assets of the receivership estate:

(1) $120,819.00 in legal fees and $1,125.63 in costs to Thompson Coburn, LLP;

(2) $8,133.30 in professional fees to Segue Equity Group;

(3) $560.00 in professional fees to FTL Capital, LLC; and

(4) $34,055.59 in professional fees and $105.45 in expenses to CliftonLarsonAllen LLP.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 11th day of February, 2013.