# INVOICE SUMMARY

<u>Thompson Coburn LLP – October 2012</u>

Acartha Group Receivership
Fees                                $29,068.30
Disbursements             $     257.62

Goodman Lawsuit
Fees                                $25,558.23
Disbursements             $      10.56

Morriss Holdings, LLC
Fees                                $     417.35
Disbursements             $     162.96

<u>Thompson Coburn LLP – November 2012</u>

Acartha Group Receivership
Fees                                $31,816.35
Disbursements             $     320.78

Goodman Lawsuit
Fees                                $ 27,904.65
Disbursements             $       1.12

Morriss Holdings, LLC
Fees                                $     402.90

<u>Thompson Coburn LLP – December 2012</u>

Acartha Group Receivership
Fees                                $14,224.32
Disbursements             $     111.37

Goodman Lawsuit
Fees                                $22,341.40
Disbursements             $       2.00

Morriss Holdings, LLC
Fees                                $ 1,491.75
Disbursements             $       6.16

**Thompson Coburn TOTAL**                                                               **$154,097.82**

## INVOICE SUMMARY

Segue Equity Group – October/November 2012
$ 4,069.51

Segue Equity Group – December 2012
$ 411.25

**Segue TOTAL**  **$ 4,480.76**

FTL Capital – November 2012
$ 700.00

**FTL Capital TOTAL**  **$ 700.00**

CliftonLarsonAllen – October – December 2012
Fees $ 1,908.50

**CliftonLarsonAllen TOTAL**  **$ 1,908.50**

**GRAND TOTAL**  **$161,187.08**

**EXHIBIT C**