# EXHIBIT C

# INVOICE SUMMARY

### Thompson Coburn LLP – January 2013

Acartha Group Receivership
Fees                                        $18,906.55
Disbursements                  $     886.71

Goodman Lawsuit/Litigation Defense
Fees                                        $58,576.05

Acartha Interpleader
Fees                                        $  1,136.45

### Thompson Coburn LLP – February 2013

Acartha Group Receivership
Fees                                        $21,717.50
Disbursements                  $  1,006.19

Goodman Lawsuit/Litigation Defense
Fees                                        $18,824.52
Disbursements                  $     812.80

Morriss Holdings, LLC
Fees                                        $     306.85

Acartha Interpleader
Fees                                        $  1,626.05

### Thompson Coburn LLP – March 2013

Acartha Group Receivership
Fees                                        $38,460.37
Disbursements                  $     506.46

Goodman Lawsuit/Litigation Defense
Fees                                        $14,178.00
Disbursements                  $  1,307.17

Acartha Interpleader
Fees                                        $     617.10

**Thompson Coburn TOTAL**                                                     **$178,868.77**

**Segue Equity Group – January 2013**
$ 2,640.18

**Segue Equity Group – February 2013**
$ 5,244.51

**Segue Equity Group – March 2013**
$ 9,550.49

| | |
|---|---:|
| **Segue TOTAL** | **$ 17,435.18** |

**CliftonLarsonAllen –**
Fees           $16,387.00
Expenses       $ 2,024.65

**CliftonLarsonAllen –**
Fees           $ 6,960.00

| | |
|---|---:|
| **CliftonLarsonAllen TOTAL** | **$ 25,371.65** |
| **GRAND TOTAL** | **$221,675.60** |

# AGGREGATE SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME AND FEES

| Thompson Coburn ATTORNEY | NUMBER OF HOURS | BILL AMOUNT |
|---|---|---|
| Buchholz, Edward | 3.1 | 1,343.85 |
| Darrough, Matthew | 7.3 | 2,482.00 |
| Higgins, Stephen | 138.3 | 59,953.05 |
| Kraft, Kathleen | 49.6 | 14,756.00 |
| Kelly, Cheryl | 9.1 | 3,210.03 |
| Lamping, Brian | 19.7 | 4,353.70 |
| Mangian, David | 4.2 | 856.80 |
| Reid, Christopher | 9.6 | 3,712.80 |
| Schenk, Claire | 215.8 | 78,874.90 |
| **TOTAL ATTORNEY HOURS** | **456.7** | **169,543.13** |
| | | |
| **PARALEGAL/OTHER PROFESSIONALS** | **NUMBER OF HOURS** | **BILL AMOUNT** |
| Light, Lynnda | 10.1 | 1,674.08 |
| Parish, Miriam | 1.3 | 198.90 |
| Weber, Holly | 20.3 | 2,933.35 |
| **Total Paralegal/Other Professionals** | **31.7** | **4,806.33** |
| | | |
| **Grand Total** | **488.4** | **174,349.45** |

| Segue FUND MANAGER | NUMBER OF HOURS | BILL AMOUNT |
|---|---|---|
| Michelle Murray | 31.0 | 7,246.28 |
| Joe Nguyen | 18.4 | 3,312.00 |
| Amy Reagan | 84.9 | 6,876.90 |
| | | |
| **Grand Total** | **134.3** | **17,435.18** |

| ACCOUNTANT | NUMBER OF HOURS | BILL AMOUNT |
|---|---|---|
| CliftonLarsonAllen | 87.65 | 16,387.00 |
| CliftonLarsonAllen | 17.40 | 6,960.00 |
| | | |
| **Grand Total** | **105.05** | **23,347.00** |