UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BURTON DOUGLAS MORRISS, ACARTHA GROUP, LLC, MIC VII, LLC, ACARTHA TECHNOLOGY PARTNERS, LP, and GRYPHON INVESTMENTS III, LLC, <br><br> Defendants, and <br><br> MORRISS HOLDINGS, LLC, <br><br> Relief Defendant. | Case No. 4:12-CV-00080-CEJ |

**MOTION TO WITHDRAW**

COME NOW Catherine L. Hanaway and Lisa Ottolini and for their Motion to Withdraw as Counsel for Defendant Burton Douglas Morriss state as follows:

1. Catherine L. Hanaway and Lisa Ottolini are joining Husch Blackwell, LLP effective September 3, 2013.

2. Husch Blackwell, LLP was previously local counsel in Ron Nixon, et al. vs. B. Douglas Morriss, et al., Case No. 11SL-CC04718.

3. John R. Ashcroft of The Ashcroft Law Firm, who is already an attorney of record for Defendant Morriss and Matthew Bartle of Bartle & Marcus LLC have agreed to represent Defendant.

For these reasons, Catherine L. Hanaway and Lisa Ottolini respectfully request this Court to enter an Order allowing them to withdraw as counsel for Mr. Morriss.

                                       Respectfully Submitted,

                                       ASHCROFT HANAWAY, LLC

                                       By: /s/ Catherine L. Hanaway
                                             Catherine L. Hanaway, #41208MO
                                           222 S. Central Avenue, Suite 110
                                           St. Louis, MO 63105
                                           Phone: (314) 863-7001
                                           Fax: (314) 863-7008
                                           chanaway@ashcroftlawfirm.com


                                       By: /s/ Lisa Ottolini
                                           Lisa Ottolini, #39870MO
                                           222 S. Central Avenue, Suite 110
                                           St. Louis, MO 63105
                                           Phone: (314) 863-7001
                                           Fax: (314) 863-7008
                                           lottolini@ashcroftlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Stephen B. Higgins
Brian A. Lamping
THOMPSON COBURN, LLP
One US Bank Plaza
St. Louis, MO 63101
314-552-6047
314-552-7047 (fax)

Brian T. James
Robert K. Levenson
Securities and Exchange Commission
801 Brickell Avenue
Suite 1800
Miami, FL 33131
305-982-6300
305-536-4146 (fax)

I further certify that I served the foregoing document on the following via U.S. mail, postage prepaid:

Morriss Holdings, LLC
P.O. Box 50416
St. Louis, MO 63105

Morriss Holdings, LLC
c/o CSC-Lawyers Incorporating Service Company
221 Bolivar Street
Jefferson City, MO 65101

    /s/ Catherine L. Hanaway
Catherine L. Hanaway, # 41208MO
Attorney for Defendant Burton Douglas Morriss