# EXHIBIT C
## INVOICE SUMMARY

### Thompson Coburn LLP: July 2013

Acartha Group Receivership
    Fees                                     $ 47,875.40
    Disbursements             $     179.59

Litigation Defense
    Fees                                         $ 6,250.05

Morriss Holdings, LLC
    Fees                                         $ 2,318.37
    Disbursements             $       8.64

Acartha Interpleader
    Fees                                         $ 1,341.30
    Disbursements             $     297.10

### Thompson Coburn LLP: August 2013

Acartha Group Receivership
    Fees                                       $39,462.95
    Disbursements             $     165.44

Litigation Defense
    Fees                                       $ 1,133.05

Morriss Holdings, LLC
    Fees                                         $     788.80
    Disbursements             $       0.32

### Thompson Coburn LLP: September 2013

Acartha Group Receivership
    Fees                                       $24,229.25
    Disbursements             $      58.00

Morriss Holdings, LLC
    Fees                                       $     153.85

**Thompson Coburn TOTAL**                                       **$124,262.11**

**Segue Equity Group: July 2013 – September 2013**

| | |
|---|---|
| July Fees | $ 1,298.95 |
| August Fees | $ 300.98 |
| September Fees | $ 449.26 |

**Segue TOTAL** — **$ 2,049.19**

**CliftonLarsonAllen: July 2013 – September 2013**

| | |
|---|---|
| Fees | $ 25,069.00 |
| Expenses | $ 110.79 |

**CliftonLarsonAllen TOTAL** — **$25,179.79**

**GRAND TOTAL** — **$151,491.09**

# AGGREGATE SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME AND FEES

| Thompson Coburn ATTORNEY | NUMBER OF HOURS | BILL AMOUNT |
|---|---:|---:|
| Darrough, Matthew | 0.3 | 102.00 |
| Higgins, Stephen | 22.7 | 9,840.45 |
| Kelly, Cheryl | 3.9 | 1,375.73 |
| Kraft, Kathleen | 69.6 | 20,706.00 |
| Lamping, Brian | 22.7 | 5,016.70 |
| Reid, Christopher | 13.6 | 5,259.80 |
| Schenk, Claire | 207.6 | 75,877.80 |
| **TOTAL ATTORNEY HOURS** | **340.4** | **118,178.48** |
| | | |
| **PARALEGAL/OTHER PROFESSIONALS** | **NUMBER OF HOURS** | **BILL AMOUNT** |
| Hundley, Ean | 21.5 | 3,380.88 |
| Muzzarelli, Jolene | 2.3 | 303.03 |
| Weber, Holly | 11.7 | 1,690.65 |
| **Total Paralegal/Other Professionals** | **35.5** | **5,374.56** |
| | | |
| **Grand Total** | **375.9** | **$123,553.04** |

| Segue FUND MANAGER | NUMBER OF HOURS | BILL AMOUNT |
|---|---:|---:|
| Michelle Murray | 3.2 | 780.73 |
| Amy Reagan | 15.6 | 1,268.46 |
| | | |
| **Grand Total** | **18.8** | **2,049.19** |

| ACCOUNTANT | NUMBER OF HOURS | BILL AMOUNT |
|---|---:|---:|
| CliftonLarsonAllen | 121.7 | 25,069.00 |
| | | |
| **Grand Total** | | **25,069.00** |