# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) vs. ) ) BURTON DOUGLAS MORRISS, *et al.*, ) ) Defendants, ) | Case No.: 4:12-cv-00080-CEJ |

## MOTION OF MIKE MCDANIEL TO INTERVENE FOR THE PURPOSE OF OBTAINING INFORMATION AS TO THE RECEIVER'S MOTION FOR SALE OF PREFERRED AND COMMON SHARES OF POLLEN, INC.

Mike McDaniel hereby requests pursuant to Fed.R.Civ.P. 24(a)(2) that he be granted leave to intervene for the purpose of requesting information, as set forth in the pleading filed contemporaneously herewith, and for objecting, if necessary, to *Receiver's Motion for Sale of Preferred and Common Shares of Pollen, Inc.* (the "Motion"). McDaniel is entitled to intervene as of right under Rule 24(a)(2) because he claims an interest in the property being sold, as set forth in greater detail in his request for information filed with this motion, and is so situated that disposing of this matter will impair or impede his ability to protect that interest, and no existing party adequately represents that interest.

Respectfully submitted,

**SHER CORWIN WINTERS, LLC**

/s/ David S. Corwin
David S. Corwin, #38360MO
Richard P. Sher, #4351
Vicki L. Little, #3690
190 Carondelet Plaza
Suite 1100
St. Louis, Missouri 63105
Tel: (314) 721-5200
Fax (314) 721-5201

*Attorneys for Mike McDaniel*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing on December 4, 2013 with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

Stephen B. Higgins
Brian A. Lamping
Kathleen E. Kraft
THOMPSON COBURN, LLP
One US Bank Plaza
St. Louis, MO 63101

Robert K. Levenson
Brian T. James
Securities and Exchange Commission
801 Brickell Ave.
Suite 1800
Miami, FL 33131

John R. Ashcroft
222 South Central Ave., Suite 110
St. Louis, MO 63105

/s/ David S. Corwin