UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

CASE NO. 4:12-CV-00080 CEJ

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| BURTON DOUGLAS MORRISS, | ) |
| ACARTHA GROUP, LLC, | ) |
| MIC VII, LLC, | ) |
| ACARTHA TECHNOLOGY PARTNERS, LP, and | ) |
| GRYPHON INVESTMENTS III, LLC | ) |
| | ) |
| Defendants, and | ) |
| | ) |
| MORRISS HOLDINGS, LLC, | ) |
| | ) |
| Relief Defendant. | ) |

## FINAL JUDGMENT AS TO DEFENDANT BURTON DOUGLAS MORRISS

The Securities and Exchange Commission having filed a complaint, and Defendant Burton Douglas Morriss having: entered a general appearance; consented to the Court's jurisdiction over him and the subject matter of this action; consented to entry of this Judgment without admitting or denying the allegations of the complaint (except as to personal and subject matter jurisdiction, which Morriss admits); waived findings of fact and conclusions of law; and waived any right to appeal from this Judgment:

## DISGORGEMENT AND PREJUDGMENT INTEREST

**IT IS ORDERED AND ADJUDGED** that Morriss is liable for disgorgement of $9.1 million, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest of $416,090.71. Morriss shall satisfy this obligation by paying $9,516,090.71 within 14 days after the entry of this Final Judgment.

Morriss may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account or by credit or debit card via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Burton Douglas Morriss as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Morriss shall simultaneously transmit photocopies of evidence of payment and case identifying information to: Robert K. Levenson, Regional Trial Counsel, U.S. Securities & Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, FL, 33131. By making this payment, Morriss relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to him. The Commission shall hold any funds collected pursuant to this Final Judgment for possible distribution to investors, through the Court-appointed Receiver or otherwise, pending further order of the Court.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. Morriss shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## CIVIL PENALTY

The Commission's claim for a civil penalty against Morriss is dismissed.

**DONE AND ORDERED** in Chambers at St. Louis, Missouri, this 26th day of February, 2014.

*Carol E. Jackson*
**CAROL E. JACKSON**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record

3