# EXHIBIT C
## INVOICE SUMMARY

### Thompson Coburn LLP:  January 2014
Acartha Group Receivership
    Fees                               $ 55,854.18
    Disbursements            $     121.07

▮ Litigation
    Fees                               $  5,667.37

### Thompson Coburn LLP:  February 2014
Acartha Group Receivership
    Fees                               $ 32,088.52
    Disbursements            $      93.20

▮ Litigation
    Fees                               $  2,229.55

### Thompson Coburn LLP:  March 2014
Acartha Group Receivership
    Fees                               $ 17,152.57
    Disbursements            $      26.34

▮ Litigation
    Fees                               $  2,268.65

**Thompson Coburn TOTAL**                                               **$115,501.45**

**Segue Equity Group:  January – March 2014**

| | |
|---|---|
| January Fees | $ 3,200.09 |
| February Fees | $    272.79 |
| March Fees | $ 1,044.04 |

**Segue TOTAL**                                                                                             **$4,516.92**

**CliftonLarsonAllen: January – March 2014**

| | |
|---|---|
| Fees | $  640.00 |
| | $1,169.00 |
| | $  440.00 |
| | $  330.00 |
| | $3,870.75 |

**CliftonLarsonAllen TOTAL**                                                                     **$ 6,449.75**

**GRAND TOTAL**                                                                                             **$126,468.12**

# AGGREGATE SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME AND FEES[1]

| Thompson Coburn ATTORNEY | NUMBER OF HOURS | BILL AMOUNT |
|---|---:|---:|
| Kelly, Cheryl | 7.5 | 2,645.63 |
| Kraft, Kathleen | 141.5 | 46,723.25 |
| Lamping, Brian | 2.0 | 442.00 |
| Rust, Jayna | 147.1 | 42,270.55 |
| Schenk, Claire | 122.1 | 44,188.95 |
| **Total Attorney Hours** | **420.2** | **136,270.38** |
| | | |
| **PARALEGAL/OTHER PROFESSIONALS** | **NUMBER OF HOURS** | **BILL AMOUNT** |
| Hundley, Ean | 28.6 | 4,465.90 |
| Light, Lynnda | 0.9 | 149.18 |
| Weber, Holly | 2.0 | 289.00 |
| | | |
| **Total Paralegal/Other Professionals** | **31.5** | **4,904.08** |
| | | |
| **Grand Total** | **451.7** | **$141,174.46** |

| Segue FUND MANAGER | NUMBER OF HOURS | BILL AMOUNT |
|---|---:|---:|
| Michelle Murray | 16.1 | 3,740.94 |
| Amy Reagan | 5.8 | 472.23 |
| Lisa McDonald | 2.2 | 182.25 |
| Luke McGowan | 1.6 | 121.50 |
| | | |
| **Grand Total** | **25.7** | **$4,516.92** |

| ACCOUNTANT | NUMBER OF HOURS | BILL AMOUNT |
|---|---:|---:|
| CliftonLarsonAllen | 29.0 | 6,449.75 |
| | | |
| **Grand Total** | | **$6,449.75** |

---

[1] This aggregate summary includes hours billed but written off by the Receiver.