# EXHIBIT C
## INVOICE SUMMARY

### Thompson Coburn LLP:  April 2014
Acartha Group Receivership
    Fees                                  $ 24,541.62
    Disbursements             $      29.16

█ Litigation
    Fees                                  $   1,984.75
    Disbursements             $       0.96

### Thompson Coburn LLP:  May 2014
Acartha Group Receivership
    Fees                                  $ 21,015.48
    Disbursements             $      57.39

█ Litigation
    Fees                                  $   2,010.25

### Thompson Coburn LLP:  June 2014
Acartha Group Receivership
    Fees                                  $ 23,740.41
    Disbursements             $      52.76

█ Litigation
    Fees                                  $   3,018.01

**Thompson Coburn TOTAL**                                             **$ 76,450.79**

**Segue Equity Group: April – June 2014**

| | |
|---|---|
| April Fees | $ 2,133.58 |
| May Fees | $ 2,098.88 |
| June Fees | $ 4,145.00 |

**Segue TOTAL** — $8,377.46

**CliftonLarsonAllen: April – June 2014**

| | |
|---|---|
| Fees | $2,427.50 |
| Disbursements | $ 453.72 |
| | $ 825.00 |
| | $1,080.00 |
| | $2,985.00 |
| Less credit to March invoice | ($ 385.00) |

(Original March invoice $3,870.75; revised $3,485.75)

**CliftonLarsonAllen TOTAL** — $ 7,386.22

**GRAND TOTAL** — $ 92,214.47

# AGGREGATE SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME AND FEES[1]

| Thompson Coburn ATTORNEY | NUMBER OF HOURS | BILL AMOUNT |
|---|---:|---:|
| Buchholz, Edward | 1.0 | 260.10 |
| Kappas, Nicholas | 5.9 | 1,478.58 |
| Kelly, Cheryl | 6.4 | 2,151.78 |
| Kraft, Kathleen | 40.3 | 11,522.00 |
| Reid, Christopher | 7.1 | 2,745.93 |
| Rust, Jayna | 69.1 | 16,078.98 |
| Schenk, Claire | 132.3 | 46,162.65 |
| **Total Attorney Hours** | **262.1** | **80,400.02** |

| PARALEGAL/OTHER PROFESSIONALS | NUMBER OF HOURS | BILL AMOUNT |
|---|---:|---:|
| Hundley, Ean | 3.0 | 471.75 |
| Light, Lynnda | 2.1 | 348.08 |
| Weber, Holly | 3.5 | 505.75 |
| **Total Paralegal/Other Professionals** | **8.6** | **1,325.58** |
| | | |
| **Grand Total** | **270.7** | **$81,725.60** |

| Segue FUND MANAGER | NUMBER OF HOURS | BILL AMOUNT |
|---|---:|---:|
| Michelle Murray | 29.8 | 6,743.69 |
| Lisa McDonald | 5.4 | 439.02 |
| Luke McGowan | 14.7 | 1,194.75 |
| | | |
| **Grand Total** | **49.9** | **$8,377.46** |

| ACCOUNTANT | NUMBER OF HOURS | BILL AMOUNT |
|---|---:|---:|
| CliftonLarsonAllen | 33.5 | 6,932.50 |
| | | |
| **Grand Total** | | **$6,932.50** |

---

[1] This aggregate summary includes hours billed but written off by the Receiver.