# EXHIBIT C
# INVOICE SUMMARY

### Thompson Coburn LLP: July 2014

Acartha Group Receivership
    Fees                                  $ 34,967.72
    Disbursements             $      47.54

UHY Litigation
    Fees                                  $  4,169.25
    Disbursements             $       1.04

### Thompson Coburn LLP: August 2014

Acartha Group Receivership
    Fees                                  $ 26,405.67
    Disbursements             $    123.20

UHY Litigation
    Fees                                  $  2,202.35
    Disbursements             $     11.40

### Thompson Coburn LLP: September 2014

Acartha Group Receivership
    Fees                                  $ 16,828.72
    Disbursements             $     60.92

UHY Litigation
    Fees                                  $  1,385.50
    Disbursements             $     11.40

**Thompson Coburn TOTAL**                                                  **$ 86,214.71**

**Segue Equity Group: July -- September 2014**

| | |
|---|---|
| July Fees | $ 1,745.26 |
| August Fees | $ 200.49 |
| September Fees | $ 119.19 |

**Segue TOTAL**  $ 2,064.94

**CliftonLarsonAllen: July – September 2014**

August
    Fees    $11,220.00
    Disbursements    $ 344.15

September
    Fees    $ 5,275.00
    Disbursements    $ 13.01

**CliftonLarsonAllen TOTAL**  $16,852.16

**Spencer Fane Britt & Browne: July – September 2014**

September
    Disbursements    $ 580.98

**Spencer Fane Britt & Browne TOTAL**  $ 580.98

**GRAND TOTAL**  $105,712.79

# AGGREGATE SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME AND FEES[1]

| Thompson Coburn ATTORNEY | NUMBER OF HOURS | BILL AMOUNT |
|---|---:|---:|
| Kelly, Cheryl | 10.0 | 3,527.50 |
| Kraft, Kathleen | 39.3 | 11,691.75 |
| Lamping, Brian | 18.0 | 3,978.00 |
| Reid, Christopher | 5.2 | 2,011.10 |
| Rust, Jayna | 60.3 | 15,120.23 |
| Sanocki, Kristen | 20.4 | 3,901.50 |
| Schenk, Claire | 117.8 | 43,055.90 |
| **Total Attorney Hours** | **271.0** | **$83,285.98** |
| **PARALEGAL/OTHER PROFESSIONALS** | **NUMBER OF HOURS** | **BILL AMOUNT** |
| Hundley, Ean | 3.4 | 534.65 |
| Weber, Holly | 14.8 | 2,138.60 |
| **Total Paralegal/Other Professionals** | **18.2** | **$2,673.25** |
| | | |
| **Grand Total** | **289.2** | **$85,959.23** |

| Segue FUND MANAGER | NUMBER OF HOURS | BILL AMOUNT |
|---|---:|---:|
| Michelle Murray | 2.4 | 525.94 |
| Lisa McDonald | .1 | 6.48 |
| Luke McGowan | 19.0 | 1,532.52 |
| | | |
| **Grand Total** | **21.5** | **$2,064.94** |

| ACCOUNTANT | NUMBER OF HOURS | BILL AMOUNT |
|---|---:|---:|
| CliftonLarsonAllen | | $16,495.00 |
| | | |
| **Grand Total** | | **$16,495.00** |

---

[1] This aggregate summary includes hours billed but written off by the Receiver.