UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) vs. ) BURTON DOUGLAS MORRISS, et al., ) ) Defendants. ) | Case No. 4:12-CV-80 (CEJ) |

### ORDER

**IT IS HEREBY ORDERED** that the Receiver's motion for order approving and confirming the Twelfth Interim Status Report [Doc. #358] is **granted**.

**IT IS FURTHER ORDERED** that the Twelfth Interim Status Report of the Receiver for the period August 13, 2014 through December 4, 2014, and every act and transaction reported therein, are **approved and confirmed**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 7th day of January, 2015.