**EXHIBIT C**
**INVOICE SUMMARY**

### Thompson Coburn LLP:  October 2014

Acartha Group Receivership
    Fees                             $ 10,370.85
    Disbursements           $       37.12

UHY Litigation
    Fees                             $   5,994.20
    Disbursements           $     676.42

### Thompson Coburn LLP:  November 2014

Acartha Group Receivership
    Fees                             $ 12,197.50
    Disbursements           $       11.52

UHY Litigation
    Fees                             $   1,864.05
    Disbursements           $        -0-

### Thompson Coburn LLP:  December 2014

Acartha Group Receivership
    Fees                             $ 20,743.40
    Disbursements           $       16.24

UHY Litigation
    Fees                             $   6,779.60
    Disbursements           $        -0-

**Thompson Coburn TOTAL**                                          **$ 58,690.90**

**Segue Equity Group:  October – December 2014**

| | |
|---|---|
| October Fees | $ 1,440.24 |
| November Fees | $   313.18 |
| December Fees | $   487.75 |

**Segue TOTAL** — **$ 2,241.17**

**CliftonLarsonAllen:  October – December 2014**

October
- Fees — $ 1,441.00
- Disbursements — $   -0-

November
- Fees — $ 1,556.50
- Disbursements — $   -0-

December
- Fees — $   -0-
- Disbursements — $   -0-

**CliftonLarsonAllen TOTAL** — **$ 2,997.50**

**Spencer Fane Britt & Browne:  October – December 2014**

October
- Disbursements — $   266.40

November
- Disbursements — $   795.46

December
- Disbursements — $   -0-

**Spencer Fane Britt & Browne TOTAL** — **$ 1,061.86**

**GRAND TOTAL** — **$ 64,991.43**

## AGGREGATE SUMMARY OF PROFESSIONAL
## AND PARAPROFESSIONAL TIME AND FEES[1]

| Thompson Coburn ATTORNEY | NUMBER OF HOURS | BILL AMOUNT |
|---|---:|---:|
| Higgins, Stephen | 9.4 | 4,074.90 |
| Kelly, Cheryl | 53.9 | 19,013.23 |
| Kraft, Kathleen | 13.3 | 1,695.75 |
| Lamping, Brian | 3.7 | 817.70 |
| Rust, Jayna | 14.3 | 3,410.20 |
| Sanocki, Kristen | 5.3 | 1,013.63 |
| Schenk, Claire | 81.1 | 27,924.20 |
| **Total Attorney Hours** | **181.0** | **$57,949.61** |
| | | |
| **Grand Total** | **181.0** | **$57,949.61** |

| Segue FUND MANAGER | NUMBER OF HOURS | BILL AMOUNT |
|---|---:|---:|
| Michelle Murray | 4.3 | 1,026.17 |
| Luke McGowan | 14.9 | 1,215.00 |
| | | |
| **Grand Total** | **19.2** | **$2,241.17** |

| ACCOUNTANT | NUMBER OF HOURS | BILL AMOUNT |
|---|---:|---:|
| CliftonLarsonAllen | | $2,997.50 |
| | | |
| **Grand Total** | | **$2,997.50** |

---

[1] This aggregate summary includes hours billed but written off by the Receiver.