**THOMPSON COBURN** LLP

Remit To:
P.O. Box 18379M
St. Louis, Missouri   63195

ACH Instructions:
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number: ▮▮▮▮▮
Account Number: ▮▮▮▮▮
Please reference invoice number(s).

For Wire Transfer Instructions or Other
Communications Please Contact:
314-552-6000
AccountsReceivable@ThompsonCoburn.com

December 31, 2014
Invoice #3074495

U.S. District Court Eastern District of Missouri
Attn:   Hon. Carol E Jackson
Thomas F. Eagleton Courthouse
111 S. 10th Street
3rd Floor
St. Louis, Missouri   63102

TIN ▮▮▮▮▮

For Legal Services Rendered in Connection With:

Acartha Group Receivership
TC File:   54464 / 102286

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 09/05/14 | K. Sanocki | Research Missouri law on claims receiver can assert ▮▮▮▮ | B300 | B310 | 4.30 |
| 10/01/14 | C. Kelly | Communications with D. Sosne re meeting of creditors | B100 | B110 | 0.30 |
| 10/01/14 | B. Lamping | Draft PPT presentations re claims against ▮▮▮▮ | B100 | B110 | 0.50 |
| 10/01/14 | K. Sanocki | Consider strategy and next steps in pursuing ▮▮▮▮ | B100 | B110 | 0.50 |
| 10/01/14 | K. Sanocki | Prepare presentation for ▮▮▮▮ ▮▮▮▮ on claims associated with ▮▮▮▮ | B100 | B110 | 0.50 |
| 10/01/14 | C. Schenk | Seek advice of B. Lamping re ▮▮▮▮, provide follow-up information relevant to claims | B100 | B110 | 0.20 |
| 10/01/14 | C. Schenk | Review request of investor re K-1st, seek advice of K. Kraft | B100 | B110 | 0.20 |
| 10/02/14 | C. Schenk | Review slide deck presentation and materials for board call, communication with Segue re same | B100 | B110 | 0.30 |
| 10/02/14 | C. Schenk | Attention to investor query re K-1s | B200 | B210 | 0.20 |
| 10/03/14 | C. Schenk | Prepare for board call (.3); Participate in ▮▮▮▮ board call (1.3) | B200 | B210 | 1.60 |

*Invoice*

**EXHIBIT D-1A**

December 31, 2014
Invoice #3074495
Page 2

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|------|------|-------------|-------|------|-------|
| 10/06/14 | C. Kelly | Review and respond to message from D. Sosne re scheduling of 341 meeting (.3); report to receiver re same and identify open issues (.3) | B100 | B110 | 0.60 |
| 10/07/14 | J. Rust | Analysis of late filed claim and review relevant documents | B300 | B310 | 1.00 |
| 10/07/14 | J. Rust | Advise Receiver re same | B300 | B310 | 0.20 |
| 10/07/14 | C. Schenk | **NO CHARGE** organize materials for fee application | B100 | B110 | 0.50 |
| 10/07/14 | C. Schenk | Attention to vendor payments (.3); review bank accounts statements for Parkside, USB and EastWest for September, move funds for vendor payments (.5); attention to tax records (.2) | B100 | B110 | 1.00 |
| 10/07/14 | C. Schenk | Review and execute agreement involving A. Patel (.3); analysis of next steps re UHY claim against estate (.3); analysis of issues pertaining to potentially late filed claim by ▮▮▮ (.2) | B300 | B310 | 0.80 |
| 10/08/14 | B. Lamping | Analysis of claims against ▮▮▮ ▮▮▮ | B100 | B110 | 0.80 |
| 10/08/14 | C. Schenk | Meet with B. Lamping to discuss ▮▮▮ ▮▮▮ | B100 | B110 | 0.50 |
| 10/09/14 | C. Schenk | Review Segue September invoice | B100 | B110 | 0.10 |
| 10/10/14 | C. Schenk | Communication with vendor re payment | B100 | B110 | 0.10 |
| 10/14/14 | J. Rust | Review last filed claimant ▮▮▮ and draft letter to ▮▮▮ draft a notice of deficiency | B300 | B310 | 1.40 |
| 10/14/14 | C. Schenk | Review notice to claimant ▮▮▮ and communications with J. Rust re same | B300 | B310 | 0.20 |
| 10/15/14 | J. Rust | Analyze claims bar date orders and other documents to ascertain whether proposed response ▮▮▮ is allowed and provide report back to Receiver | B300 | B310 | 0.60 |
| 10/15/14 | J. Rust | **NO CHARGE** Revise notice and letter to correct errors and coordinate with staff to send to ▮▮▮ | B300 | B310 | 0.70 |
| 10/16/14 | K. Kraft | Exchange communications with T. McDonough re executed Patel release and timing for court approval of release | B300 | B310 | 0.10 |

