**THOMPSON COBURN LLP**

Remit To:
P.O. Box 18379M
St. Louis, Missouri   63195

ACH Instructions:
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number: ▉▉▉▉▉
Account Number: ▉▉▉▉▉
Please reference invoice number(s).

For Wire Transfer Instructions or Other
Communications Please Contact:
314-552-6000
AccountsReceivable@ThompsonCoburn.com

December 31, 2014
Invoice #3074496

U.S. District Court Eastern District of Missouri
Attn:   Hon. Carol E Jackson
Thomas F. Eagleton Courthouse
111 S. 10th Street
3rd Floor
St. Louis, Missouri   63102

TIN ▉▉▉▉▉

For Legal Services Rendered in Connection With:

UHY Litigation
TC File:   54464 / 129240

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 10/02/14 | C. Schenk | Review of UHY mediation statement for comment, prepare for mediation | L100 | L160 | 0.60 |
| 10/03/14 | C. Schenk | Coordinate strategy and prepare for October 6 mediation | L100 | L160 | 0.60 |
| 10/05/14 | C. Schenk | Travel to Chicago for mediation involving UHY and prepare for same (1.5); meet with counsel and prepare for mediation (.9) | L100 | L160 | 2.40 |
| 10/06/14 | C. Schenk | Participate in UHY mediation session at JAMS (9.5); return travel from Chicago to Saint Louis, plan and prepare for strategy and next steps (1.5) | L100 | L160 | 11.00 |
| 10/17/14 | C. Schenk | Settlement discussions with counsel pertaining to mediation | L100 | L190 | 0.30 |
| 10/18/14 | C. Schenk | Discussions re settlement strategy with counsel | L100 | L190 | 0.20 |
| 10/21/14 | C. Schenk | Communication with counsel re mediation, review related summary materials | L100 | L190 | 0.20 |
| 10/24/14 | C. Schenk | Analysis of updated settlement offer, communications with counsel re same | L100 | L190 | 0.40 |

*Invoice*

*Payment Due Upon Receipt*

**EXHIBIT D-1B**

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 10/29/14 | C. Schenk | Communications with SEC and internal counsel to provide update, discussion with R. Lageson re same and re tolling agreement (.5); review communications, agreement and execute same (.2) | L100 | L190 | 0.70 |

| | | |
|---|---|---|
| Total Hours | | 16.40 |
| Amount For Services | | $7,052.00 |

For Cash Outlays:

| | | |
|---|---|---|
| 10/14/14 | For meal expenses to Chicago, Illinois on Octber 5-6, 2014; VENDOR: Schenk, Claire M.; INVOICE#: AG0338396; DATE: 10/5/2014 | $168.97 |
| 10/14/14 | For travel expenses to Chicago, Illinois on Octber 5-6, 2014; VENDOR: Schenk, Claire M.; INVOICE#: AG0338396; DATE: 10/5/2014 | $274.69 |
| 10/14/14 | For airfare to Chicago, Illinois on Octber 5-6, 2014; VENDOR: Schenk, Claire M.; INVOICE#: AG0338396; DATE: 10/5/2014 | $230.20 |
| | For reproduction charges | $2.56 |
| Amount For Cash Outlays | | $676.42 |

## TIME SUMMARY BY RANK

| Timekeeper | Hours Worked | Billed Per Hour | Billed Amount |
|---|---|---|---|
| C. Schenk | 16.40 | $430.00 | $7,052.00 |
| Subtotal for Partner | 16.40 | $430.00 | $7,052.00 |
| Total All Classes | 16.40 | $430.00 | $7,052.00 |

*Invoice*                                                                 *Payment Due Upon Receipt*

U.S. District Court Eastern District of Missouri

| | |
|---|---:|
| For Services | $7,052.00 |
| Less 15% Discount | -1,057.80 |
| Amount For Services | 5,994.20 |
| Amount For Cash Outlays | 676.42 |
| **TOTAL DUE** | **$6,670.62** |

*Invoice*                                                          *Payment Due Upon Receipt*

