

**THOMPSON COBURN LLP**

December 31, 2014
Invoice #3079627

Remit To:
P.O. Box 18379M
St. Louis, Missouri   63195

ACH Instructions:
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number:
Account Number:
Please reference invoice number(s).

For Wire Transfer Instructions or Other
Communications Please Contact:
314-552-6000
AccountsReceivable@ThompsonCoburn.com

U.S. District Court Eastern District of Missouri
Attn:   Hon. Carol E Jackson
Thomas F. Eagleton Courthouse
111 S. 10th Street
3rd Floor
St. Louis, Missouri   63102

TIN

For Legal Services Rendered in Connection With:

Acartha Group Receivership
TC File:   54464 / 102286

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 11/03/14 | C. Kelly | Communications with C. Riske (bankruptcy trustee) re attendance at meeting of creditors (.2); review additional material for receiver in preparation for 341 meeting and planning for approach to discharge (1.4) | B100 | B110 | 1.60 |
| 11/03/14 | B. Lamping | Telephone call with C. Schenk re status update (.3); review memorandum re claims ▇▇▇ (.4) | B100 | B110 | 0.70 |
| 11/03/14 | C. Schenk | Seek advice of B. Lamping re ▇▇▇, execute new tolling agreement (.3); review investor communication re bankruptcy (.1); seek advice of C. Kelly re 341 hearing (.3); prepare background information for use in 341 hearing (.8); develop information for updated SFAR, research records pertaining to Odyssey escrow (.4) | B100 | B110 | 1.90 |
| 11/03/14 | C. Schenk | Communication with CLA re final returns and bank records (.2); communication with J. Wehrle ▇▇▇ (.1) | B200 | B210 | 0.30 |

*Invoice*

**EXHIBIT D-1C**

December 31, 2014
Invoice #3079627
Page 2

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 11/04/14 | C. Kelly | Review communications from C. Riske (.2); review communications from P. Kerth (.2) | B100 | B110 | 0.40 |
| 11/04/14 | C. Schenk | Respond to investor inquiry | B100 | B110 | 0.20 |
| 11/04/14 | C. Schenk | Review IRS inquiry and provide response | B200 | B210 | 0.20 |
| 11/05/14 | C. Kelly | Review communication from C. Riske re meeting attendance | B100 | B110 | 0.20 |
| 11/05/14 | C. Schenk | Review Court Order re UHY claim | B300 | B310 | 0.10 |
| 11/05/14 | C. Schenk | Communications with CLA re information needed for returns | B100 | B110 | 0.10 |
| 11/07/14 | C. Kelly | Review objections to claims filed by P. Kerth (.3); confer with receiver re same (.2); prepare to address at 341 meeting (.3) | B100 | B110 | 0.80 |
| 11/07/14 | C. Schenk | Review objections to Receivership claims and seek advice of C. Kelly | B100 | B110 | 0.30 |
| 11/09/14 | C. Schenk | Review and respond to investor inquiry | B100 | B110 | 0.20 |
| 11/10/14 | C. Kelly | Prepare for and attend meeting of creditors (3.1); provide supplemental list of areas of inquiry to trustee in light of standing objection by debtor's counsel (.8) | B100 | B110 | 3.90 |
| 11/10/14 | C. Schenk | Telephone conference with C. Kelly re 341 hearing, prepare for same, subsequent communications and research pertaining to objections of debtor (.5); communication with investor re distributions (.2); review objection of P. Kerth to Receivership claims (.1); contact SEC re bankruptcy (.1); prepare new letter to IRS re Morriss Administration (.2) | B100 | B110 | 1.10 |
| 11/11/14 | C. Kelly | Prepare for call with SEC on ▓▓▓▓▓▓▓▓ | B100 | B110 | 0.60 |
| 11/11/14 | C. Schenk | Communications with C. Kelly re 341 hearing and status of claims, coordinate discussion with SEC | B100 | B110 | 0.30 |
| 11/11/14 | C. Schenk | Telephone conference with T. O'Shaughnessy re filing of final returns, begin research of information needed for same | B200 | B210 | 0.40 |



