

**THOMPSON COBURN LLP**

December 31, 2014
Invoice #3079628

U.S. District Court Eastern District of Missouri
Attn: Hon. Carol E Jackson
Thomas F. Eagleton Courthouse
111 S. 10th Street
3rd Floor
St. Louis, Missouri   63102

Remit To:
P.O. Box 18379M
St. Louis, Missouri   63195

ACH Instructions:
Account Name:  Thompson Coburn LLP
Bank:  U.S. Bank
ABA/Routing Number: ▇
Account Number: ▇
Please reference invoice number(s).

For Wire Transfer Instructions or Other
Communications Please Contact:
314-552-6000
AccountsReceivable@ThompsonCoburn.com

TIN ▇

For Legal Services Rendered in Connection With:

UHY Litigation
TC File:   54464 / 129240

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 11/06/14 | C. Schenk | Speak with G. Greiman re call with mediator | L100 | L190 | 0.10 |
| 11/07/14 | C. Schenk | Review J. King summary of defenses and follow up with G. Greiman (.2); review JAMS statement for recent activity (.1) | L100 | L190 | 0.30 |
| 11/10/14 | C. Schenk | Telephone conference with G. Greiman to prepare for call with Judge re mediation position (.3); communications with M. Choi to discuss volume and extent of e data (documents) held by Receiver, summarize same for call (.3);   research re J. King, UHY counsel questions, review ▇ in communication to G. Greiman for discussion with mediator (.8); review proposed written submission to mediator and comment upon same (.4); telephone conference with mediator and counsel to discuss settlement position (.4); attention to JAMS billings (.1) | L100 | L190 | 2.30 |
| 11/12/14 | C. Schenk | Review of proposal and billing, communications with R. Lageson re same | L100 | L190 | 0.30 |

*Invoice*

*Payment Due Upon Receipt*

**EXHIBIT D-1D**

December 31, 2014
Invoice #3079628
Page 2

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 11/13/14 | C. Schenk | Communication with R. Lageson re JAMS, finalize payment for expenses incurred since mediation | L100 | L190 | 0.30 |
| 11/15/14 | C. Schenk | Review communication from mediator re new offer for comment | L100 | L190 | 0.20 |
| 11/17/14 | C. Schenk | Review draft proposal, research information pertaining to notice of determination (.3); seek advice of retained counsel re mediation, settlement and claims issues (.4) | L100 | L120 | 0.70 |
| 11/24/14 | C. Schenk | Review and analysis of damages issues and issues pertaining to prosecution of claims | L100 | L120 | 0.40 |
| 11/25/14 | C. Schenk | Analyze settlement issues, review mediator communication | L100 | L190 | 0.20 |
| 11/26/14 | C. Schenk | Communications with mediator and co-counsel re settlement of claims and extension of tolling agreement, review and execute same | L100 | L190 | 0.30 |

Total Hours 5.10

Amount For Services $2,193.00

### TIME SUMMARY BY RANK

| Timekeeper | Hours Worked | Billed Per Hour | Billed Amount |
|---|---|---|---|
| C. Schenk | 5.10 | $430.00 | $2,193.00 |
| Subtotal for Partner | 5.10 | $430.00 | $2,193.00 |
| Total All Classes | 5.10 | $430.00 | $2,193.00 |

For Services $2,193.00
Less 15% Discount -328.95

Amount For Services 1,864.05

| **TOTAL DUE** | **$1,864.05** |

*Invoice* *Payment Due Upon Receipt*

Task Based Billing Summary
Law Firm Invoice

| | |
|---|---|
| To: | U.S. District Court Eastern District of Missouri, Thomas F. Eagleton Courthouse, 111 S. 10th Street, 3rd Floor, St. Louis, MO  63102 |
| Firm Name: | THOMPSON COBURN LLP |
| Firm Address: | P.O. Box 18379M, St. Louis, Missouri 63195 |
| Billing Attorney: | 4260-Claire Schenk |
| Matter Name: | UHY Litigation |

