

January 30, 2015
Invoice #3086583

Remit To:
P.O. Box 18379M
St. Louis, Missouri  63195

ACH Instructions:
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number:
Account Number:
Please reference invoice number(s).

For Wire Transfer Instructions or Other
Communications Please Contact:
314-552-6000
AccountsReceivable@ThompsonCoburn.com

U.S. District Court Eastern District of Missouri
Attn:   Hon. Carol E Jackson
Thomas F. Eagleton Courthouse
111 S. 10th Street
3rd Floor
St. Louis, Missouri   63102

TIN

Replaces Invoice 3084287
Revised on 2/13/2015

For Legal Services Rendered in Connection With:

Acartha Group Receivership
TC File:   54464 / 102286

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 12/01/14 | C. Kelly | Review and respond to telephone conference and email communications from P. Kerth re providing questions in advance of continued 341 meeting (.6); respond to various emails re possible deferral of 341 hearing and taking up of objections before court (.4); review additional documents provided by P. Kerth in preparation for 341 meeting and bankruptcy planning (.8) | B100 | B110 | 1.80 |
| 12/01/14 | K. Kraft | Draft and send proposed stipulation to UHY re extension of response deadline for claims objection | B100 | B110 | 0.30 |
| 12/01/14 | C. Schenk | **NO CHARGE** Attention to Fee Application | B100 | B110 | 0.30 |
| 12/01/14 | C. Schenk | Prepare for and telephone conference with ▮▮▮▮▮▮▮▮▮▮▮ (.6); summarize notes and next steps (.2); review materials from Exegy (.2); prepare letter and check for deposit in Parkside (.2) | B200 | B210 | 1.20 |



EXHIBIT D-1E

January 30, 2015
Invoice #3086583
Page 2

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 12/02/14 | C. Kelly | Communications with P. Kerth re list of questions for 341 hearing | B100 | B110 | 0.40 |
| 12/02/14 | K. Kraft | Finalize and file stipulation re extension of time to respond to UHY claim objection | B100 | B110 | 0.30 |
| 12/02/14 | B. Lamping | Draft extension to tolling agreement for J. Wehrle | B100 | B110 | 0.30 |
| 12/02/14 | C. Schenk | Review and request correction of Spencer Fane invoice, attention to redactions (.3); communications with B. Lamping ▓▓▓▓▓▓▓▓▓▓▓▓ (.3); develop and summarize information for next Receivership report (1.9) | B100 | B110 | 2.50 |
| 12/02/14 | C. Schenk | **NO CHARGE** Prepare fee application | B100 | B110 | 1.50 |
| 12/03/14 | C. Kelly | Prepare for continued meeting of creditors (1.7); review research relative to possible ▓▓▓▓▓▓▓▓▓▓▓▓ (2.2) | B100 | B110 | 3.90 |
| 12/03/14 | K. Kraft | **NO CHARGE** Review and revise receivership report and fee application and prepare additional documents needed for filing report and application, including motion to seal unredacted invoices, proposed order on motion to seal, proposed order on approval of receivership report, proposed order on fee application, and motion for approval of receivership report | B100 | B110 | 2.00 |
| 12/03/14 | C. Schenk | Develop and finalize receivership report, review and incorporate exhibits | B100 | B110 | 2.60 |
| 12/03/14 | C. Schenk | Edit investor and other redactions in invoices | B100 | B110 | 1.40 |
| 12/03/14 | C. Schenk | Finalize SFAR | B100 | B110 | 0.40 |
| 12/03/14 | C. Schenk | **NO CHARGE** Develop and finalize fee application | B100 | B110 | 2.10 |
| 12/04/14 | K. Kraft | **NO CHARGE** Finalize and file all documents necessary for submission of receivership report and fee application and advise C. Schenk on changes re same | B100 | B120 | 4.00 |

