**THOMPSON COBURN** LLP

Remit To:
P.O. Box 18379M
St. Louis, Missouri   63195

ACH Instructions:
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number: ▮
Account Number: ▮
Please reference invoice number(s).

For Wire Transfer Instructions or Other
Communications Please Contact:
314-552-6000
AccountsReceivable@ThompsonCoburn.com

January 30, 2015
Invoice #3084288

U.S. District Court Eastern District of Missouri
Attn:   Hon. Carol E Jackson
Thomas F. Eagleton Courthouse
111 S. 10th Street
3rd Floor
St. Louis, Missouri   63102

TIN ▮

For Legal Services Rendered in Connection With:

UHY Litigation
TC File:   54464 / 129240

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 12/01/14 | S. Higgins | Discussion with C. Schenk and review mediation materials | L100 | L190 | 1.10 |
| 12/01/14 | C. Schenk | Review communication re tolling agreement (.1); analysis of issues re settlement, seek advice of S. Higgins re same (.5); review communication to mediator re offer, edit same to include claims background information (.4) | L100 | L190 | 1.00 |
| 12/02/14 | C. Schenk | Review stipulation re UHY claim | L100 | L190 | 0.10 |
| 12/11/14 | C. Schenk | Communications with G. Greiman re status of negotiation and potential filing | L100 | L190 | 0.20 |
| 12/12/14 | S. Higgins | Review mediation file and materials, including complaint, mediation position statements and supporting materials in connection with evaluation of settlement positions (3.0); review mediator communications and related materials (1.2) | L100 | L190 | 4.20 |
| 12/12/14 | C. Schenk | Seek advice of S. Higgins re UHY claims (.5); analysis of claims issues and recent offer (.8); review mediation invoice (.2) | L100 | L190 | 1.50 |

*Invoice*

*Payment Due Upon Receipt*

**EXHIBIT D-1F**

January 30, 2015
Invoice #3084288
Page 2

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 12/15/14 | S. Higgins | Provide advice to Receiver relative to settlement options and strategies; discussion with C. Schenk and G. Greiman relative to settlement positions and options | L100 | L190 | 3.80 |
| 12/15/14 | C. Schenk | Prepare for telephone conference with counsel to discuss ███████████████████████, review multiple communications with mediator (.4); seek advice of S. Higgins, telephone conference with Spencer Fane (1.1); follow up communications re mediator's recommendation, discuss new extension to tolling agreement and response to mediator (.4) | L100 | L190 | 1.90 |
| 12/16/14 | C. Schenk | Communications re tolling agreement, review and execute same | L100 | L190 | 0.30 |
| 12/19/14 | S. Higgins | Telephone call from and emails with C. Schenk relative to settlement of UHY case | L100 | L190 | 0.30 |
| 12/19/14 | C. Schenk | Telephone conference with G. Greiman re mediator's suggestion (.3); seek advice of S. Higgins (.1); review fee arrangement with counsel and other details pertaining to settlement agreement reporting and next steps (.4) | L100 | L190 | 0.80 |
| 12/22/14 | C. Schenk | Update SEC and K. Kraft to seeks advice re settlement matters (.2); review and execute tolling agreement (.2); research form of settlement and summarize issues re same for UHY resolution (.5); research issues re Court approval and summarize same for UHY counsel and seek advice of K. Kraft (.6) | L100 | L190 | 1.50 |
| 12/23/14 | C. Schenk | Review fully executed tolling agreement and follow-up with K. Kraft re UHY | L100 | L190 | 0.10 |

| Total Hours | 16.80 |
|---|---|
| Amount For Services | $7,976.00 |



*Invoice*                                             *Payment Due Upon Receipt*

January 30, 2015
Invoice #3084288
Page 3

U.S. District Court Eastern District of Missouri

## TIME SUMMARY BY RANK

| Timekeeper | Hours Worked | Billed Per Hour | Billed Amount |
| --- | --- | --- | --- |
| S. Higgins | 9.40 | $510.00 | $4,794.00 |
| C. Schenk | 7.40 | $430.00 | $3,182.00 |
| Subtotal for Partner | 16.80 | $474.76 | $7,976.00 |
| Total All Classes | 16.80 | $474.76 | $7,976.00 |

| | |
| --- | --- |
| For Services | $7,976.00 |
| Less 15% Discount | -1,196.40 |
| Amount For Services | 6,779.60 |
| **TOTAL DUE** | **$6,779.60** |

