

Segue Equity Group, LLC.
325 North Kirkwood, Suite 103
St. Louis, MO 63122
MichelleM@SeguePartners.com

Acartha Group Receivership
Claire M. Schenk
c/o Claire Schenk Thompson Coburn
One US Bank Plaza
St. Louis Missouri 63101-1693

**Invoice Number**  #INV-20141112-202
**Date**  11/12/2014
**Due Date**  11/30/2014

## Acartha Group October Invoice

| Item | Description | Price/Unit | Qty | Price |
|---|---|---:|---:|---:|
| Luke McGowan | Accounting/Auditing | $81.00 | 13.25 | $1,073.25 |
| Michelle Murray, Managing Director Financial Activities | Tax issues/Busn Analysis | $233.75 | 1.57 | $366.99 |

| | |
|---|---:|
| **Subtotal** | $1,440.24 |
| **Tax** (0%) | $0.00 |
| **Total** | $1,440.24 |
| **Outstanding Balance** | $33,877.71 |
| **Grand Total** | $35,317.95 |

**EXHIBIT D-2A**



# Segue Equity Group, LLC.
# Report 11/14/2014 09:53 AM
Created by Ann Cicciarelli on 11/14/2014 10:28 AM

Projects for client Acartha Group Receivership
Users: Michelle Murray, Managing Director, Lisa McDonald, Luke McGowan
Time Interval: 10/01/2014 — 10/31/2014

| | | |
|---|---|---|
| **Total hours** | **14:49** | |
| **Acartha Group CL** | **14:49** | |
| Default Task List | 14:49 | |
| Accounting/Auditing | 14:29 | |
| Luke McGowan<br>10/07/2014 10:30 AM — 11:30 AM | 01:00 | Organizing and analyzing all necessary documents sent via email correspondence from Karla. Preparing for Q3 SFAR. |
| Luke McGowan<br>10/23/2014 12:30 PM — 02:08 PM | 01:38 | Entered payments and deposits into account balance spreadsheet and reconciled July 2014 bank statements for all entities. Preparing for Q3 SFAR. |
| Luke McGowan<br>10/23/2014 02:30 PM — 04:40 PM | 02:10 | Entered payments and deposits into account balance spreadsheet and reconciled August 2014 bank statements for all entities. Preparing for Q3 SFAR. |
| Luke McGowan<br>10/24/2014 09:00 AM — 11:12 AM | 02:12 | Entered payments and deposits into account balance spreadsheet and reconciled September 2014 bank statements for all entities. Preparing for Q3 SFAR. |
| Luke McGowan<br>10/24/2014 11:15 AM — 12:00 PM | 00:45 | Reviewed all approved payments made from Acartha. Entered necessary data onto pending expenses worksheet for all entities. Preparing for Q3 SFAR. |
| Luke McGowan<br>10/24/2014 12:00 PM — 01:00 PM | 01:00 | Reviewed copies of all submitted checks to ensure accuracy and proper accounting of expenses. Preparing for Q3 SFAR. |
| Luke McGowan<br>10/27/2014 09:00 AM — 11:00 AM | 02:00 | Reviewed all invoices submitted to Acartha. Entered necessary data onto pending expenses worksheet for all entities. Preparing for Q3 SFAR. |
| Luke McGowan<br>10/27/2014 12:00 PM — 02:00 PM | 02:00 | Prepared Q3 SFAR and tied ending balances. Sent to Michelle for management review. |
| Michelle Murray, Managing Director<br>10/27/2014 02:00 PM — 02:30 PM | 00:30 | Review Librato financials and comment to Claire. |
| Michelle Murray, Managing Director<br>10/27/2014 04:16 PM — 05:00 PM | 00:44 | Review draft Q3 SFAR. |
| Luke McGowan<br>10/29/2014 09:00 AM — 09:30 AM | 00:30 | Correspondence with Claire regarding PNC escrow deposit and past reconciliations of that account. |

| | | |
|---|---|---|
| Business Analysis | 00:20 | |
| Michelle Murray, Managing Director<br>10/03/2014 09:50 AM — 10:10 AM | 00:20 | Peruse board materials from Tervela and correspond with Claire re same. |