

Segue Equity Group, LLC.
325 North Kirkwood, Suite 103
St. Louis, MO 63122
MichelleM@SeguePartners.com

Acartha Group Receivership
Claire M. Schenk
c/o Claire Schenk Thompson Coburn
One US Bank Plaza
St. Louis Missouri 63101-1693

**Invoice Number** #INV-20141209-214
**Date** 12/09/2014
**Due Date** 12/31/2014

## Acartha Group November Invoice

| Item | Description | Price/Unit | Qty | Price |
|---|---|---:|---:|---:|
| Luke McGowan | Accounting/Auditing | $81.00 | 1.50 | $121.50 |
| Michelle Murray, Managing Director Financial Activities | Tax issues/Busn Analysis | $233.75 | 0.82 | $191.68 |

| | |
|---|---:|
| **Subtotal** | $313.18 |
| **Tax** (0%) | $0.00 |
| **Total** | $313.18 |
| **Outstanding Balance** | $35,317.95 |
| **Grand Total** | $35,631.13 |
| Amount Paid since Last Billing | $0 |

**EXHIBIT D-2B**



# Segue Equity Group, LLC.
# Report 11/05/2014 10:05 AM
Created by Ann Cicciarelli on 12/01/2014 10:07 AM

Projects for client Acartha Group Receivership
Users: Michelle Murray, Managing Director, Lisa McDonald, Luke McGowan
Time Interval: 11/01/2014 — 11/30/2014

| | | |
|---|---|---|
| **Total hours** | **02:19** | |
| **Acartha Group CL** | **02:19** | |
| Default Task List | 02:19 | |
| Accounting/Auditing | 01:45 | |
| Luke McGowan<br>11/03/2014 10:30 AM — 12:00 PM | 01:30 | Correspondence with Claire regarding PNC escrow amount and closing of MIC VII account. Analyzed bank statements for PNC account back to Jan 2012, found requested escrow transfer information for Claire. |
| Michelle Murray, Managing Director<br>11/03/2014 12:00 PM — 12:15 PM | 00:15 | Discuss PNC account with Luke and review updated SFAR. |
| Business Analysis | 00:34 | |
| Michelle Murray, Managing Director<br>11/19/2014 11:06 PM — 11:40 PM | 00:34 | Review Librato board materials and correspond to Claire re same. |