

**Provider**

Segue Equity Group, LLC.
325 North Kirkwood, Suite 103
St. Louis, MO 63122
MichelleM@SeguePartners.com

Customer

Acartha Group Receivership
c/o Claire Schenk Thompson Coburn
One US Bank Plaza
St. Louis, Missouri 63101-1693

| | |
|---|---|
| Invoice No. | **#INV-20150115-227** |
| Date | 01/15/2015 |
| Due Date | 01/31/2015 |

# INVOICE

| Item | Description | Price/Unit | Quantity | Price |
|---|---|---:|---:|---:|
| Michelle Murray, Managing Director | Tax Issues/Busn Analysis | $233.75 | 2 | $467.50 |
| Luke McGowan, Associate | Accounting/Auditing | $81.00 | 0.25 | $20.25 |

| | |
|---|---:|
| Subtotal | $487.75 |
| Tax 0% | $0.00 |
| **Total** | **$487.75** |
| Outstanding Balance | $33,979.18 |
| Grand Total | $34,466.93 |
| Amount Paid Since Last Billing | $ 1,651.95 |

Thank you for your business. Created using the Paymo.biz time tracking and invoicing application

Sent using paymoapp.com

**EXHIBIT D-2C**

# Report 01/13/2015 10:59 am



Created by Ann Cicciarelli

Projects for client  Acartha Group Receivership
Users  Ann Cicciarelli, Michelle Murray, Managing Director, Lisa McDonald, Luke McGowan, Jordan Tierney
Time interval  11/30/2014 — 12/31/2014

| | |
|---|---|
| **Total** | **2 hrs 15 min** |
| **12/12/2014** | **1 hrs 15 min** |
| Acartha Group CL | 1 hrs 15 min |
| Default Task List | 1 hrs 15 min |
| Business Analysis | 1 hrs 15 min |

Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies

| | |
|---|---|
| 12/12/2014 10:30 am — 11:45 am | 1 hrs 15 min |

Board call for Tervela (arrived later than start of call). Reviewed materials in advance.

| | |
|---|---|
| **12/16/2014** | **15 min** |
| Acartha Group CL | 15 min |
| Default Task List | 15 min |
| Accounting/Auditing | 15 min |

Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis.

| | |
|---|---|
| 12/16/2014 01:15 pm — 01:30 pm | 15 min |

Corresponded with Karla at Thompson Coburn regarding balance inquiry. Logged into Parkside and provided the balance for the requested cash account.

| | |
|---|---|
| **12/22/2014** | **15 min** |
| Acartha Group CL | 15 min |
| Default Task List | 15 min |
| Accounting/Auditing | 15 min |

Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis.

| | |
|---|---|
| 12/22/2014 11:30 am — 11:45 am | 15 min |

Review Clearbrook financial statements and correspondence and respond to Claire re: financial status.

| | |
|---|---|
| **12/30/2014** | **30 min** |
| Acartha Group CL | 30 min |
| Default Task List | 30 min |
| Accounting/Auditing | 30 min |

Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis.

| | |
|---|---|
| 12/30/2014 10:15 pm — 10:45 pm | 30 min |
| Review Librato financial model and provide comments to Claire re: same. | |
| **Total** | **2 hrs 15 min** |