CliftonLarsonAllen

Direct Billing Inquiries to:

CliftonLarsonAllen LLP
4250 N. Fairfax   Drive
Suite 1020
Arlington, VA   22203
(571) 227-9688

Claire M. Schenk, Esq.
Acartha Receivership
Thompson Coburn
One US Bank Plaza
St. Louis, MO   63101

schenk@thompsoncoburn.com

| | |
|---|---|
| Account Number | 064-076062 |
| Invoice Date | 1/21/2015 |
| Invoice # | 962856 |

| | |
|---|---|
| Invoice Total | $1,441.00 |

## We Appreciate Your Business and Referrals

Payment is due upon receipt.

Please detach and remit payment to the
address below using the enclosed envelope.

CliftonLarsonAllen LLP
Ginger Stafford
4250 N. Fairfax Drive, Suite 1020
Arlington, VA 22203
571-227-9688    Telephone
571-921-4883    Fax

| | |
|---|---|
| Amount Remitted | $ |
| Account Number | 064-076062 |
| Invoice Number | 962856 |

**EXHIBIT D-3A**

Acartha Receivership - Tax & Accounting
010828
010828

## Acartha Receivership
## Attachment to Invoice

| Entity | Previous Billings for Prep of 2014 Tax Returns — Tax Prep: Billed | October 2014 Invoice # — Hours | Actual | Amount Exceeds flat fee of $3,000 (1) | Billed | Total Now Billed to Date 2014 — Tax Prep: Billed (1) | Additional Services Approved by Receiver — Hours | Billed (2) |
|---|---|---|---|---|---|---|---|---|
| Acartha Group LLC | - | 0.90 | 247.50 | | 247.50 | 247.50 | 6.10 | 918.50 |
| Acartha Merchant Partners, LLC | - | | | | | - | | - |
| Acartha Special Situations Funding, LLC | - | | | | | - | | - |
| Acartha Specialty Finance Investment, LLC | - | | | | | - | | - |
| Acartha Technology Partners, L.P. | - | | | | | - | | - |
| Clearbrook Acquisition, LLC | - | | | | | - | | - |
| Evergrid Acquisition, LLC | - | | | | | - | | - |
| Evergrid MIC VII, LLC | - | | | | | - | | - |
| Gryphon Investments III, LLC | - | | | | | - | | - |
| Integrien Acquisition Capital II, LLC | - | | | | | - | | - |
| Integrien Acqusition II, LLC | - | 0.50 | 137.50 | | 137.50 | 137.50 | | - |
| Integrien Acquisition, LLC | - | 0.50 | 137.50 | | 137.50 | 137.50 | | - |
| Librato Acquisition II, LLC | - | | | | | - | | - |
| MIC VII, LLC | - | | | | | - | | - |
| Morriss Admin d/b/a Acartha Group Funding | - | | | | | - | | - |
| Tervela Acquisition II, LLC | - | | | | | - | | - |
| Tervela Acquisiton III, LLC | - | | | | | - | | - |
| Tervela Acquisition, LLC | - | | | | | - | | - |

**Total – Tax Preparation of 2014 Tax Returns**   -   1.90   522.50   -   522.50   522.50   6.10   918.50

Additional Services Approved by Receiver   918.50   918.50

Expenses   -   -

**Total Fees & Expenses**\*\*   1,441.00   1,441.00

\*\* Notes:

(1)  Authorized by Receiver on 4/9/14 effective for 1/1/14 entries on tax return preparation limited to lower of hours or fixed fee of $3,000.

(2)  Per 6/26/12 Engagement Letter, additional services approved by Receiver related to time expended on special allocation analyses not included in the flat fee tax arrangement plus some non-tax related communications.

(3) Tim O'Shaughnessy rate effective 1/1/14 is $360.  CLA will invoice at $275 (within the agreed range of $250-$275), Dan Thieret promoted to Manager in 2013 and his rate is $175.  CLA will invoices at $140 (within the agreed range of $140-$160), which is a discount of more than 20%.  Discussed and agreed with Receiver 2/19/14

(4) Subsequent Amendments to the 6/26/12 Engagement Letter are dated 2/25/13; 4/10/14 and 1/20/15.

**Client:  064-076062**                    **Attachment to Invoice 962856**
**Acartha Group Receivership - Tax**              **Dated 1/21/15**

| Date | Name | Task Code | Hours | Rate | Amount | Detail |
|------|------|-----------|-------|------|--------|--------|
| **Acartha Group, LLC - 2014** | | | | | | |
| 10/7/14 | O'Shaughnessy | Administration (Tax) | 0.30 | 275.00 | 82.50 | Review of federal tax notices received from Thompson Coburn. |
| 10/8/14 | O'Shaughnessy | Administration (Tax) | 0.30 | 275.00 | 82.50 | Send ███████ to accountant. |
| 10/10/14 | O'Shaughnessy | Administration (Tax) | 0.30 | 275.00 | 82.50 | Email ████████k-1's to Lewis Rice. |
| **Acartha Group, LLC - 2014 Total** | | | **0.90** | | **247.50** | |
| **Integrien Acquisition II, LLC - 2014** | | | | | | |
| 10/31/14 | O'Shaughnessy | Preparation | 0.50 | 275.00 | 137.50 | Discuss final tax return filings with Michelle. |
| **Integrien Acquisition II, LLC  - 2014 Total** | | | **0.50** | | **137.50** | |
| **Integrien Acquisition, LLC - 2014** | | | | | | |
| 10/31/14 | O'Shaughnessy | Preparation | 0.50 | 275.00 | 137.50 | Discuss final tax return issues with Michelle. |
| **Integrien Acquisition, LLC  - 2014 Total** | | | **0.50** | | **137.50** | |
| **Total Fees for Tax Preparation** | | | **1.90** | | **522.50** | |

**Additional Services Outside of Tax Preparation - approved by Receiver**

| Date | Name | Task Code | Hours | Rate | Amount | Detail |
|------|------|-----------|-------|------|--------|--------|
| **Acartha Group, LLC - Out of Scope** | | | | | | |
| 10/21/14 | Chlebowski | Tax issues | 1.40 | 110.00 | 154.00 | Returns for Claire; K-1 ████████. |
| 10/23/14 | Chlebowski | Tax issues | 1.00 | 110.00 | 110.00 | Reconciling Intercompanies for 2013. |
| 10/24/14 | Chlebowski | Tax issues | 2.20 | 110.00 | 242.00 | Reconciling Intercompanies for 2013. |
| 10/28/14 | O'Shaughnessy | Tax issues | 1.50 | 275.00 | 412.50 | Review of intercompany analysis. |
| **Acartha Group, LLC - Out of Scope Total** | | | **6.10** | | **918.50** | |
| **Total Additional Services** | | | **6.10** | | **918.50** | |

| | Hours | Amount |
|---|-------|--------|
| **Total Fees for Tax Preparation** | 1.90 | 522.50 |
| **Total Additional Services** | 6.10 | 918.50 |
| **Total Expenses** | | - |
| **GRAND TOTAL:** | **8.00** | **1,441.00** |