

Direct Billing Inquiries to:

CliftonLarsonAllen LLP
4250 N. Fairfax   Drive
Suite 1020
Arlington, VA   22203
(571) 227-9688

Claire M. Schenk, Esq.
Acartha Receivership
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO   63101

schenk@thompsoncoburn.com

| | |
|---|---|
| Account Number | 064-076062 |
| Invoice Date | 1/21/2015 |
| Invoice # | 962857 |

Invoice Total   $1,556.50

### We Appreciate Your Business and Referrals
Payment is due upon receipt.

Please detach and remit payment to the
address below using the enclosed envelope.

CliftonLarsonAllen LLP
Ginger Stafford
4250 Fairfax Drive, Suite 1020
Arlington, VA   22203
571-227-9688   Telephone
571-921-4883   Fax

| | |
|---|---|
| Amount Remitted | $ |
| Account Number | 064-076062 |
| Invoice Number | 962857 |

**EXHIBIT D-3B**

Acartha Receivership - Tax & Accounting
010828
010828

Acartha Receivership
Attachment to Invoice

| Entity | Previous Billings for Prep of 2014 Tax Returns Tax Prep: Billed | November 2014 Invoice # | | | | Total Now Billed to Date 2014 Tax Prep: Billed (1) | Additional Services Approved by Receiver | |
|---|---|---|---|---|---|---|---|---|
| | | Hours | Actual | Amount Exceeds flat fee of $3,000 (1) | Billed | | Hours | Billed (2) |
| Acartha Group LLC | 247.50 | 2.80 | 308.00 | | 308.00 | 555.50 | | |
| Acartha Merchant Partners, LLC | | | | | | - | | |
| Acartha Special Situations Funding, LLC | | | | | | - | | |
| Acartha Specialty Finance Investment, LLC | | | | | | - | | |
| Acartha Technology Partners, L.P. | | | | | | - | | |
| Clearbrook Acquisition, LLC | | | | | | - | | |
| Evergrid Acquisition, LLC | | | | | | - | | |
| Evergrid MIC VII, LLC | | | | | | - | | |
| Gryphon Investments III, LLC | | | | | | - | | |
| Integrien Acquisiton Capital II, LLC | | 1.40 | 269.50 | | 269.50 | 269.50 | | |
| Integrien Acquisition II, LLC | 137.50 | 2.20 | 489.50 | | 489.50 | 627.00 | | |
| Integrien Acquisition, LLC | 137.50 | 2.20 | 489.50 | | 489.50 | 627.00 | | |
| Librato Acquisition II, LLC | | | | | | - | | |
| MIC VII, LLC | | | | | | - | | |
| Morriss Admin d/b/a Acartha Group Funding | | | | | | - | | |
| Tervela Acquisiton II, LLC | | | | | | - | | |
| Tervela Acquisiton III, LLC | | | | | | - | | |
| Tervela Acquisition, LLC | | | | | | - | | |
| Total - Tax Preparation of 2014 Tax Returns | 522.50 | 8.60 | 1,556.50 | - | 1,556.50 | 2,079.00 | - | - |
| Additional Services Approved by Receiver | | | - | | - | | | |
| Expenses | | | | | | | | |
| Total Fees & Expenses** | | | 1,556.50 | | 1,556.50 | | | |

** Notes:
(1) Authorized by Receiver on 4/9/14 effective for 1/1/14 entries on tax return preparation limited to lower of hours or fixed fee of $3,000.
(2) Per 6/26/12 Engagement Letter, additional services approved by Receiver related to time expended on special allocation analyses not included in the flat fee tax arrangement plus some non-tax related communications.
(3) Tim O'Shaughnessy rate effective 1/1/14 is $360.  CLA will invoice at $275 (within the agreed range of $250-$275), Dan Thieret promoted to Manager in 2013 and his rate is $175.  CLA will invoices at $140 (within the agreed range of $140-$160), which is a discount of more than 20%.  Discussed and agreed with Receiver 2/19/14
(4) Subsequent Amendments to the 6/26/12 Engagement Letter are dated 2/25/13; 4/10/14 and 1/20/15.

Client: 064-076062  
Acartha Group Receivership - Tax

Attachment to Invoice 962857  
Dated 1/21/15

| Date | Name | Task Code | Hours | Rate | Amount | Detail |
|---|---|---|---|---|---|---|
| **Acartha Group, LLC - 2014** | | | | | | |
| 11/5/14 | Chlebowski | Preparation | 1.00 | 110.00 | 110.00 | Intercompany balance reconciliation. |
| 11/7/14 | Chlebowski | Preparation | 1.80 | 110.00 | 198.00 | Closing BS for Integrien & Integrien II. |
| **Acartha Group, LLC - 2014 Total** | | | **2.80** | | **308.00** | |
| | | | | | | |
| **Integrien Acquisition Capital II, LLC - 2014** | | | | | | |
| 11/10/14 | O'Shaughnessy | Preparation | 0.70 | 275.00 | 192.50 | Work through final balance sheet issues and open item questions to Claire. |
| 11/11/14 | Chlebowski | Tax Planning | 0.70 | 110.00 | 77.00 | Meeting with Tim to determine ability to close company. |
| **Integrien Acquisition Capital II, LLC - 2014 Total** | | | **1.40** | | **269.50** | |
| | | | | | | |
| **Integrien Acquisition II, LLC - 2014** | | | | | | |
| 11/3/14 | O'Shaughnessy | Preparation | 0.50 | 275.00 | 137.50 | Discuss final returns with Michelle. |
| 11/5/14 | O'Shaughnessy | Preparation | 0.30 | 275.00 | 82.50 | Coordination with Michelle related to bank statements. |
| 11/10/14 | O'Shaughnessy | Preparation | 0.70 | 275.00 | 192.50 | Work through final balance sheet issues and open item questions to Claire. |
| 11/11/14 | Chlebowski | Tax Planning | 0.70 | 110.00 | 77.00 | Meeting with Tim to determine ability to close company. |
| **Integrien Acquisition II, LLC - 2014 Total** | | | **2.20** | | **489.50** | |
| | | | | | | |
| **Integrien Acquisition, LLC - 2014** | | | | | | |
| 11/3/14 | O'Shaughnessy | Preparation | 0.50 | 275.00 | 137.50 | Discuss final returns with Michelle. |
| 11/5/14 | O'Shaughnessy | Preparation | 0.30 | 275.00 | 82.50 | Coordination with Michelle related to bank statements. |
| 11/10/14 | O'Shaughnessy | Preparation | 0.70 | 275.00 | 192.50 | Work through final balance sheet issues and open item questions to Claire. |
| 11/11/14 | Chlebowski | Tax Planning | 0.70 | 110.00 | 77.00 | Meeting with Tim to determine ability to close company. |
| **Integrien Acquisition, LLC - 2014 Total** | | | **2.20** | | **489.50** | |
| | | | | | | |
| **Total Fees for Tax Preparation** | | | **8.60** | | **1,556.50** | |

**Additional Services Outside of Tax Preparation - approved by Receiver**

NONE

| Total Additional Services | | | - | | - | |
|---|---|---|---|---|---|---|

| Client:  064-076062<br>Acartha Group Receivership - Tax | Attachment to Invoice 962857<br>Dated 1/21/15 | |
|---|---|---|
| Total Fees for Tax Preparation | 8.60 | 1,556.50 |
| Total Additional Services | - | - |
| Total Expenses |  | - |
| GRAND TOTAL: | 8.60 | 1,556.50 |