# SPENCER FANE
### BRITT & BROWNE LLP
*Attorneys & Counselors at Law*

Federal I.D. # ▮

Claire Schenk, Receiver
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101

| | |
|---|---|
| INVOICE NO.: | 505673 |
| INVOICE DATE: | 11/17/2014 |
| CLIENT NO.: | 5021172 |
| BILL ID: | 0276 |

## BILLING SUMMARY

**CURRENT INVOICE**

| | |
|---|---|
| Total Legal Fees | 0.00 |
| Total Disbursements | 266.40 |
| **Current Total** | **266.40** |

**OUTSTANDING INVOICES**

| Invoice Date | Invoice # | Original Amount | Payments | |
|---|---|---|---|---|
| 10/8/2014 | 500738 | 618.76 | 0.00 | 618.76 |
| | | Outstanding Total | | 618.76 |
| | | **TOTAL DUE** | | **885.16** |

Payments received after 11/17/2014 are not reflected in the prior outstanding invoice listing.

**Funds available to apply**
| | |
|---|---|
| Unallocated | 0.00 |
| Trust | 0.00 |

Please remit to:
SPENCER FANE BRITT & BROWNE LLP
P.O. BOX 872037
KANSAS CITY, MO 64187-2037
Phone (816) 474-8100 | Fax (816) 474-3216

**EXHIBIT D-4A**

# SPENCER FANE BRITT & BROWNE LLP

11/17/2014  
CLIENT NO.: 5021172  
Claire Schenk, Receiver

Page: 2  
INVOICE NO: 505673

Re: File 5021172-0001     UHY Claims

Invoice for period ended     10/31/2014  
FOR DISBURSEMENTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| | Photocopies | 39.30 |
| 10/9/2014 | Travel Gerald P. Greiman Taxi in Chicago for Mediation | 32.00 |
| 10/9/2014 | Travel Gerald P. Greiman Hotel for Mediation | 187.41 |
| 10/9/2014 | Meals Gerald P. Greiman Breakfast - Mediation | 7.69 |

Total Disbursements                                                                 266.40

TOTAL FOR FILE 5021172-0001                                          266.40