# SPENCER FANE
### BRITT & BROWNE LLP
*Attorneys & Counselors at Law*

Federal I.D. #

Claire Schenk, Receiver
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101

| | |
|---|---|
| INVOICE NO.: | 511369 |
| INVOICE DATE: | 01/26/2015 |
| CLIENT NO.: | 5021172 |
| BILL ID: | 0276 |

## BILLING SUMMARY

**CURRENT INVOICE**

| | |
|---|---:|
| Total Legal Fees | 0.00 |
| Total Disbursements | 795.46 |
| **Current Total** | **795.46** |

**OUTSTANDING INVOICES**

| Invoice Date | Invoice # | Original Amount | Payments | |
|---|---|---:|---:|---:|
| 11/17/2014 | 505673 | 266.40 | 0.00 | 266.40 |
| | | **Outstanding Total** | | **266.40** |
| | | **TOTAL DUE** | | **1,061.86** |

Payments received after 01/26/2015 are not reflected in the prior outstanding invoice listing.

Thank you for the following payments in the past 30 days.

| Date Received | Check Number | Amount |
|---|---:|---:|
| 01/16/2015 | 1015 | 580.98 |

**Funds available to apply**
Unallocated    0.00
Trust          0.00

Please remit to:
SPENCER FANE BRITT & BROWNE LLP
P.O. BOX 872037
KANSAS CITY, MO 64187-2037
Phone (816) 474-8100 | Fax (816) 474-3216

**EXHIBIT D-4B**

# SPENCER FANE BRITT & BROWNE LLP

01/26/2015  
CLIENT NO.: 5021172  
Claire Schenk, Receiver

Page: 2  
INVOICE NO: 511369

**Re: File  5021172-0001**          **UHY Claims**

Invoice for period ended          01/26/2015  
FOR DISBURSEMENTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
|  | Photocopies | 0.30 |
| 1/23/2015 | Travel Richard D. Lageson Hotel while in Chicago 10/5-10/6/14 | 220.00 |
| 1/23/2015 | Travel Richard D. Lageson Mileage while in Chicago 10/5-10/6/14 | 344.96 |
| 1/23/2015 | Travel Gerald P. Greiman Mediation in Chicago - Airfare | 230.20 |

**Total Disbursements**          795.46

**TOTAL FOR FILE 5021172-0001**          795.46