## EXHIBIT F

**Summary of Previous Fee Applications and the Court's Approval of the Applications**

The Receiver's *First Interim Application for Allowance and Payment of Fees and Expenses Incurred by the Receiver, Counsel and Other Professionals*, covering the period January 17, 2012 through March 30, 2012, was approved by the Court on September 20, 2012 (Dkt. No. 199) and payments were made as follows: (1) $301,266.96 in legal fees and $21,158.67 in costs to Thompson Coburn; (2) $12,724.61 in professional fees to Segue; (3) $4,531.46 in legal fees and costs for Pepper Hamilton, LLP; and (4) $12,676.00 in professional fees for FTL Capital, LLC.

The Receiver's *Second Interim Application for Allowance and Payment of Expenses Fees and Expenses Incurred by the Receiver, Counsel and Other Professionals*, covering the period April 1, 2012 through June 30, 2012, was approved by the Court on November 28, 2012 (Dkt. No. 213) and payments were made as follows: (1) $196,305.12 in legal fees and $1,526.68 in costs to Thompson Coburn; (2) $25,433.08 in professional fees to Segue; and (3) $10,076.00 in professional fees for FTL Capital, LLC.

The Receiver's *Third Interim Application for Allowance and Payment of Fees and Expenses Incurred by the Receiver, Counsel and Other Professionals*, covering the period July 1, 2012 through September 30, 2012, was approved by the Court on February 11, 2013 (Dkt. No. 227) and payments were made as follows: (1) $120,819 in legal fees and $1,125.63 in costs to Thompson Coburn; (2) $8,133.30 in professional fees to Segue; (3) $560 in professional fees for FTL Capital, LLC; and (4) $34,055.59 in professional fees and $105.45 in expenses to CLA.

The Receiver's *Fourth Interim Application for Allowance and Payment of Fees and Expenses Incurred by the Receiver, Counsel and Other Professionals* covering the period October 1, 2012 through December 31, 2012 was approved by the Court on May 30, 2013 (Dkt. No. 254) and payments were made as follows: (1) $122,580.20 in legal fees and $872.57 in costs to Thompson Coburn; (2) $3,584.61 in professional fees to Segue; (3) $560.00 in professional fees to FTL Capital, LLC; and (4) $1,526.80 in professional fees to CLA.

The Receiver's *Fifth Interim Application for Allowance and Payment of Fees and Expenses Incurred by the Receiver, Counsel and Other Professionals* covering the period January 1, 2013 through March 31, 2013 was approved by the Court on July 15, 2013 (Dkt. No. 268) and payments were made as follows:  (1) $139,479.56 in legal fees and $4,519.33 in costs to Thompson Coburn; (2) $13,948.14 in professional fees to Segue; and (3) $18,677.60 in professional fees and $2,024.65 to CLA.

The Receiver's *Sixth Interim Application for Allowance and Payment of Fees and Expenses Incurred by the Receiver, Counsel and Other Professionals*, covering the period April 1, 2013 through June 30, 2013 was approved by the Court on August 27, 2013 (Dkt. No. 281) and payments were made as follows:  (1) $156,914.06 in legal fees and $6,044.81 in costs to Thompson Coburn; (2) $7,961.20 in professional fees to Segue; and (3) $6,606.14 in professional fees and $7.17 to CLA.

The Receiver's *Seventh Interim Application for Allowance and Payment of Fees and Expenses Incurred by the Receiver, Counsel and Other Professionals*, covering the period July 1, 2013 through September 30, 2013 was approved by the Court on December 13, 2013 (Dkt. No. 303) and payments were made as follows: (1) $98,842.42 in legal fees and $709.09 in costs to Thompson Coburn; (2) $1,639.35 in professional fees to Segue; and (3) $20,055.20 in professional fees and $110.79 in costs to CLA.

The Receiver's *Eighth Interim Application for Allowance and Payment of Fees and Expenses Incurred by the Receiver, Counsel and Other Professionals*, covering the period October 1, 2013 through December 31, 2013 was approved by the Court on April 9, 2014 (Dkt. No. 323) and payments were made as follows: (1) $111,320.07 in legal fees and $123.77 in costs to Thompson Coburn; (2) $764.14 in professional fees to Segue; and (3) $10,287.20 in professional fees to CLA.

The Receiver's *Ninth Interim Application for Allowance and Payment of Fees and Expenses Incurred by the Receiver, Counsel and Other Professionals*, covering the period January 1, 2014 through March 31, 2014 was approved by the Court on September 2, 2014 (Dkt. No. 343) and payments were made as follows: (1) $92,208.67 in legal fees and $240.61 in costs to Thompson Coburn; (2) $3,613.54 in professional fees to Segue; and (3) $5,159.80 in professional fees to CLA.

The Receiver's *Tenth Interim Application for Allowance and Payment of Fees and Expenses Incurred by the Receiver, Counsel and Other Professionals*, covering the period April 1, 2014 through June 30, 2014 was approved by the Court on September 25, 2014 (Dkt. No. 353) and payments were made as follows: (1) $61,048.42 in legal fees and $140.27 in costs to Thompson Coburn; (2) $6,701.97 in professional fees to Segue; and (3) $5,546.00 in professional fees and $453.72 in costs to CLA.

The Receiver's *Eleventh Interim Application for Allowance and Payment of Fees and Expenses Incurred by the Receiver, Counsel and Other Professionals*, covering the period July 1, 2014 through September 30, 2014 was approved by the Court on January 7, 2015 (Dkt. No. 367) and payments were made as follows: (1) $68,767.37 in legal fees and $255.50 in costs to Thompson Coburn; (2) $1,651.95 in professional fees to Segue; (3) $13,196.00 in professional fees and $356.16 in costs to CLA; and (4) $580.98 in costs to Spencer Fane Britt & Brown, LLP.