# EXHIBIT C
## INVOICE SUMMARY

### Thompson Coburn LLP:  January 2015
Acartha Group Receivership
    Fees      $ 10,959.90
    Disbursements      $     12.64

UHY Litigation
    Fees      $  2,905.30
    Disbursements      $      -0-

Wehrle, John
    Fees      $  4,001.80
    Disbursements      $      -0-

### Thompson Coburn LLP:  February 2015
Acartha Group Receivership
    Fees      $ 10,650.50
    Disbursements      $     34.88

UHY Litigation
    Fees      $  1,096.50
    Disbursements      $      -0-

Wehrle, John
    Fees      $ 20,129.27
    Disbursements      $     19.76

### Thompson Coburn LLP:  March 2015
Acartha Group Receivership
    Fees      $  9,526.80
    Disbursements      $     41.98

UHY Litigation
    Fees      $  1,733.15
    Disbursements      $      0.56

Wehrle, John
    Fees      $  3,808.00
    Disbursements      $    421.23

**Thompson Coburn TOTAL**      **$ 65,342.27**

**Segue Equity Group:  January – March 2015**

| | |
|---|---|
| January Fees | $ 1,344.63 |
| February Fees | $ 1,331.88 |
| March Fees | $ 1,333.06 |

**Segue TOTAL** — **$ 4,009.57**

**CliftonLarsonAllen:  January – March 2015**

January
- Fees — $ 50.00
- Disbursements — $ 485.61

February
- Fees — $ 1,376.25
- Disbursements — $ 82.50

March
- Fees — $ 105.00
- Disbursements — $ -0-

**CliftonLarsonAllen TOTAL** — **$ 2,099.36**


**GRAND TOTAL** — **$ 71,451.20**

# AGGREGATE SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME AND FEES[1]

| Thompson Coburn ATTORNEY | NUMBER OF HOURS | BILL AMOUNT |
|---|---:|---:|
| Higgins, Stephen | 25.6 | 11,097.60 |
| Kelly, Cheryl | 14.5 | 5,114.88 |
| Kraft, Kathleen | 7.9 | 1,636.25 |
| Lamping, Brian | 18.4 | 3,624.40 |
| Reid, Christopher | 4.5 | 1,740.38 |
| Rust, Jayna | 25.5 | 5,591.73 |
| Sanocki, Kristen | 28.5 | 5,374.13 |
| Schenk, Claire | 87.1 | 30,482.70 |
| **Total Attorney Hours** | **212.9** | **$64,662.07** |
| | | |
| **Thompson Coburn Paralegal** | | |
| Light, Lynda | .9 | $149.18 |
| | | |
| **Grand Total** | **212.9** | **$64,811.25** |

| Segue FUND MANAGER | NUMBER OF HOURS | BILL AMOUNT |
|---|---:|---:|
| Michelle Murray | 8.75 | 2,045.32 |
| Luke McGowan | 24.0 | 1,944.00 |
| Lisa McDonald | .25 | 20.25 |
| | | |
| **Grand Total** | **33.0** | **$4,009.57** |

| ACCOUNTANT | NUMBER OF HOURS | BILL AMOUNT |
|---|---:|---:|
| CliftonLarsonAllen | | $1,531.25 |
| | | |
| **Grand Total** | | **$1,531.25** |

---

[1] This aggregate summary includes hours billed but written off by the Receiver.