**EXHIBIT C**
**<u>INVOICE SUMMARY</u>**

### <u>Thompson Coburn LLP:  April 2015</u>

Acartha Group Receivership
    Fees                                             $ 24,268.77
    Disbursements                    $       19.66

Morriss Holdings, LLC
    Fees                                             $  2,557.65
    Disbursements                          -0-

UHY Litigation
    Fees                                             $  5,057.50
    Disbursements                    $        6.64

Wehrle, John
    Fees                                             $  5,559.00
    Disbursements                    $     161.68

### <u>Thompson Coburn LLP:  May 2015</u>

Acartha Group Receivership
    Fees                                             $ 28,227.22
    Disbursements                    $      85.04

Morriss Holdings, LLC
    Fees                                             $ 13,178.82
    Disbursements                          -0-

UHY Litigation
    Fees                                             $  7,167.62
    Disbursements                    $         .80

Wehrle, John
    Fees                                             $ 13,095.95
    Disbursements                    $      38.54

### <u>Thompson Coburn LLP:  June 2015</u>

Acartha Group Receivership
    Fees                                             $ 27,780.12
    Disbursements                    $      43.04

Morriss Holdings, LLC
    Fees      $ 1,586.10
    Disbursements      $ -0-

UHY Litigation
    Fees      $ 3,952.50
    Disbursements      $ 0.40

Wehrle, John
    Fees      $ 1,733.57
    Disbursements      $ -0-

**Thompson Coburn TOTAL**      **$134,520.62**

### Segue Equity Group: April – June 2015

April Fees      $ 1,147.51
May Fees      $ -0-
June Fees      $ 431.63

**Segue TOTAL**      **$ 1,579.14**

### CliftonLarsonAllen: April – June 2015

April
    Fees      $ 385.00
    Disbursements      $ 121.00

May
    Fees      $ 3,010.00
    Fees      $ 2,550.00

June
    Fees      $ 2,227.50
    Fees      $ 225.00

**CliftonLarsonAllen TOTAL**      **$ 8,518.50**

**GRAND TOTAL**      **$144,618.26**

# AGGREGATE SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME AND FEES[1]

| Thompson Coburn ATTORNEY | NUMBER OF HOURS | BILL AMOUNT |
|---|---|---|
| Banks, Aaron | 3.8 | 726.75 |
| Bartolacci, Mike | 1.4 | 589.05 |
| Hettinger, Amanda | 26.5 | 9,122.63 |
| Higgins, Stephen | 81.6 | 35,373.60 |
| Kelly, Cheryl | 44.6 | 15,626.83 |
| Kraft, Kathleen | 12.9 | 3,659.25 |
| Lamping, Brian | 1.0 | 154.70 |
| Libman, Vitaly | 7.6 | 1,721.25 |
| Reid, Christopher | 4.3 | 1,663.03 |
| Rust, Jayna | 55.7 | 11,258.68 |
| Sanocki, Kristen | 52.6 | 10,059.75 |
| Schenk, Claire | 121.9 | 42,982.80 |
| **Total Attorney Hours** | **413.9** | **132,938.32** |
|  |  |  |
| **Thompson Coburn Paralegal** |  |  |
| Hundley, Ean | 3.8 | 597.55 |
| Light, Lynda | 2.4 | 397.80 |
| Weber, Holly | 1.6 | 231.20 |
| **Total Paralegal Hours** | **7.8** | **1,226.55** |
|  |  |  |
| **Grand Total** | **421.7** | **134,164.87** |

| Segue FUND MANAGER | NUMBER OF HOURS | BILL AMOUNT |
|---|---|---|
| Michelle Murray | 4.3 | 1,012.14 |
| Luke McGowan | 5.0 | 405.00 |
| Lisa McDonald | 2.0 | 162.00 |
|  |  |  |
| **Grand Total** | **11.3** | **$1,579.14** |

| ACCOUNTANT | NUMBER OF HOURS | BILL AMOUNT |
|---|---|---|
| CliftonLarsonAllen |  | 8,518.50 |
|  |  |  |
| **Grand Total** |  | **$8,518.50** |

---

[1] This aggregate summary includes hours billed but written off by the Receiver.