*Invoice*                                                                 *Payment Due Upon Receipt*

December 31, 2014
Invoice #3074495
Page 3

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 10/20/14 | C. Kelly | Review communications from Trustee re 341 meeting and pre-sentencing report and respond to same | B100 | B110 | 0.30 |
| 10/20/14 | C. Kelly | Follow-up with Receiver re next steps | B100 | B110 | 0.70 |
| 10/20/14 | B. Lamping | Meet with ███████████████ ██████████ | B100 | B110 | 0.70 |
| 10/20/14 | C. Schenk | Communications with B. Lamping and S. Boxerman re status of ███████ ██████ | B100 | B110 | 0.20 |
| 10/20/14 | C. Schenk | Review IRS communication and coordinate with T. O'Shaughnessy | B200 | B210 | 0.20 |
| 10/21/14 | C. Schenk | Communications with C. Kelly re 341 hearing, coordinate for same (.3); communications with B. Lamping ████ ████(.1) | B100 | B110 | 0.40 |
| 10/22/14 | C. Kelly | Review communications from D. Sosne re meeting of creditors (.2); follow up with receiver re same (.2) | B100 | B110 | 0.40 |
| 10/22/14 | B. Lamping | Telephone call with C. Schenk re case update | B100 | B110 | 0.20 |
| 10/22/14 | C. Schenk | Analysis of ███████████ advice of B. Lamping (.2); prepare for meeting of creditors, preliminary review of 2004 examination, seek advice of C. Kelly re same (.3); review Segue vendor invoices to organize for payments, contact Clifton Larson re invoices (.3) | B100 | B110 | 0.80 |
| 10/24/14 | B. Lamping | Draft extension to J. Wehrle's tolling agreement | B100 | B110 | 0.20 |
| 10/27/14 | C. Kelly | Communications with receiver re upcoming deadlines and preparations for 341 meeting and handling of receiver's claims | B100 | B110 | 0.40 |
| 10/27/14 | C. Schenk | Prepare for response to UHY claim, seek advice of K. Kraft, communications re H. Teylouni and Order with K. Kraft | B300 | B310 | 0.30 |

*Invoice*                                                              *Payment Due Upon Receipt*

December 31, 2014
Invoice #3074495
Page 4

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|------|------|-------------|-------|------|-------|
| 10/27/14 | C. Schenk | Research information pertinent to Clearbrook investment, follow up with investor re same (.4); review Librato financials, communications with Segue re same, review Segue analysis, communicate financials to investors (.3) | B200 | B210 | 0.70 |
| 10/28/14 | K. Kraft | Discussions with C. Schenk on progress of settlement discussions with UHY and ███████████████████ ██████████ | B100 | B110 | 0.20 |
| 10/28/14 | C. Schenk | Communications with L. McGowan re development of next SFAR (.2); communications with PNC re monies transferred to Receivership account, review relevant records (.3); list and outline matters to be included in Twelfth Receivership report (1.4); review vendor bills for submission to SEC, request adjustments to CLA invoices and follow up with M. Hecht (.4) | B100 | B110 | 2.30 |
| 10/28/14 | C. Schenk | Communications with T. O'Shaughnessy re final filings, review status of Receivership SPVs to list those ready for final filing | B200 | B210 | 0.40 |
| 10/28/14 | C. Schenk | Seek advice of K. Kraft   re tolling agreement with UHY and responding to claim | B300 | B310 | 0.30 |
| 10/29/14 | C. Schenk | Research records pertaining to Odyssey payment for reporting purposes and communications with PNC (.2); review corrections to vendor (CLA invoices) for payment (.3); continue to summarize and develop information for next Receivership report (.5) | B100 | B110 | 1.00 |
| 10/29/14 | C. Schenk | Coordinate UHY claims matters with K. Kraft | B300 | B310 | 0.20 |