**Task Based Billing Summary**
**Law Firm Invoice**

| | |
|---|---|
| To: | U.S. District Court Eastern District of Missouri, Thomas F. Eagleton Courthouse, 111 S. 10th Street, 3rd Floor, St. Louis, MO  63102 |
| Firm Name: | THOMPSON COBURN LLP |
| Firm Address: | P.O. Box 18379M, St. Louis, Missouri 63195 |
| Billing Attorney: | 4260-Claire Schenk |
| Matter Name: | UHY Litigation |

| | |
|---|---|
| Invoice No.: | 3074496 |
| Invoice Date: | 12/31/14 |

For Services Rendered and Disbursements Prior Month

## BILLING SUMMARY

| 54464-129240 | THIS BILL | | CUMULATIVE TOTALS | |
|---|---|---|---|---|
| | Hours | Amount | Hours | Amount |
| TOTAL LEGAL FEES: | 16.40 | $5,994.20 | 100.30 | $33,122.88 |
| TOTAL DISBURSEMENTS: | | $676.42 | | $701.22 |
| **TOTAL LEGAL FEES & DISB:** | | **$6,670.62** | | **$33,824.10** |

## ANALYSIS OF DISBURSEMENTS:

| | | THIS BILL | CUMULATIVE TOTALS |
|---|---|---|---|
| Task Code | Task Description | Amount | Amount |
| 106 | For reproduction charges | $2.56 | $4.56 |
| 127 | For courier service | $0.00 | $22.80 |
| 367 | For meal expenses | $168.97 | $168.97 |
| 383 | For travel expenses | $274.69 | $274.69 |
| 402 | For airfare | $230.20 | $230.20 |
| **TOTAL DISBURSEMENTS:** | | **$676.42** | **$701.22** |

## ANALYSIS OF LEGAL FEES FOR PERSONS PERFORMING SERVICES DURING THIS PERIOD:

| | THIS BILL | | | CUMULATIVE TOTALS | |
|---|---|---|---|---|---|
| | Rate | Hours | Amount | Hours | Amount |
| **Partner** | | | | | |
| Schenk, C | 430.00 | 16.40 | 7,052.00 | 78.60 | 33,798.00 |
| **TOTAL Partner:** | 430.00 | 16.40 | $7,052.00 | 78.60 | $33,798.00 |
| | | | | | |
| **Associate** | | | | | |
| Kraft, K | 0.00 | 0.00 | 0.00 | 0.70 | 231.00 |
| Lamping, B | 0.00 | 0.00 | 0.00 | 0.90 | 234.00 |
| Rust, J | 0.00 | 0.00 | 0.00 | 13.30 | 3,770.10 |
| Sanocki, K | 0.00 | 0.00 | 0.00 | 0.80 | 180.00 |
| **TOTAL Associate:** | 0.00 | 0.00 | $0.00 | 15.70 | $4,415.10 |
| | | | | | |
| **Legal Assistant (paralegals and other legal support personnel)** | | | | | |
| Weber, H | 0.00 | 0.00 | 0.00 | 6.00 | 1,020.00 |
| **TOTAL Legal Assistant (paralegals and other legal support** | 0.00 | 0.00 | $0.00 | 6.00 | $1,020.00 |

Task Based Billing Summary
**Law Firm Invoice**

Matter Name:  UHY Litigation  
C/M Firm No:  54464-129240  
Page:  2

---

ANALYSIS OF LEGAL FEES FOR PERSONS PERFORMING SERVICES DURING THIS PERIOD:

| personnel): | Rate | This Bill Hours | Amount | Cumulative Totals Hours | Amount |
|---|---|---|---|---|---|
| Subtotal Legal Fees: | | 16.40 | $7,052.00 | 100.30 | $39,233.10 |
| Less Discount: | | | -1,057.80 | | -6,110.22 |
| TOTAL LEGAL FEES: | | | $5,994.20 | | $33,122.88 |