December 31, 2014
Invoice #3079627
Page 3

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 11/12/14 | C. Kelly | Review and respond to communications from other creditors in case re 341 meeting | B100 | B110 | 0.40 |
| 11/12/14 | C. Schenk | Review bank statements from October, summarize totals and review against September (.4); research Integrien entity distributions to prepare response to CLA for final filings (.5); communication with Librato re board meeting (.1) | B200 | B210 | 1.00 |
| 11/13/14 | C. Kelly | Prepare for and participate in call with SEC counsel (1.1); review cases ▮▮▮ (.9); follow up research on receiver's position (.6) | B100 | B110 | 2.60 |
| 11/13/14 | K. Kraft | Discussions with C. Kelly re status of Morriss bankruptcy ▮▮▮ | B100 | B110 | 0.40 |
| 11/13/14 | C. Schenk | Seek advice of C. Kelly re D. Morriss objection to claim, prepare for call with SEC (.4); provide background information to C. Kelly in preparation for discussion re D. Morriss claims against Receivership and requests for financial disclosure (.4); conference call with SEC, including bankruptcy counsel, seek advice of C. Kelly re next steps and to develop memorandum to file (1.5); follow up with R. Lageson for ▮▮▮ background for bankruptcy matter (.2); preliminary review of relevant cases (.3) | B100 | B110 | 2.80 |
| 11/14/14 | C. Schenk | Review amended SEC claim in bankruptcy | B100 | B110 | 0.20 |
| 11/17/14 | C. Kelly | Communications with Trustee and P. Kerth re rescheduled meeting of creditors and scope of questions | B100 | B110 | 0.40 |
| 11/17/14 | C. Kelly | Evaluate receiver's ▮▮▮ | B100 | B110 | 0.40 |
| 11/17/14 | K. Kraft | Discussions with C. Schenk and outside counsel re ▮▮▮ | B300 | B310 | 0.60 |

*Invoice*

December 31, 2014
Invoice #3079627
Page 4

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 11/18/14 | C. Kelly | Coordinate questions for 341 meeting with trustee (1.1); prepare for negotiations with P. Kerth (1.1) | B100 | B110 | 2.20 |
| 11/18/14 | C. Schenk | Develop information for Receivership report (.4); analysis of redactions of confidential information for sealing filings (1.8) | B100 | B110 | 2.20 |
| 11/19/14 | C. Schenk | Preliminary review of background materials provided by Librato for board meeting (.3); communications with Segue re same (.2) | B200 | B210 | 0.50 |
| 11/20/14 | C. Kelly | Review information on receiver's claim against Morriss | B100 | B110 | 0.90 |
| 11/20/14 | K. Kraft | Prepare claims process update for twelfth receivership report per C. Schenk | B100 | B110 | 1.30 |
| 11/20/14 | C. Schenk | Update investor website with new materials | B100 | B110 | 0.20 |
| 11/20/14 | C. Schenk | Review minutes and Librato board materials, communications with M. Murray re same (.4); participate in Librato board call (1.1) | B200 | B210 | 1.50 |
| 11/24/14 | C. Kelly | Review communications from trustee and borrower's counsel re meeting of creditors | B100 | B110 | 0.20 |
| 11/24/14 | C. Kelly | Review information on ▇▇▇▇ | B100 | B110 | 0.20 |
| 11/24/14 | C. Kelly | Review information re ▇▇▇▇ | B100 | B110 | 0.80 |
| 11/24/14 | C. Schenk | Seek advice of C. Kelly re ▇▇▇▇ | B100 | B110 | 0.20 |
| 11/24/14 | C. Schenk | Communications re Logic Source, arrange call | B200 | B210 | 0.20 |
| 11/25/14 | C. Schenk | Communications re ▇▇▇▇ | B100 | B110 | 0.20 |
| 11/25/14 | C. Schenk | Review incoming tax refund for Clearbrook | B200 | B210 | 0.20 |
| 11/26/14 | C. Kelly | Review material on ▇▇▇▇ | B100 | B110 | 0.80 |
| 11/26/14 | C. Kelly | Respond to communications from Trustee and Debtor's counsel | B100 | B110 | 0.40 |
| 11/26/14 | K. Kraft | Review email from C. Schenk re need to extend deadline to respond to UHY objection due to extension of tolling agreement | B100 | B110 | 0.10 |

*Invoice*

December 31, 2014
Invoice #3079627
Page 5

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 11/26/14 | B. Lamping | Email correspondence with S. Boxerman re tolling agreement | B100 | B110 | 0.30 |
| 11/26/14 | C. Schenk | Communications with B. Lamping re tolling agreement | B100 | B110 | 0.20 |
| 11/26/14 | C. Schenk | Communications with K. Kraft re UHY claim | B300 | B310 | 0.10 |

| | | |
|---|---|---|
| Total Hours | | 34.80 |
| Amount For Services | | $14,350.00 |

For Cash Outlays:
    For reproduction charges     $11.52
Amount For Cash Outlays     $11.52