Invoice No.:   3079628
Invoice Date:  12/31/14

For Services Rendered and Disbursements Prior Month

## BILLING SUMMARY

| | This Bill | | Cumulative Totals | |
|---|---|---|---|---|
| 54464-129240 | Hours | Amount | Hours | Amount |
| TOTAL LEGAL FEES: | 5.10 | $1,864.05 | 100.30 | $33,851.73 |
| TOTAL DISBURSEMENTS: | | $0.00 | | $701.22 |
| **TOTAL LEGAL FEES & DISB:** | | **$1,864.05** | | **$34,552.95** |

## ANALYSIS OF DISBURSEMENTS:

| | | This Bill | Cumulative Totals |
|---|---|---|---|
| Task Code | Task Description | Amount | Amount |
| 106 | For reproduction charges | $0.00 | $4.56 |
| 127 | For courier service | $0.00 | $22.80 |
| 367 | For meal expenses | $0.00 | $168.97 |
| 383 | For travel expenses | $0.00 | $274.69 |
| 402 | For airfare | $0.00 | $230.20 |
| **TOTAL DISBURSEMENTS:** | | **$0.00** | **$701.22** |

## ANALYSIS OF LEGAL FEES FOR PERSONS PERFORMING SERVICES DURING THIS PERIOD:

| | This Bill | | | Cumulative Totals | |
|---|---|---|---|---|---|
| | Rate | Hours | Amount | Hours | Amount |
| **Partner** | | | | | |
| Schenk, C | 430.00 | 5.10 | 2,193.00 | 78.60 | 33,798.00 |
| **TOTAL Partner:** | 430.00 | 5.10 | $2,193.00 | 78.60 | $33,798.00 |
| | | | | | |
| **Associate** | | | | | |
| Kraft, K | 0.00 | 0.00 | 0.00 | 0.70 | 231.00 |
| Lamping, B | 0.00 | 0.00 | 0.00 | 0.90 | 234.00 |
| Rust, J | 0.00 | 0.00 | 0.00 | 13.30 | 3,770.10 |
| Sanocki, K | 0.00 | 0.00 | 0.00 | 0.80 | 180.00 |
| **TOTAL Associate:** | 0.00 | 0.00 | $0.00 | 15.70 | $4,415.10 |
| | | | | | |
| **Legal Assistant (paralegals and other legal support personnel)** | | | | | |
| Weber, H | 0.00 | 0.00 | 0.00 | 6.00 | 1,020.00 |
| **TOTAL Legal Assistant (paralegals and other legal support** | 0.00 | 0.00 | $0.00 | 6.00 | $1,020.00 |

Task Based Billing Summary
Law Firm Invoice

Matter Name:  UHY Litigation
C/M Firm No:  54464-129240

Page: 2

ANALYSIS OF LEGAL FEES FOR PERSONS PERFORMING SERVICES DURING THIS PERIOD:

|  | | THIS BILL | | CUMULATIVE TOTALS | |
| --- | --- | --- | --- | --- | --- |
| personnel): | Rate | Hours | Amount | Hours | Amount |
| Subtotal Legal Fees: |  | 5.10 | $2,193.00 | 100.30 | $39,233.10 |
| Less Discount: |  |  | -328.95 |  | -5,381.37 |
| TOTAL LEGAL FEES: |  |  | $1,864.05 |  | $33,851.73 |