January 30, 2015
Invoice #3086583
Page 3

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 12/04/14 | C. Schenk | Communications with K. Kraft re final filing of documents under seal and final edits to same | B100 | B110 | 1.20 |
| 12/05/14 | C. Kelly | Respond to email from P. Kerth re list of questions (.2); outline possible [REDACTED] (1.4) | B100 | B110 | 1.60 |
| 12/08/14 | C. Kelly | Outline course of action with claims | B100 | B110 | 1.70 |
| 12/08/14 | K. Kraft | Respond to questions from C. Kelly re [REDACTED] | B100 | B110 | 0.20 |
| 12/08/14 | J. Rust | Review [REDACTED] submitted materials to determine if they support a valid claim | B300 | B310 | 1.60 |
| 12/08/14 | J. Rust | Provide analysis of materials/missing documents to Receiver [REDACTED] | B300 | B310 | 0.80 |
| 12/08/14 | C. Schenk | Preliminary review of information gathered by counsel, J. Rust, re new vendor claimant | B300 | B310 | 0.20 |
| 12/09/14 | C. Kelly | Prepare for and attend continued meeting of creditors at offices of debtor's counsel (3.4); respond to P. Kerth re trust documents and scope of examination (.4) | B100 | B110 | 3.80 |
| 12/09/14 | C. Schenk | Seek advice of K. Kraft re amendment to last Receivership report to reflect late filing (.2); communications with C. Kelly re creditor's meeting, analysis of Receivership claims issues (.2); review Segue November invoice (.1) | B100 | B110 | 0.50 |
| 12/10/14 | K. Kraft | **NO CHARGE** Advice to J. Rust on handling of Blink claim | B300 | B310 | 0.10 |
| 12/10/14 | K. Kraft | **NO CHARGE** Discussions with C. Kelly re strategy re claims objections in Morriss personal bankruptcy | B100 | B110 | 0.30 |
| 12/10/14 | J. Rust | Review [REDACTED] submitted materials to determine if claimant sufficiently supplemented the claim | B300 | B310 | 1.60 |
| 12/10/14 | J. Rust | Provide advice to Receiver re [REDACTED] claim | B300 | B310 | 0.80 |
| 12/10/14 | C. Schenk | Preliminary review of issues summarized by J. Rust pertaining to late filed claim | B300 | B310 | 0.20 |
| 12/10/14 | C. Schenk | Communications with Tervela re board meeting | B200 | B210 | 0.10 |

January 30, 2015
Invoice #3086583
Page 4

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 12/11/14 | C. Schenk | Review slide deck and proposed minutes, prepare for board meeting, communications with M. Murray and C. Reid | B200 | B210 | 0.30 |
| 12/12/14 | C. Schenk | Seek advice of K. Kraft re follow up to Receivership report (.1); review previous reports for Court approval of issues (.3) | B100 | B110 | 0.40 |
| 12/12/14 | C. Schenk | Review minutes and prepare for board meeting (.4); participate in Tervela Board meeting by telephone (1.8); summarize notes and follow up with M. Murray re next steps (.3) | B200 | B210 | 2.50 |
| 12/15/14 | C. Kelly | Work on pleadings to extend deadline to object to discharge | B100 | B110 | 0.90 |
| 12/15/14 | J. Rust | Draft notice of interlineation for twelfth interim status report to reflect ▮▮▮ additional filing | B300 | B310 | 0.90 |
| 12/15/14 | C. Schenk | Post documents for investors re portfolio concern | B100 | B110 | 0.10 |
| 12/15/14 | C. Schenk | Preliminary review of Clearbrook materials | B200 | B210 | 0.20 |
| 12/16/14 | K. Kraft | Review and file amendment by interlineation to 12th receivership report | B100 | B110 | 0.20 |
| 12/16/14 | J. Rust | Coordinate posting of notice of interlineation to website | B300 | B310 | 0.20 |
| 12/16/14 | C. Schenk | Review new filing re Twelfth Receivership Report (.1); attention to payment of mediator's new invoice (.2); review investor communication (.1) | B100 | B110 | 0.40 |
| 12/16/14 | C. Schenk | Preliminary review of updated CLA engagement re 2014 taxes | B200 | B210 | 0.20 |
| 12/17/14 | C. Schenk | Seek advice of K. Kraft re UHY claim | B300 | B310 | 0.10 |
| 12/18/14 | C. Kelly | Review promissory notes and related diligence relative to possible amendment of proofs of claim and responding to objections of P. Kerth to standing (1.9); review rules re amendment of proof of claim and standing (.9) | B100 | B110 | 2.80 |