*Invoice*  *Payment Due Upon Receipt*

Task Based Billing Summary
Law Firm Invoice

| | |
|---|---|
| To: | U.S. District Court Eastern District of Missouri, Thomas F. Eagleton Courthouse, 111 S. 10th Street, 3rd Floor, St. Louis, MO 63102 |
| Firm Name: | THOMPSON COBURN LLP |
| Firm Address: | P.O. Box 18379M, St. Louis, Missouri 63195 |
| Billing Attorney: | 4260-Claire Schenk |
| Matter Name: | UHY Litigation |

Invoice No.: 3084288
Invoice Date: 01/30/15

For Services Rendered and Disbursements Prior Month

## BILLING SUMMARY

| | THIS BILL | | CUMULATIVE TOTALS | |
|---|---|---|---|---|
| 54464-129240 | Hours | Amount | Hours | Amount |
| TOTAL LEGAL FEES: | 16.80 | $6,779.60 | 117.10 | $39,573.53 |
| TOTAL DISBURSEMENTS: | | $0.00 | | $701.22 |
| **TOTAL LEGAL FEES & DISB:** | | **$6,779.60** | | **$40,274.75** |

## ANALYSIS OF DISBURSEMENTS:

| | | THIS BILL | CUMULATIVE TOTALS |
|---|---|---|---|
| Task Code | Task Description | Amount | Amount |
| 106 | For reproduction charges | $0.00 | $4.56 |
| 127 | For courier service | $0.00 | $22.80 |
| 367 | For meal expenses | $0.00 | $168.97 |
| 383 | For travel expenses | $0.00 | $274.69 |
| 402 | For airfare | $0.00 | $230.20 |
| **TOTAL DISBURSEMENTS:** | | **$0.00** | **$701.22** |

## ANALYSIS OF LEGAL FEES FOR PERSONS PERFORMING SERVICES DURING THIS PERIOD:

| | THIS BILL | | | CUMULATIVE TOTALS | |
|---|---|---|---|---|---|
| | Rate | Hours | Amount | Hours | Amount |
| **Partner** | | | | | |
| Higgins, S | 510.00 | 9.40 | 4,794.00 | 9.40 | 4,794.00 |
| Kraft, K | 0.00 | 0.00 | 0.00 | 0.70 | 231.00 |
| Schenk, C | 430.00 | 7.40 | 3,182.00 | 86.00 | 36,980.00 |
| **TOTAL Partner:** | 474.76 | 16.80 | $7,976.00 | 96.10 | $42,005.00 |
| **Associate** | | | | | |
| Lamping, B | 0.00 | 0.00 | 0.00 | 0.90 | 234.00 |
| Rust, J | 0.00 | 0.00 | 0.00 | 13.30 | 3,770.10 |
| Sanocki, K | 0.00 | 0.00 | 0.00 | 0.80 | 180.00 |
| **TOTAL Associate:** | 0.00 | 0.00 | $0.00 | 15.00 | $4,184.10 |
| **Legal Assistant (paralegals and other legal support personnel)** | | | | | |
| Weber, H | 0.00 | 0.00 | 0.00 | 6.00 | 1,020.00 |
| **TOTAL Legal Assistant (paralegals** | 0.00 | 0.00 | $0.00 | 6.00 | $1,020.00 |

-

Task Based Billing Summary
<u>Law Firm Invoice</u>

Matter Name:  UHY Litigation  
C/M Firm No:  54464-129240  
Page: 2

---

**ANALYSIS OF LEGAL FEES FOR PERSONS PERFORMING SERVICES DURING THIS PERIOD:**

|  | | THIS BILL | | CUMULATIVE TOTALS | |
| --- | --- | --- | --- | --- | --- |
|  | Rate | Hours | Amount | Hours | Amount |
| and other legal support personnel): | | | | | |
| **Subtotal Legal Fees:** | | 16.80 | $7,976.00 | 117.10 | $47,209.10 |
| **Less Discount:** | | | -1,196.40 | | -7,635.57 |
| **TOTAL LEGAL FEES:** | | | $6,779.60 | | $39,573.53 |