*Invoice*                                                                 *Payment Due Upon Receipt*

December 31, 2014
Invoice #3074495
Page 5

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|------|------|-------------|-------|------|-------|
| 10/30/14 | C. Kelly | Review prior communications with SEC counsel re ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ (.4); apprise receiver of ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ (.6); work on outline of inquiry for 341 meeting (1.7) | B100 | B110 | 2.70 |
| 10/30/14 | C. Schenk | Communication with L. McGowan re SFAR (.1); review summary of C. Kelly re bankruptcy of D. Morriss (.2) | B100 | B110 | 0.30 |
| 10/31/14 | C. Kelly | Communications with receiver re next steps in case (.7); review outline and research in planning next steps forward (2.4) | B100 | B110 | 3.10 |
| 10/31/14 | K. Kraft | Draft third stipulation re extension of time to respond to UHY objection (.3); communications with opposing counsel re agreement on extension of time to respond to UHY objection (.1); file stipulation re extension of time to respond to UHY objection with court (.1) | B300 | B310 | 0.50 |
| 10/31/14 | C. Schenk | Telephone conference with C. Kelly to seek advice re ▮▮▮▮▮▮▮▮▮▮ ▮▮▮ | B100 | B110 | 0.70 |
| 10/31/14 | C. Schenk | Communication with K. Kraft re UHY tolling and claim | B300 | B310 | 0.10 |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | | | | 34.50 |
| Amount For Services | | | | | $12,622.50 |

For Cash Outlays:

| | | | |
|---|---|---|---|
| 10/08/14 | For courier service by Absolute Delivery Service LLC to Spencer Fane Britt & Browne at 1 N Brentwood on September 19, 2014. | | $11.40 |
| 10/08/14 | For courier service by Absolute Delivery Service LLC to Capes Sokol Goodman & Sarachan at 7701 Forsyth on September 24, 2014. | | $11.40 |
| | For reproduction charges | | $14.32 |
| Amount For Cash Outlays | | | $37.12 |

*Invoice*                                                          *Payment Due Upon Receipt*

December 31, 2014
Invoice #3074495
Page 6

U.S. District Court Eastern District of Missouri

## TIME SUMMARY BY RANK

| Timekeeper | Hours Worked | Billed Per Hour | Billed Amount |
|---|---|---|---|
| C. Kelly | 8.50 | $415.00 | $3,527.50 |
| C. Schenk | 13.60 | $430.00 | $5,848.00 |
| Subtotal for Partner | 22.10 | $424.23 | $9,375.50 |
| K. Kraft | 0.80 | $350.00 | $280.00 |
| B. Lamping | 2.40 | $260.00 | $624.00 |
| J. Rust | 3.90 | $295.00 | $1,150.50 |
| K. Sanocki | 5.30 | $225.00 | $1,192.50 |
| Subtotal for Associate | 12.40 | $261.85 | $3,247.00 |
| Total All Classes | 34.50 | $365.87 | $12,622.50 |

| | |
|---|---|
| For Services | $12,622.50 |
| Less No Charge Entries | -421.50 |
| Less 15% Discount | -1,830.15 |
| | |
| Amount For Services | 10,370.85 |
| Amount For Cash Outlays | 37.12 |

| **TOTAL DUE** | **$10,407.97** |
|---|---|

*Invoice*                                    *Payment Due Upon Receipt*

**Task Based Billing Summary**
**Law Firm Invoice**

| | |
|---|---|
| To: | U.S. District Court Eastern District of Missouri, Thomas F. Eagleton Courthouse, 111 S. 10th Street, 3rd Floor, St. Louis, MO    63102 |
| Firm Name: | THOMPSON COBURN LLP |
| Firm Address: | P.O. Box 18379M, St. Louis, Missouri 63195 |
| Billing Attorney: | 4260-Claire Schenk |
| Matter Name: | Acartha Group Receivership |