Task Based Billing Summary
Law Firm Invoice

Matter Name: UHY Litigation
C/M Firm No: 54464-129240

Page: 3

### ANALYSIS OF FEES BY FUNCTIONS:

| | | THIS BILL | | CUMULATIVE TOTALS | |
|---|---|---|---|---|---|
| | | Hours | Amount | Hours | Amount |
| **B50-Banruptcy: Creditor or Debtor** | | | | | |
| B50.01 | Case Administration (incl. strategy/client communications) | 0.00 | $0.00 | 4.20 | $1,082.00 |
| B50.07 | Claims and claim litigation | 0.00 | $0.00 | 0.80 | $314.00 |
| | TOTAL : | 0.00 | $0.00 | 5.00 | $1,396.00 |
| **L01-Matter Open** | | | | | |
| L120 | Analysis/Strategy | 0.00 | $0.00 | 0.10 | $23.82 |
| | TOTAL Case Assessment, Development and Administration: | 0.00 | $0.00 | 0.10 | $23.82 |
| **L03-Initial Investigation and Experts** | | | | | |
| L110 | Fact Investigation/Development | 0.00 | $0.00 | 1.20 | $297.18 |
| L190 | Other Case Assessment, Development and Administration | 0.00 | $0.00 | 0.30 | $88.50 |
| | TOTAL Case Assessment, Development and Administration: | 0.00 | $0.00 | 1.50 | $385.68 |
| **L04-Initial Filings** | | | | | |
| L210 | Pleadings | 0.00 | $0.00 | 13.80 | $4,110.60 |
| | TOTAL Pre-Trial Pleadings and Motions: | 0.00 | $0.00 | 13.80 | $4,110.60 |
| **L05-Ongoing Reporting and Communication** | | | | | |
| L190 | Other Case Assessment, Development and Administration | 0.00 | $0.00 | 6.00 | $2,580.00 |
| L190 | Other Case Assessment, Development and Administration | 1.80 | $774.00 | 27.50 | $11,825.00 |
| L190 | Other Case Assessment, Development and Administration | 0.00 | $0.00 | 1.50 | $645.00 |
| L190 | Other Case Assessment, Development and Administration | 0.00 | $0.00 | 6.70 | $2,647.00 |
| L190 | Other Case Assessment, Development and Administration | 0.00 | $0.00 | 1.90 | $817.00 |
| | TOTAL Case Assessment, Development and Administration: | 1.80 | $774.00 | 43.60 | $18,514.00 |
| **L06-Investigation/Discovery/Analysis** | | | | | |
| L390 | Other Discovery | 0.00 | $0.00 | 5.20 | $2,236.00 |
| L120 | Analysis/Strategy | 0.00 | $0.00 | 7.50 | $3,225.00 |
| L120 | Analysis/Strategy | 0.00 | $0.00 | 0.40 | $172.00 |
| L120 | Analysis/Strategy | 0.00 | $0.00 | 2.50 | $1,075.00 |
| L120 | Analysis/Strategy | 0.00 | $0.00 | 2.50 | $425.00 |
| L140 | Document/File Management | 0.00 | $0.00 | 0.60 | $102.00 |

Case: 4:12-cv-00080-CEJ   Doc. #: 371-5   Filed: 02/16/15   Page: 7 of 8 PageID #: 9451

Task Based Billing Summary
Law Firm Invoice

Matter Name: UHY Litigation
C/M Firm No: 54464-129240

Page: 4

## ANALYSIS OF FEES BY FUNCTIONS:

|  |  | THIS BILL | | CUMULATIVE TOTALS | |
| --- | --- | --- | --- | --- | --- |
|  |  | Hours | Amount | Hours | Amount |
|  | TOTAL Case Assessment, Development and Administration: | 0.00 | $0.00 | 18.70 | $7,235.00 |
| **L09-Mediation and Settlement** | | | | | |
| L160 | Settlement/Non-Binding ADR | 14.60 | $6,278.00 | 17.60 | $7,568.00 |
|  | TOTAL Case Assessment, Development and Administration: | 14.60 | $6,278.00 | 17.60 | $7,568.00 |
|  | Subtotal Legal Fees: | 16.40 | $7,052.00 | 100.30 | $39,233.10 |
|  | Less Discount |  | $-1,057.80 |  | -6,110.22 |
|  | TOTAL LEGAL FEES 54464-129240 |  | $5,994.20 |  | $33,122.88 |


THOMPSON COBURN LLP

December 31, 2014

U.S. District Court Eastern District of Missouri
Attn:   Hon. Carol E. Jackson
Thomas F. Eagleton Courthouse
111 S. 10th Street
3rd Floor
St. Louis, Missouri   63102

Direct Correspondence To:
One US Bank Plaza
St. Louis, Missouri   63101-1693
314-552-6000
AccountsReceivable@ThompsonCoburn.com

TIN

---

# REMITTANCE COPY

**PAYMENT DUE UPON RECEIPT**
PLEASE REFERENCE INVOICE NUMBER WITH YOUR PAYMENT

Invoice # 3074496              $6,670.62

**Please remit this copy with your check to:**

Thompson Coburn LLP
P.O. Box 18379M
St. Louis, MO   63195

**Wire Transfer Instructions:**
Swift Code:
Bank Name:   US Bank N.A.
ABA/Routing Number:
Bank Account Name:   Thompson Coburn LLP
Account Number:

**ACH Instructions (United States only):**
**NOT FOR WIRE TRANSFER USE**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number:
Account Number:

Please reference invoice number(s) with ACH or send an e-mail with the information to
AccountsReceivable@ThompsonCoburn.com