### TIME SUMMARY BY RANK

| Timekeeper | Hours Worked | Billed Per Hour | Billed Amount |
|---|---|---|---|
| C. Kelly | 16.80 | $415.00 | $6,972.00 |
| C. Schenk | 14.60 | $430.00 | $6,278.00 |
| Subtotal for Partner | 31.40 | $421.97 | $13,250.00 |
| K. Kraft | 2.40 | $350.00 | $840.00 |
| B. Lamping | 1.00 | $260.00 | $260.00 |
| Subtotal for Associate | 3.40 | $323.53 | $1,100.00 |
| Total All Classes | 34.80 | $412.36 | $14,350.00 |

| | |
|---|---|
| For Services | $14,350.00 |
| Less 15% Discount | -2,152.50 |
| Amount For Services | 12,197.50 |
| Amount For Cash Outlays | 11.52 |
| **TOTAL DUE** | **$12,209.02** |



## Task Based Billing Summary
### Law Firm Invoice

| | |
|---|---|
| To: | U.S. District Court Eastern District of Missouri, Thomas F. Eagleton Courthouse, 111 S. 10th Street, 3rd Floor, St. Louis, MO   63102 |
| Firm Name: | THOMPSON COBURN LLP |
| Firm Address: | P.O. Box 18379M, St. Louis, Missouri 63195 |
| Billing Attorney: | 4260-Claire Schenk |
| Matter Name: | Acartha Group Receivership |

| | |
|---|---|
| Invoice No.: | 3079627 |
| Invoice Date: | 12/31/14 |

For Services Rendered and Disbursements Prior Month

### BILLING SUMMARY

| 54464-102286 | This Bill Hours | This Bill Amount | Cumulative Totals Hours | Cumulative Totals Amount |
|---|---|---|---|---|
| TOTAL LEGAL FEES: | 34.80 | $12,197.50 | 4,902.60 | $1,344,777.13 |
| TOTAL DISBURSEMENTS: | | $11.52 | | $31,930.70 |
| **TOTAL LEGAL FEES & DISB:** | | **$12,209.02** | | **$1,376,707.83** |

### ANALYSIS OF DISBURSEMENTS:

| Task Code | Task Description | This Bill Amount | Cumulative Totals Amount |
|---|---|---|---|
| 102 | For postage | $0.00 | $851.71 |
| 106 | For reproduction charges | $11.52 | $5,968.08 |
| 107 | For outside copy charge | $0.00 | $422.22 |
| 108 | For color reproduction charges | $0.00 | $387.03 |
| 109 | For overnight delivery service | $0.00 | $3,474.00 |
| 117 | For oversize copies | $0.00 | $68.25 |
| 127 | For courier service | $0.00 | $540.26 |
| 150 | For on-line docket review | $0.00 | $76.68 |
| 300 | Messenger services to file or obtain documents in court | $0.00 | $15.00 |
| 307 | For local cab charges | $0.00 | $92.19 |
| 327 | For expenses | $0.00 | $9.99 |
| 365 | For database management services | $0.00 | $0.00 |
| 367 | For meal expenses | $0.00 | $1,124.74 |
| 375 | For hard drives | $0.00 | $221.64 |
| 383 | For travel expenses | $0.00 | $5,971.81 |
| 402 | For airfare | $0.00 | $4,238.10 |
| 410 | For certified copies | $0.00 | $3,924.00 |
| 419 | For court costs | $0.00 | $66.00 |
| 422 | For filing fee | $0.00 | $4,459.00 |
| 435 | For publication costs | $0.00 | $20.00 |
| 466 | For conversion of files to litigation-ready format | $0.00 | $0.00 |
| 558 | For document management services | $0.00 | $0.00 |
| **TOTAL DISBURSEMENTS:** | | **$11.52** | **$31,930.70** |