## Task Based Billing Summary
## Law Firm Invoice

Matter Name: UHY Litigation  
C/M Firm No: 54464-129240

Page: 3

### ANALYSIS OF FEES BY FUNCTIONS:

| | | This Bill | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Amount | Hours | Amount |
| **B50-Banruptcy: Creditor or Debtor** | | | | | |
| B50.01 | Case Administration (incl. strategy/client communications) | 0.00 | $0.00 | 4.20 | $1,082.00 |
| B50.07 | Claims and claim litigation | 0.00 | $0.00 | 0.80 | $314.00 |
| | TOTAL : | 0.00 | $0.00 | 5.00 | $1,396.00 |
| **L01-Matter Open** | | | | | |
| L120 | Analysis/Strategy | 0.00 | $0.00 | 0.10 | $23.82 |
| | TOTAL Case Assessment, Development and Administration: | 0.00 | $0.00 | 0.10 | $23.82 |
| **L03-Initial Investigation and Experts** | | | | | |
| L110 | Fact Investigation/Development | 0.00 | $0.00 | 1.20 | $297.18 |
| L190 | Other Case Assessment, Development and Administration | 0.00 | $0.00 | 0.30 | $88.50 |
| | TOTAL Case Assessment, Development and Administration: | 0.00 | $0.00 | 1.50 | $385.68 |
| **L04-Initial Filings** | | | | | |
| L210 | Pleadings | 0.00 | $0.00 | 13.80 | $4,110.60 |
| | TOTAL Pre-Trial Pleadings and Motions: | 0.00 | $0.00 | 13.80 | $4,110.60 |
| **L05-Ongoing Reporting and Communication** | | | | | |
| L190 | Other Case Assessment, Development and Administration | 0.30 | $129.00 | 6.00 | $2,580.00 |
| L190 | Other Case Assessment, Development and Administration | 3.70 | $1,591.00 | 27.50 | $11,825.00 |
| L190 | Other Case Assessment, Development and Administration | 0.00 | $0.00 | 1.50 | $645.00 |
| L190 | Other Case Assessment, Development and Administration | 0.00 | $0.00 | 6.70 | $2,647.00 |
| L190 | Other Case Assessment, Development and Administration | 0.00 | $0.00 | 1.90 | $817.00 |
| | TOTAL Case Assessment, Development and Administration: | 4.00 | $1,720.00 | 43.60 | $18,514.00 |
| **L06-Investigation/Discovery/Analysis** | | | | | |
| L390 | Other Discovery | 0.00 | $0.00 | 5.20 | $2,236.00 |
| L120 | Analysis/Strategy | 1.10 | $473.00 | 7.50 | $3,225.00 |
| L120 | Analysis/Strategy | 0.00 | $0.00 | 0.40 | $172.00 |
| L120 | Analysis/Strategy | 0.00 | $0.00 | 2.50 | $1,075.00 |
| L120 | Analysis/Strategy | 0.00 | $0.00 | 2.50 | $425.00 |
| L140 | Document/File Management | 0.00 | $0.00 | 0.60 | $102.00 |

Task Based Billing Summary
<u>Law Firm Invoice</u>

Matter Name: UHY Litigation  
C/M Firm No: 54464-129240

Page: 4

## ANALYSIS OF FEES BY FUNCTIONS:

|  | This Bill | | Cumulative Totals | |
|---|---:|---:|---:|---:|
|  | Hours | Amount | Hours | Amount |
| TOTAL Case Assessment, Development and Administration: | 1.10 | $473.00 | 18.70 | $7,235.00 |
| **L09-Mediation and Settlement** | | | | |
| L160  Settlement/Non-Binding ADR | 0.00 | $0.00 | 17.60 | $7,568.00 |
| TOTAL Case Assessment, Development and Administration: | 0.00 | $0.00 | 17.60 | $7,568.00 |
| Subtotal Legal Fees: | 5.10 | $2,193.00 | 100.30 | $39,233.10 |
| Less Discount | | $-328.95 | | -5,381.37 |
| TOTAL LEGAL FEES 54464-129240 | | $1,864.05 | | $33,851.73 |


**THOMPSON COBURN** LLP

December 31, 2014

Direct Correspondence To:
One US Bank Plaza
St. Louis, Missouri  63101-1693
314-552-6000
AccountsReceivable@ThompsonCoburn.com

U.S. District Court Eastern District of Missouri
Attn:   Hon. Carol E. Jackson
Thomas F. Eagleton Courthouse
111 S. 10th Street
3rd Floor
St. Louis, Missouri   63102

TIN ▮

---

## REMITTANCE COPY

**PAYMENT DUE UPON RECEIPT**
PLEASE REFERENCE INVOICE NUMBER WITH YOUR PAYMENT

Invoice # 3079628                    $1,864.05

**Please remit this copy with your check to:**

Thompson Coburn LLP
P.O. Box 18379M
St. Louis, MO   63195

**Wire Transfer Instructions:**
Swift Code:        ▮
Bank Name:   US Bank N.A.
ABA/Routing Number:   ▮
Bank Account Name:   Thompson Coburn LLP
Account Number:   ▮

**ACH Instructions (United States only):**
**NOT FOR WIRE TRANSFER USE**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number:   ▮
Account Number:   ▮

Please reference invoice number(s) with ACH or send an e-mail with the information to
AccountsReceivable@ThompsonCoburn.com