U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 12/18/14 | K. Kraft | **NO CHARGE** Discussions with C. Kelly and follow-up discussions with J. Rust re locating notes from BDM to receivership entities for purposes of proof of claim amendment | B100 | B110 | 0.20 |
| 12/18/14 | J. Rust | Review claim documents | B300 | B310 | 0.10 |
| 12/18/14 | C. Schenk | Review Bank inquiry, follow up with Segue | B200 | B210 | 0.20 |
| 12/19/14 | C. Kelly | Review message from parties re 341 meeting (.2); communications with other creditors re extension of deadline to object to discharge and dischargeability and coordination of filing of pleadings (.4); revisions to extension pleadings (.2) | B100 | B110 | 0.80 |
| 12/19/14 | J. Rust | Discuss claim no. 227 with claimant's attorney and discuss same claim with receiver and begin drafting letter to claimant | B300 | B310 | 0.50 |
| 12/19/14 | J. Rust | Complete draft letter to claimant no. 227 re information that is necessary to further process the claim | B300 | B310 | 1.00 |
| 12/19/14 | C. Schenk | Review tax returns to respond to bank inquiry, prepare letter and respond to USB (.4); attention to investor extranet site (.1); review and summarize status of bank accounts to incorporate into next SFAR (.4) | B100 | B110 | 0.90 |
| 12/19/14 | C. Schenk | Review Clearbrook financials and sale offer (.3); prepare response to sale offer and follow up with Segue (.2) | B200 | B210 | 0.50 |
| 12/19/14 | C. Schenk | Review proposed letter to vendor ▓▓▓, review related materials, telephone call to seek advice of J. Rust | B300 | B310 | 0.50 |
| 12/22/14 | K. Kraft | Discussions with C. Schenk re settlement agreement with UHY pertaining to handling of UHY claim and objection | B100 | B110 | 0.30 |
| 12/22/14 | J. Rust | Analysis of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | B300 | B310 | 0.60 |
| 12/22/14 | C. Schenk | Analysis of issues re handling of UHY claim | B300 | B310 | 0.20 |

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 12/22/14 | C. Schenk | Communication with Segue re Clearbrook | B200 | B210 | 0.10 |
| 12/23/14 | C. Kelly | Communications with parties re filing motions to extend deadline for discharge/dischargeability (.3); communications with receiver re same (.2); revise pleadings and prepare for filing (.4) | B100 | B110 | 0.90 |
| 12/23/14 | J. Rust | Continue researching additional information on promissory notes for the attorneys filing with the bankruptcy court in the B.D. Morriss bankruptcy | B300 | B310 | 1.20 |
| 12/24/14 | C. Kelly | Finalize pleadings relating to extension of time for deadline to object to discharge/dischargeability (.6); work on outline of claims (1.8) | B100 | B110 | 2.40 |
| 12/24/14 | K. Kraft | **NO CHARGE** Discussions with C. Kelly re BMD bankruptcy matters | B100 | B110 | 0.30 |
| 12/24/14 | J. Rust | Analysis re ▮ | B300 | B310 | 0.20 |
| 12/29/14 | C. Kelly | Review filings in bankruptcy case | B100 | B110 | 0.20 |
| 12/29/14 | C. Kelly | Work on summary of claims/options | B100 | B110 | 2.40 |
| 12/29/14 | K. Kraft | **NO CHARGE** Prepare and file notice of no objection to eleventh interim fee application | B100 | B120 | 0.70 |
| 12/29/14 | J. Rust | Provide advice to Receiver re ▮ claim and revise letter re same | B300 | B310 | 0.90 |
| 12/29/14 | C. Schenk | Review draft of proposed motion and order, edit and comment on same, seek advice of C. Kelly, review bankruptcy file for status (.6); review M. Murray proposed amendment to engagement letter, follow up to suggest edits, compare to CLA rates (.4) | B100 | B110 | 1.00 |
| 12/29/14 | C. Schenk | Review draft response to late filed claim of vendor and related file materials, seek advice of J. Rust and comment upon proposed response, review final version of response | B300 | B310 | 0.50 |
| 12/29/14 | C. Schenk | Communication with F. Bosch (.1); review Librato 2014 financial model (.3); seek advice of M. Murray (.1) | B200 | B210 | 0.50 |