Task Based Billing Summary
Law Firm Invoice

Matter Name:  UHY Litigation  
C/M Firm No:  54464-129240  

Page: 3

## ANALYSIS OF FEES BY FUNCTIONS:

| | | This Bill | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Amount | Hours | Amount |
| **B50-Banruptcy: Creditor or Debtor** | | | | | |
| B50.01 | Case Administration (incl. strategy/client communications) | 0.00 | $0.00 | 4.20 | $1,082.00 |
| B50.07 | Claims and claim litigation | 0.00 | $0.00 | 0.80 | $314.00 |
| | TOTAL : | 0.00 | $0.00 | 5.00 | $1,396.00 |
| **L01-Matter Open** | | | | | |
| L120 | Analysis/Strategy | 0.00 | $0.00 | 0.10 | $23.82 |
| | TOTAL Case Assessment, Development and Administration: | 0.00 | $0.00 | 0.10 | $23.82 |
| **L03-Initial Investigation and Experts** | | | | | |
| L110 | Fact Investigation/Development | 0.00 | $0.00 | 1.20 | $297.18 |
| L190 | Other Case Assessment, Development and Administration | 0.00 | $0.00 | 0.30 | $88.50 |
| | TOTAL Case Assessment, Development and Administration: | 0.00 | $0.00 | 1.50 | $385.68 |
| **L04-Initial Filings** | | | | | |
| L210 | Pleadings | 0.00 | $0.00 | 13.80 | $4,110.60 |
| | TOTAL Pre-Trial Pleadings and Motions: | 0.00 | $0.00 | 13.80 | $4,110.60 |
| **L05-Ongoing Reporting and Communication** | | | | | |
| L190 | Other Case Assessment, Development and Administration | 0.00 | $0.00 | 6.00 | $2,580.00 |
| L190 | Other Case Assessment, Development and Administration | 15.20 | $7,288.00 | 42.70 | $19,113.00 |
| L190 | Other Case Assessment, Development and Administration | 0.00 | $0.00 | 1.50 | $645.00 |
| L190 | Other Case Assessment, Development and Administration | 0.00 | $0.00 | 6.70 | $2,647.00 |
| L190 | Other Case Assessment, Development and Administration | 1.60 | $688.00 | 3.50 | $1,505.00 |
| | TOTAL Case Assessment, Development and Administration: | 16.80 | $7,976.00 | 60.40 | $26,490.00 |
| **L06-Investigation/Discovery/Analysis** | | | | | |
| L390 | Other Discovery | 0.00 | $0.00 | 5.20 | $2,236.00 |
| L120 | Analysis/Strategy | 0.00 | $0.00 | 7.50 | $3,225.00 |
| L120 | Analysis/Strategy | 0.00 | $0.00 | 0.40 | $172.00 |
| L120 | Analysis/Strategy | 0.00 | $0.00 | 2.50 | $1,075.00 |
| L120 | Analysis/Strategy | 0.00 | $0.00 | 2.50 | $425.00 |
| L140 | Document/File Management | 0.00 | $0.00 | 0.60 | $102.00 |

Task Based Billing Summary
**Law Firm Invoice**

Matter Name: UHY Litigation
C/M Firm No: 54464-129240

Page: 4

ANALYSIS OF FEES BY FUNCTIONS:

|  |  | This Bill | | Cumulative Totals | |
|---|---|---|---|---|---|
|  |  | Hours | Amount | Hours | Amount |
|  | TOTAL Case Assessment, Development and Administration: | 0.00 | $0.00 | 18.70 | $7,235.00 |
| **L09-Mediation and Settlement** | | | | | |
| L160 | Settlement/Non-Binding ADR | 0.00 | $0.00 | 17.60 | $7,568.00 |
|  | TOTAL Case Assessment, Development and Administration: | 0.00 | $0.00 | 17.60 | $7,568.00 |
|  | Subtotal Legal Fees: | 16.80 | $7,976.00 | 117.10 | $47,209.10 |
|  | Less Discount |  | $-1,196.40 |  | -7,635.57 |
|  | TOTAL LEGAL FEES 54464-129240 |  | $6,779.60 |  | $39,573.53 |


**THOMPSON COBURN LLP**

January 30, 2015

Direct Correspondence To:
One US Bank Plaza
St. Louis, Missouri 63101-1693
314-552-6000
AccountsReceivable@ThompsonCoburn.com

U.S. District Court Eastern District of Missouri
Attn: Hon. Carol E. Jackson
Thomas F. Eagleton Courthouse
111 S. 10th Street
3rd Floor
St. Louis, Missouri   63102

TIN ▮

---

# REMITTANCE COPY

**PAYMENT DUE UPON RECEIPT**
PLEASE REFERENCE INVOICE NUMBER WITH YOUR PAYMENT

Invoice # 3084288              $6,779.60

**Please remit this copy with your check to:**

Thompson Coburn LLP
P.O. Box 18379M
St. Louis, MO   63195

**Wire Transfer Instructions:**
Swift Code:   ▮
Bank Name:   US Bank N.A.
ABA/Routing Number:   ▮
Bank Account Name:   Thompson Coburn LLP
Account Number:   ▮

**ACH Instructions (United States only):**
**NOT FOR WIRE TRANSFER USE**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number:   ▮
Account Number:   ▮

Please reference invoice number(s) with ACH or send an e-mail with the information to
AccountsReceivable@ThompsonCoburn.com