Invoice No.:     3074495

Invoice Date:    12/31/14

For Services Rendered and Disbursements Prior Month

---

**BILLING SUMMARY**

| 54464-102286 | THIS BILL | | CUMULATIVE TOTALS | |
|---|---|---|---|---|
| | Hours | Amount | Hours | Amount |
| TOTAL LEGAL FEES: | 34.50 | $10,370.85 | 4,902.60 | $1,344,677.98 |
| TOTAL DISBURSEMENTS: | | $37.12 | | $31,930.70 |
| **TOTAL LEGAL FEES & DISB:** | | **$10,407.97** | | **$1,376,608.68** |

---

**ANALYSIS OF DISBURSEMENTS:**

| | | THIS BILL | CUMULATIVE TOTALS |
|---|---|---|---|
| Task Code | Task Description | Amount | Amount |
| 102 | For postage | $0.00 | $851.71 |
| 106 | For reproduction charges | $14.32 | $5,968.08 |
| 107 | For outside copy charge | $0.00 | $422.22 |
| 108 | For color reproduction charges | $0.00 | $387.03 |
| 109 | For overnight delivery service | $0.00 | $3,474.00 |
| 117 | For oversize copies | $0.00 | $68.25 |
| 127 | For courier service | $22.80 | $540.26 |
| 150 | For on-line docket review | $0.00 | $76.68 |
| 300 | Messenger services to file or obtain documents in court | $0.00 | $15.00 |
| 307 | For local cab charges | $0.00 | $92.19 |
| 327 | For expenses | $0.00 | $9.99 |
| 365 | For database management services | $0.00 | $0.00 |
| 367 | For meal expenses | $0.00 | $1,124.74 |
| 375 | For hard drives | $0.00 | $221.64 |
| 383 | For travel expenses | $0.00 | $5,971.81 |
| 402 | For airfare | $0.00 | $4,238.10 |
| 410 | For certified copies | $0.00 | $3,924.00 |
| 419 | For court costs | $0.00 | $66.00 |
| 422 | For filing fee | $0.00 | $4,459.00 |
| 435 | For publication costs | $0.00 | $20.00 |
| 466 | For conversion of files to litigation-ready format | $0.00 | $0.00 |
| 558 | For document management services | $0.00 | $0.00 |
| **TOTAL DISBURSEMENTS:** | | **$37.12** | **$31,930.70** |

**Task Based Billing Summary**
<u>Law Firm Invoice</u>

Matter Name:   Acartha Group Receivership                                                                                                  Page:   2
C/M Firm No:   54464-102286