**Task Based Billing Summary**
**Law Firm Invoice**

Matter Name: Acartha Group Receivership  
C/M Firm No: 54464-102286

Page: 2

---

**ANALYSIS OF LEGAL FEES FOR PERSONS PERFORMING SERVICES DURING THIS PERIOD:**

|  | THIS BILL | | | CUMULATIVE TOTALS | |
|---|---|---|---|---|---|
|  | Rate | Hours | Amount | Hours | Amount |
| **Partner** | | | | | |
| Buchholz, E | 0.00 | 0.00 | 0.00 | 7.20 | 3,672.00 |
| Darrough, M | 0.00 | 0.00 | 0.00 | 106.60 | 42,360.00 |
| Farrell, D | 0.00 | 0.00 | 0.00 | 0.60 | 279.00 |
| Higgins, S | 0.00 | 0.00 | 0.00 | 301.70 | 153,867.00 |
| Kappas, N | 0.00 | 0.00 | 0.00 | 5.90 | 2,094.50 |
| Kelly, C | 415.00 | 16.80 | 6,972.00 | 209.10 | 86,776.50 |
| Lawton, R | 0.00 | 0.00 | 0.00 | 6.10 | 3,202.50 |
| Levin, H | 0.00 | 0.00 | 0.00 | 71.90 | 36,669.00 |
| Litz, T | 0.00 | 0.00 | 0.00 | 6.00 | 3,060.00 |
| Reid, C | 0.00 | 0.00 | 0.00 | 140.70 | 64,018.50 |
| Schenk, C | 430.00 | 14.60 | 6,278.00 | 1,693.10 | 728,033.00 |
| Warfield, D | 0.00 | 0.00 | 0.00 | 0.20 | 102.00 |
| **TOTAL Partner:** | **421.97** | **31.40** | **$13,250.00** | **2,549.10** | **$1,124,134.00** |
| **Counsel** | | | | | |
| Cole, J.D., M | 0.00 | 0.00 | 0.00 | 2.70 | 1,012.50 |
| **TOTAL Counsel:** | **0.00** | **0.00** | **$0.00** | **2.70** | **$1,012.50** |
| **Associate** | | | | | |
| Black, J | 0.00 | 0.00 | 0.00 | 5.80 | 1,276.00 |
| Burke, B | 0.00 | 0.00 | 0.00 | 2.90 | 855.50 |
| Carnie, Jr., K | 0.00 | 0.00 | 0.00 | 29.90 | 7,774.00 |
| Kraft, K | 350.00 | 2.40 | 840.00 | 865.20 | 293,083.00 |
| Lamping, B | 260.00 | 1.00 | 260.00 | 119.30 | 31,018.00 |
| Mangian, D | 0.00 | 0.00 | 0.00 | 57.60 | 13,824.00 |
| Patterson, G | 0.00 | 0.00 | 0.00 | 0.90 | 256.50 |
| Rust, J | 0.00 | 0.00 | 0.00 | 426.40 | 107,315.00 |
| Sanocki, K | 0.00 | 0.00 | 0.00 | 31.20 | 7,020.00 |
| Trame, B | 0.00 | 0.00 | 0.00 | 0.50 | 120.00 |
| **TOTAL Associate:** | **323.52** | **3.40** | **$1,100.00** | **1,539.70** | **$462,542.00** |
| **Law Clerk** | | | | | |
| Farrell, C | 0.00 | 0.00 | 0.00 | 54.40 | 12,240.00 |
| Khoury, J | 0.00 | 0.00 | 0.00 | 56.60 | 10,471.00 |
| Shechter, G | 0.00 | 0.00 | 0.00 | 40.20 | 7,437.00 |
| **TOTAL Law Clerk:** | **0.00** | **0.00** | **$0.00** | **151.20** | **$30,148.00** |
| **Legal Assistant (paralegals and other legal support personnel)** | | | | | |
| Bedard, J | 0.00 | 0.00 | 0.00 | 2.00 | 330.00 |
| Brooks, L | 0.00 | 0.00 | 0.00 | 26.60 | 2,926.00 |
| Hearring, R | 0.00 | 0.00 | 0.00 | 6.30 | 661.50 |