January 30, 2015
Invoice #3086583
Page 7

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 12/29/14 | C. Schenk | **NO CHARGE** Review docket entries for update and potential objections to Fee Application, direct filing of Notice of No Objection | B100 | B110 | 0.30 |
| 12/30/14 | C. Kelly | Review communications from P. Kerth re consent to extension of time to object to discharge/dischargeability | B100 | B110 | 0.20 |
| 12/30/14 | C. Kelly | Work on summary and claims analysis | B100 | B110 | 4.60 |
| 12/30/14 | C. Schenk | Review vendor proposal, communications with vendor and SEC re same | B100 | B110 | 0.40 |
| 12/30/14 | C. Schenk | Seek advice of M. Murray re Librato financial proposal | B200 | B210 | 0.10 |
| 12/31/14 | C. Kelly | Review pleadings filed in case | B100 | B110 | 0.20 |
| 12/31/14 | K. Kraft | Prepare stipulation for extension of time to respond to UHY objection | B300 | B310 | 0.50 |
| 12/31/14 | K. Kraft | Research re need to use 2001/2004 sale procedures to obtain court approval of settlement of claim | B100 | B110 | 0.70 |
| 12/31/14 | C. Schenk | Seek advice of K. Kraft re resolution of UHY claim in view of impending settlement | B300 | B310 | 0.20 |
| 12/31/14 | C. Schenk | Communication with SEC and vendor request request for rate increase | B100 | B110 | 0.20 |

| | |
|---|---|
| Total Hours | 73.40 |
| Amount For Services | $28,870.00 |

For Cash Outlays:
    For reproduction charges     $16.24
Amount For Cash Outlays     $16.24



U.S. District Court Eastern District of Missouri

## TIME SUMMARY BY RANK

| Timekeeper | Hours Worked | Billed Per Hour | Billed Amount |
|---|---|---|---|
| C. Kelly | 28.60 | $415.00 | $11,869.00 |
| K. Kraft | 10.10 | $350.00 | $3,535.00 |
| C. Schenk | 24.00 | $430.00 | $10,320.00 |
| Subtotal for Partner | 62.70 | $410.27 | $25,724.00 |
| B. Lamping | 0.30 | $260.00 | $78.00 |
| J. Rust | 10.40 | $295.00 | $3,068.00 |
| Subtotal for Associate | 10.70 | $294.02 | $3,146.00 |
| Total All Classes | 73.40 | $393.32 | $28,870.00 |

| | |
|---|---|
| For Services | $28,870.00 |
| Less No Charge Entries | -4,466.00 |
| Less 15% Discount | -3,660.60 |
| Amount For Services | 20,743.40 |
| Amount For Cash Outlays | 16.24 |
| **TOTAL DUE** | **$20,759.64** |



## Task Based Billing Summary
## Law Firm Invoice

| | |
|---|---|
| To: | U.S. District Court Eastern District of Missouri, Thomas F. Eagleton Courthouse, 111 S. 10th Street, 3rd Floor, St. Louis, MO 63102 |
| Firm Name: | THOMPSON COBURN LLP |
| Firm Address: | P.O. Box 18379M, St. Louis, Missouri 63195 |
| Billing Attorney: | 4260-Claire Schenk |
| Matter Name: | Acartha Group Receivership |

Invoice No.: 3086583
Invoice Date: 01/30/15

For Services Rendered and Disbursements Prior Month

### BILLING SUMMARY

| | THIS BILL | | CUMULATIVE TOTALS | |
|---|---|---|---|---|
| 54464-102286 | Hours | Amount | Hours | Amount |
| TOTAL LEGAL FEES: | 73.40 | $20,743.40 | 4,976.00 | $1,363,268.88 |
| TOTAL DISBURSEMENTS: | | $16.24 | | $31,946.94 |
| TOTAL LEGAL FEES & DISB: | | $20,759.64 | | $1,395,215.82 |