---

### ANALYSIS OF LEGAL FEES FOR PERSONS PERFORMING SERVICES DURING THIS PERIOD:

| | THIS BILL | | | CUMULATIVE TOTALS | |
|---|---|---|---|---|---|
| | Rate | Hours | Amount | Hours | Amount |
| **Partner** | | | | | |
| Buchholz, E | 0.00 | 0.00 | 0.00 | 7.20 | 3,672.00 |
| Darrough, M | 0.00 | 0.00 | 0.00 | 106.60 | 42,360.00 |
| Farrell, D | 0.00 | 0.00 | 0.00 | 0.60 | 279.00 |
| Higgins, S | 0.00 | 0.00 | 0.00 | 301.70 | 153,867.00 |
| Kappas, N | 0.00 | 0.00 | 0.00 | 5.90 | 2,094.50 |
| Kelly, C | 415.00 | 8.50 | 3,527.50 | 209.10 | 86,776.50 |
| Lawton, R | 0.00 | 0.00 | 0.00 | 6.10 | 3,202.50 |
| Levin, H | 0.00 | 0.00 | 0.00 | 71.90 | 36,669.00 |
| Litz, T | 0.00 | 0.00 | 0.00 | 6.00 | 3,060.00 |
| Reid, C | 0.00 | 0.00 | 0.00 | 140.70 | 64,018.50 |
| Schenk, C | 430.00 | 13.60 | 5,848.00 | 1,693.10 | 728,033.00 |
| Warfield, D | 0.00 | 0.00 | 0.00 | 0.20 | 102.00 |
| **TOTAL Partner:** | **424.23** | **22.10** | **$9,375.50** | **2,549.10** | **$1,124,134.00** |
| | | | | | |
| **Counsel** | | | | | |
| Cole, J.D., M | 0.00 | 0.00 | 0.00 | 2.70 | 1,012.50 |
| **TOTAL Counsel:** | **0.00** | **0.00** | **$0.00** | **2.70** | **$1,012.50** |
| | | | | | |
| **Associate** | | | | | |
| Black, J | 0.00 | 0.00 | 0.00 | 5.80 | 1,276.00 |
| Burke, B | 0.00 | 0.00 | 0.00 | 2.90 | 855.50 |
| Carnie, Jr., K | 0.00 | 0.00 | 0.00 | 29.90 | 7,774.00 |
| Kraft, K | 350.00 | 0.80 | 280.00 | 865.20 | 293,083.00 |
| Lamping, B | 260.00 | 2.40 | 624.00 | 119.30 | 31,018.00 |
| Mangian, D | 0.00 | 0.00 | 0.00 | 57.60 | 13,824.00 |
| Patterson, G | 0.00 | 0.00 | 0.00 | 0.90 | 256.50 |
| Rust, J | 295.00 | 3.90 | 1,150.50 | 426.40 | 107,315.00 |
| Sanocki, K | 225.00 | 5.30 | 1,192.50 | 31.20 | 7,020.00 |
| Trame, B | 0.00 | 0.00 | 0.00 | 0.50 | 120.00 |
| **TOTAL Associate:** | **261.85** | **12.40** | **$3,247.00** | **1,539.70** | **$462,542.00** |
| | | | | | |
| **Law Clerk** | | | | | |
| Farrell, C | 0.00 | 0.00 | 0.00 | 54.40 | 12,240.00 |
| Khoury, J | 0.00 | 0.00 | 0.00 | 56.60 | 10,471.00 |
| Shechter, G | 0.00 | 0.00 | 0.00 | 40.20 | 7,437.00 |
| **TOTAL Law Clerk:** | **0.00** | **0.00** | **$0.00** | **151.20** | **$30,148.00** |
| | | | | | |
| **Legal Assistant (paralegals and other legal support personnel)** | | | | | |
| Bedard, J | 0.00 | 0.00 | 0.00 | 2.00 | 330.00 |
| Brooks, L | 0.00 | 0.00 | 0.00 | 26.60 | 2,926.00 |
| Hearring, R | 0.00 | 0.00 | 0.00 | 6.30 | 661.50 |

**Task Based Billing Summary**
**Law Firm Invoice**

Matter Name:   Acartha Group Receivership
C/M Firm No:   54464-102286

Page:  3

## ANALYSIS OF LEGAL FEES FOR PERSONS PERFORMING SERVICES DURING THIS PERIOD:

| | THIS BILL | | | CUMULATIVE TOTALS | |
|---|---|---|---|---|---|
| | Rate | Hours | Amount | Hours | Amount |
| Hundley, E | 0.00 | 0.00 | 0.00 | 206.00 | 38,110.00 |
| Kennedy, G | 0.00 | 0.00 | 0.00 | 15.00 | 2,925.00 |
| Kraus, A | 0.00 | 0.00 | 0.00 | 1.90 | 209.00 |
| Landgraf, E | 0.00 | 0.00 | 0.00 | 2.50 | 475.00 |
| Light, L | 0.00 | 0.00 | 0.00 | 16.40 | 3,198.00 |
| Loveless, D | 0.00 | 0.00 | 0.00 | 39.30 | 6,681.00 |
| Martin-Stewart, R | 0.00 | 0.00 | 0.00 | 0.80 | 84.00 |
| Muzzarelli, J | 0.00 | 0.00 | 0.00 | 11.00 | 1,705.00 |
| Parrish, M | 0.00 | 0.00 | 0.00 | 7.10 | 1,278.00 |
| Schuette, A | 0.00 | 0.00 | 0.00 | 57.10 | 6,281.00 |
| Weber, H | 0.00 | 0.00 | 0.00 | 184.70 | 31,399.00 |
| **TOTAL Legal Assistant (paralegals and other legal support personnel):** | **0.00** | **0.00** | **$0.00** | **576.70** | **$96,262.50** |
| **Other** | | | | | |
| Choi, M | 0.00 | 0.00 | 0.00 | 80.20 | 17,644.00 |
| **TOTAL Other:** | **0.00** | **0.00** | **$0.00** | **80.20** | **$17,644.00** |
| **Subtotal Legal Fees:** | | 34.50 | $12,622.50 | 4,899.60 | $1,731,743.00 |
| **Less Discount:** | | | -2,251.65 | | -387,065.02 |
| **TOTAL LEGAL FEES:** | | | $10,370.85 | | $1,344,677.98 |