**Task Based Billing Summary**
**Law Firm Invoice**

Matter Name: Acartha Group Receivership
C/M Firm No: 54464-102286

Page: 3

### ANALYSIS OF LEGAL FEES FOR PERSONS PERFORMING SERVICES DURING THIS PERIOD:

| | | THIS BILL | | CUMULATIVE TOTALS | |
|---|---|---|---|---|---|
| | Rate | Hours | Amount | Hours | Amount |
| Hundley, E | 0.00 | 0.00 | 0.00 | 206.00 | 38,110.00 |
| Kennedy, G | 0.00 | 0.00 | 0.00 | 15.00 | 2,925.00 |
| Kraus, A | 0.00 | 0.00 | 0.00 | 1.90 | 209.00 |
| Landgraf, E | 0.00 | 0.00 | 0.00 | 2.50 | 475.00 |
| Light, L | 0.00 | 0.00 | 0.00 | 16.40 | 3,198.00 |
| Loveless, D | 0.00 | 0.00 | 0.00 | 39.30 | 6,681.00 |
| Martin-Stewart, R | 0.00 | 0.00 | 0.00 | 0.80 | 84.00 |
| Muzzarelli, J | 0.00 | 0.00 | 0.00 | 11.00 | 1,705.00 |
| Parrish, M | 0.00 | 0.00 | 0.00 | 7.10 | 1,278.00 |
| Schuette, A | 0.00 | 0.00 | 0.00 | 57.10 | 6,281.00 |
| Weber, H | 0.00 | 0.00 | 0.00 | 184.70 | 31,399.00 |
| **TOTAL Legal Assistant (paralegals and other legal support personnel):** | **0.00** | **0.00** | **$0.00** | **576.70** | **$96,262.50** |
| **Other** | | | | | |
| Choi, M | 0.00 | 0.00 | 0.00 | 80.20 | 17,644.00 |
| **TOTAL Other:** | **0.00** | **0.00** | **$0.00** | **80.20** | **$17,644.00** |
| **Subtotal Legal Fees:** | | 34.80 | $14,350.00 | 4,899.60 | $1,731,743.00 |
| **Less Discount:** | | | -2,152.50 | | -386,965.87 |
| **TOTAL LEGAL FEES:** | | | $12,197.50 | | $1,344,777.13 |

**Task Based Billing Summary**
**Law Firm Invoice**

Matter Name: Acartha Group Receivership
C/M Firm No: 54464-102286

Page: 4

### ANALYSIS OF FEES BY FUNCTIONS:

|  |  | THIS BILL | | CUMULATIVE TOTALS | |
|---|---|---|---|---|---|
|  |  | Hours | Amount | Hours | Amount |
| **PHASE – TASK CODES BLANK** | | | | | |
| | | 0.00 | $0.00 | 56.60 | $10,471.00 |
| | TOTAL : | 0.00 | $0.00 | 56.60 | $10,471.00 |
| **B-Financial Restructuring-Bankruptcy** | | | | | |
| B10 | Project administration(billable) | 0.00 | $0.00 | 4.90 | $2,107.00 |
| | TOTAL : | 0.00 | $0.00 | 4.90 | $2,107.00 |
| **B50-Banruptcy: Creditor or Debtor** | | | | | |
| B110 | Case Administration | 29.70 | $12,205.00 | 2,725.70 | $991,650.60 |
| B120 | Asset Analysis and Recovery | 0.00 | $0.00 | 266.00 | $67,801.13 |
| B130 | Asset Disposition | 0.00 | $0.00 | 103.00 | $28,067.83 |
| B210 | Business Operations | 4.30 | $1,849.00 | 717.90 | $303,179.50 |
| B220 | Employee Benefits/Pensions | 0.00 | $0.00 | 4.50 | $1,791.00 |
| B310 | Claims Administration and Objections | 0.80 | $296.00 | 1,023.80 | $326,588.94 |
| | TOTAL Claims and Plan: | 34.80 | $14,350.00 | 4,840.90 | $1,719,079.00 |
| **L06-Investigation/Discovery/Analysis** | | | | | |
| L06.900 | Organization for Information | 0.00 | $0.00 | 0.20 | $86.00 |
| | TOTAL : | 0.00 | $0.00 | 0.20 | $86.00 |
| | Subtotal Legal Fees: | 34.80 | $14,350.00 | 4,902.60 | $1,731,743.00 |
| | Less Discount | | $-2,152.50 | | -386,965.87 |
| | TOTAL LEGAL FEES 54464-102286 | | $12,197.50 | | $1,344,777.13 |



December 31, 2014

Direct Correspondence To:
One US Bank Plaza
St. Louis, Missouri   63101-1693
314-552-6000
AccountsReceivable@ThompsonCoburn.com

U.S. District Court Eastern District of Missouri
Attn:  Hon. Carol E. Jackson
Thomas F. Eagleton Courthouse
111 S. 10th Street
3rd Floor
St. Louis, Missouri   63102

TIN

# REMITTANCE COPY

### PAYMENT DUE UPON RECEIPT
PLEASE REFERENCE INVOICE NUMBER WITH YOUR PAYMENT

Invoice # 3079627                     $12,209.02

**Please remit this copy with your check to:**

Thompson Coburn LLP
P.O. Box 18379M
St. Louis, MO   63195

**Wire Transfer Instructions:**
Swift Code:
Bank Name:   US Bank N.A.
ABA/Routing Number:
Bank Account Name:   Thompson Coburn LLP
Account Number:

**ACH Instructions (United States only):**
**NOT FOR WIRE TRANSFER USE**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number:
Account Number:

Please reference invoice number(s) with ACH or send an e-mail with the information to
AccountsReceivable@ThompsonCoburn.com