### ANALYSIS OF DISBURSEMENTS:

| | | THIS BILL | CUMULATIVE TOTALS |
|---|---|---|---|
| Task Code | Task Description | Amount | Amount |
| 102 | For postage | $0.00 | $851.71 |
| 106 | For reproduction charges | $16.24 | $5,984.32 |
| 107 | For outside copy charge | $0.00 | $422.22 |
| 108 | For color reproduction charges | $0.00 | $387.03 |
| 109 | For overnight delivery service | $0.00 | $3,474.00 |
| 117 | For oversize copies | $0.00 | $68.25 |
| 127 | For courier service | $0.00 | $540.26 |
| 150 | For on-line docket review | $0.00 | $76.68 |
| 300 | Messenger services to file or obtain documents in court | $0.00 | $15.00 |
| 307 | For local cab charges | $0.00 | $92.19 |
| 327 | For expenses | $0.00 | $9.99 |
| 365 | For database management services | $0.00 | $0.00 |
| 367 | For meal expenses | $0.00 | $1,124.74 |
| 375 | For hard drives | $0.00 | $221.64 |
| 383 | For travel expenses | $0.00 | $5,971.81 |
| 402 | For airfare | $0.00 | $4,238.10 |
| 410 | For certified copies | $0.00 | $3,924.00 |
| 419 | For court costs | $0.00 | $66.00 |
| 422 | For filing fee | $0.00 | $4,459.00 |
| 435 | For publication costs | $0.00 | $20.00 |
| 466 | For conversion of files to litigation-ready format | $0.00 | $0.00 |
| 558 | For document management services | $0.00 | $0.00 |
| TOTAL DISBURSEMENTS: | | $16.24 | $31,946.94 |

**Task Based Billing Summary**
**Law Firm Invoice**

Matter Name: Acartha Group Receivership                                                          Page:  2
C/M Firm No:  54464-102286