**Task Based Billing Summary**
**Law Firm Invoice**

Matter Name:   Acartha Group Receivership
C/M Firm No:   54464-102286

Page:   4

---

## ANALYSIS OF FEES BY FUNCTIONS:

| | This Bill | | Cumulative Totals | |
|---|---|---|---|---|
| | Hours | Amount | Hours | Amount |
| **PHASE – TASK CODES BLANK** | | | | |
| | 0.00 | $0.00 | 56.60 | $10,471.00 |
| TOTAL : | 0.00 | $0.00 | 56.60 | $10,471.00 |
| | | | | |
| **B-Financial Restructuring-Bankruptcy** | | | | |
| B10   Project administration(billable) | 0.00 | $0.00 | 4.90 | $2,107.00 |
| TOTAL : | 0.00 | $0.00 | 4.90 | $2,107.00 |
| | | | | |
| **B50-Banruptcy: Creditor or Debtor** | | | | |
| B110   Case Administration | 20.70 | $8,144.50 | 2,725.70 | $991,650.60 |
| B120   Asset Analysis and Recovery | 0.00 | $0.00 | 266.00 | $67,801.13 |
| B130   Asset Disposition | 0.00 | $0.00 | 103.00 | $28,067.83 |
| B210   Business Operations | 3.10 | $1,333.00 | 717.90 | $303,179.50 |
| B220   Employee Benefits/Pensions | 0.00 | $0.00 | 4.50 | $1,791.00 |
| B310   Claims Administration and Objections | 10.70 | $3,145.00 | 1,023.80 | $326,588.94 |
| TOTAL Claims and Plan: | 34.50 | $12,622.50 | 4,840.90 | $1,719,079.00 |
| | | | | |
| **L06-Investigation/Discovery/Analysis** | | | | |
| L06.900   Organization for Information | 0.00 | $0.00 | 0.20 | $86.00 |
| TOTAL : | 0.00 | $0.00 | 0.20 | $86.00 |
| | | | | |
| Subtotal Legal Fees: | 34.50 | $12,622.50 | 4,902.60 | $1,731,743.00 |
| Less Discount | | $-2,251.65 | | -387,065.02 |
| TOTAL LEGAL FEES 54464-102286 | | $10,370.85 | | $1,344,677.98 |


THOMPSON
COBURN LLP

December 31, 2014

**Direct Correspondence To:**
One US Bank Plaza
St. Louis, Missouri  63101-1693
314-552-6000
AccountsReceivable@ThompsonCoburn.com

U.S. District Court Eastern District of Missouri
Attn:  Hon. Carol E. Jackson
Thomas F. Eagleton Courthouse
111 S. 10th Street
3rd Floor
St. Louis, Missouri   63102

TIN ██████

---

# REMITTANCE COPY

### PAYMENT DUE UPON RECEIPT
### PLEASE REFERENCE INVOICE NUMBER WITH YOUR PAYMENT

Invoice # 3074495                    **$10,407.97**

**Please remit this copy with your check to:**

Thompson Coburn LLP
P.O. Box 18379M
St. Louis, MO   63195

### Wire Transfer Instructions:
Swift Code:      ████████████
Bank Name:   US Bank N.A.
ABA/Routing Number:   ██████████
Bank Account Name:   Thompson Coburn LLP
Account Number:   ██████████

### ACH Instructions (United States only):
### NOT FOR WIRE TRANSFER USE
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number:   ██████████
Account Number:   ████████

Please reference invoice number(s) with ACH or send an e-mail with the information to
AccountsReceivable@ThompsonCoburn.com