---

**ANALYSIS OF LEGAL FEES FOR PERSONS PERFORMING SERVICES DURING THIS PERIOD:**

|  | THIS BILL | | | CUMULATIVE TOTALS | |
|---|---|---|---|---|---|
|  | Rate | Hours | Amount | Hours | Amount |
| **Partner** | | | | | |
| Buchholz, E | 0.00 | 0.00 | 0.00 | 7.20 | 3,672.00 |
| Darrough, M | 0.00 | 0.00 | 0.00 | 106.60 | 42,360.00 |
| Farrell, D | 0.00 | 0.00 | 0.00 | 0.60 | 279.00 |
| Higgins, S | 0.00 | 0.00 | 0.00 | 301.70 | 153,867.00 |
| Kappas, N | 0.00 | 0.00 | 0.00 | 5.90 | 2,094.50 |
| Kelly, C | 415.00 | 28.60 | 11,869.00 | 237.70 | 98,645.50 |
| Kraft, K | 350.00 | 10.10 | 3,535.00 | 875.30 | 296,618.00 |
| Lawton, R | 0.00 | 0.00 | 0.00 | 6.10 | 3,202.50 |
| Levin, H | 0.00 | 0.00 | 0.00 | 71.90 | 36,669.00 |
| Litz, T | 0.00 | 0.00 | 0.00 | 6.00 | 3,060.00 |
| Patterson, G | 0.00 | 0.00 | 0.00 | 0.90 | 256.50 |
| Reid, C | 0.00 | 0.00 | 0.00 | 140.70 | 64,018.50 |
| Schenk, C | 430.00 | 24.00 | 10,320.00 | 1,717.10 | 738,353.00 |
| Warfield, D | 0.00 | 0.00 | 0.00 | 0.20 | 102.00 |
| **TOTAL Partner:** | **410.27** | **62.70** | **$25,724.00** | **3,477.90** | **$1,443,197.50** |
| | | | | | |
| **Counsel** | | | | | |
| Cole, J.D., M | 0.00 | 0.00 | 0.00 | 2.70 | 1,012.50 |
| **TOTAL Counsel:** | **0.00** | **0.00** | **$0.00** | **2.70** | **$1,012.50** |
| | | | | | |
| **Associate** | | | | | |
| Black, J | 0.00 | 0.00 | 0.00 | 5.80 | 1,276.00 |
| Burke, B | 0.00 | 0.00 | 0.00 | 2.90 | 855.50 |
| Carnie, Jr., K | 0.00 | 0.00 | 0.00 | 29.90 | 7,774.00 |
| Lamping, B | 260.00 | 0.30 | 78.00 | 119.60 | 31,096.00 |
| Mangian, D | 0.00 | 0.00 | 0.00 | 57.60 | 13,824.00 |
| Rust, J | 295.00 | 10.40 | 3,068.00 | 436.80 | 110,383.00 |
| Sanocki, K | 0.00 | 0.00 | 0.00 | 31.20 | 7,020.00 |
| Trame, B | 0.00 | 0.00 | 0.00 | 0.50 | 120.00 |
| **TOTAL Associate:** | **294.01** | **10.70** | **$3,146.00** | **684.30** | **$172,348.50** |
| | | | | | |
| **Law Clerk** | | | | | |
| Farrell, C | 0.00 | 0.00 | 0.00 | 54.40 | 12,240.00 |
| Khoury, J | 0.00 | 0.00 | 0.00 | 56.60 | 10,471.00 |
| Shechter, G | 0.00 | 0.00 | 0.00 | 40.20 | 7,437.00 |
| **TOTAL Law Clerk:** | **0.00** | **0.00** | **$0.00** | **151.20** | **$30,148.00** |
| | | | | | |
| **Legal Assistant (paralegals and other legal support personnel)** | | | | | |
| Bedard, J | 0.00 | 0.00 | 0.00 | 2.00 | 330.00 |
| Brooks, L | 0.00 | 0.00 | 0.00 | 26.60 | 2,926.00 |
| Hearring, R | 0.00 | 0.00 | 0.00 | 6.30 | 661.50 |

**Task Based Billing Summary**
**Law Firm Invoice**

Matter Name:  Acartha Group Receivership                                    Page:  3
C/M Firm No:  54464-102286

---

**ANALYSIS OF LEGAL FEES FOR PERSONS PERFORMING SERVICES DURING THIS PERIOD:**

|  | This Bill | | | Cumulative Totals | |
|---|---|---|---|---|---|
|  | Rate | Hours | Amount | Hours | Amount |
| Hundley, E | 0.00 | 0.00 | 0.00 | 206.00 | 38,110.00 |
| Kennedy, G | 0.00 | 0.00 | 0.00 | 15.00 | 2,925.00 |
| Kraus, A | 0.00 | 0.00 | 0.00 | 1.90 | 209.00 |
| Landgraf, E | 0.00 | 0.00 | 0.00 | 2.50 | 475.00 |
| Light, L | 0.00 | 0.00 | 0.00 | 16.40 | 3,198.00 |
| Loveless, D | 0.00 | 0.00 | 0.00 | 39.30 | 6,681.00 |
| Martin-Stewart, R | 0.00 | 0.00 | 0.00 | 0.80 | 84.00 |
| Muzzarelli, J | 0.00 | 0.00 | 0.00 | 11.00 | 1,705.00 |
| Parrish, M | 0.00 | 0.00 | 0.00 | 7.10 | 1,278.00 |
| Schuette, A | 0.00 | 0.00 | 0.00 | 57.10 | 6,281.00 |
| Weber, H | 0.00 | 0.00 | 0.00 | 184.70 | 31,399.00 |
| **TOTAL Legal Assistant (paralegals and other legal support personnel):** | **0.00** | **0.00** | **$0.00** | **576.70** | **$96,262.50** |

**Other**

|  | Rate | Hours | Amount | Hours | Amount |
|---|---|---|---|---|---|
| Choi, M | 0.00 | 0.00 | 0.00 | 80.20 | 17,644.00 |
| **TOTAL Other:** | **0.00** | **0.00** | **$0.00** | **80.20** | **$17,644.00** |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **Subtotal Legal Fees:** |  | 73.40 | $28,870.00 | 4,973.00 | $1,760,613.00 |
| **Less Discount:** |  |  | -8,126.60 |  | -397,344.12 |
| **TOTAL LEGAL FEES:** |  |  | $20,743.40 |  | $1,363,268.88 |

Task Based Billing Summary
Law Firm Invoice

Matter Name: Acartha Group Receivership
C/M Firm No: 54464-102286

Page: 4

## ANALYSIS OF FEES BY FUNCTIONS:

| | | This Bill | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Amount | Hours | Amount |
| **PHASE – TASK CODES BLANK** | | | | | |
| | | 0.00 | $0.00 | 56.60 | $10,471.00 |
| | TOTAL : | 0.00 | $0.00 | 56.60 | $10,471.00 |
| **B-Financial Restructuring-Bankruptcy** | | | | | |
| B10 | Project administration(billable) | 0.00 | $0.00 | 4.90 | $2,107.00 |
| | TOTAL : | 0.00 | $0.00 | 4.90 | $2,107.00 |
| **B50-Banruptcy: Creditor or Debtor** | | | | | |
| B110 | Case Administration | 49.90 | $20,593.00 | 2,775.60 | $1,012,243.60 |
| B120 | Asset Analysis and Recovery | 4.70 | $1,645.00 | 270.70 | $69,446.13 |
| B130 | Asset Disposition | 0.00 | $0.00 | 103.00 | $28,067.83 |
| B210 | Business Operations | 5.90 | $2,537.00 | 723.80 | $305,716.50 |
| B220 | Employee Benefits/Pensions | 0.00 | $0.00 | 4.50 | $1,791.00 |
| B310 | Claims Administration and Objections | 12.90 | $4,095.00 | 1,036.70 | $330,683.94 |
| | TOTAL Claims and Plan: | 73.40 | $28,870.00 | 4,914.30 | $1,747,949.00 |
| **L06-Investigation/Discovery/Analysis** | | | | | |
| L06.900 | Organization for Information | 0.00 | $0.00 | 0.20 | $86.00 |
| | TOTAL : | 0.00 | $0.00 | 0.20 | $86.00 |
| | Subtotal Legal Fees: | 73.40 | $28,870.00 | 4,976.00 | $1,760,613.00 |
| | Less Discount | | $-8,126.60 | | -397,344.12 |
| | TOTAL LEGAL FEES 54464-102286 | | $20,743.40 | | $1,363,268.88 |


**THOMPSON COBURN** LLP

January 30, 2015

**Direct Correspondence To:**
One US Bank Plaza
St. Louis, Missouri  63101-1693
314-552-6000
AccountsReceivable@ThompsonCoburn.com

U.S. District Court Eastern District of Missouri
Attn:   Hon. Carol E. Jackson
Thomas F. Eagleton Courthouse
111 S. 10th Street
3rd Floor
St. Louis, Missouri   63102

TIN ▮▮▮▮▮▮

---

Replaces Invoice 3084287
Revised on 2/13/2015

## REMITTANCE COPY

**PAYMENT DUE UPON RECEIPT**
PLEASE REFERENCE INVOICE NUMBER WITH YOUR PAYMENT

Invoice # 3086583                          $20,759.64

Please remit this copy with your check to:

Thompson Coburn LLP
P.O. Box 18379M
St. Louis, MO   63195

**Wire Transfer Instructions:**
Swift Code:         ▮▮▮▮▮▮▮▮
Bank Name:   US Bank N.A.
ABA/Routing Number:   ▮▮▮▮▮▮
Bank Account Name:   Thompson Coburn LLP
Account Number:   ▮▮▮▮▮▮

**ACH Instructions (United States only):**
**NOT FOR WIRE TRANSFER USE**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number:   ▮▮▮▮▮▮
Account Number:   ▮▮▮▮▮▮

Please reference invoice number(s) with ACH or send an e-mail with the information to
AccountsReceivable@ThompsonCoburn.com