

**THOMPSON COBURN LLP**

May 27, 2015
Invoice #3103550

U.S. District Court Eastern District of Missouri
Attn:  Hon. Carol E Jackson
Thomas F. Eagleton Courthouse
111 S. 10th Street
3rd Floor
St. Louis, Missouri   63102

Remit To:
P.O. Box 18379M
St. Louis, Missouri   63195

ACH Instructions:
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number: ▮
Account Number: ▮
Please reference invoice number(s).

For Wire Transfer Instructions or Other
Communications Please Contact:
314-552-6000
AccountsReceivable@ThompsonCoburn.com

TIN ▮

For Legal Services Rendered in Connection With:

Acartha Group Receivership
TC File:   54464 / 102286

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 04/01/15 | C. Schenk | Follow up re access to users of investor extranet, review requested NDAs | B100 | B110 | 0.40 |
| 04/02/15 | E. Hundley | Develop updates to extranet for investors | B100 | B110 | 0.30 |
| 04/02/15 | C. Kelly | Review order of discharge (.2); follow up with trustee's counsel re same (.2); address erroneous order with court clerk (.4) | B100 | B110 | 0.80 |
| 04/02/15 | K. Kraft | Correspondence with C. Schenk re ▮ on approach with court for handling of ▮ | B300 | B310 | 0.10 |
| 04/02/15 | J. Rust | Research answers to Receiver's questions re ▮ | B300 | B310 | 1.00 |
| 04/02/15 | C. Schenk | Review backlog of receivership incoming emails in separate receivership email account (.8); respond to inquiry on behalf of ▮ estate and related research re interests and claims (.6); outline system to update receivership investor extranet sites post claims process (.4); review and analyze investment information for posting on Tervela, Exegy, Librato and Cirqit websites (.8); review extranet user report for inclusion in Receivership report (.2) | B100 | B110 | 2.80 |

Exhibit
D-1A

May 27, 2015
Invoice #3103550
Page 2

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 04/02/15 | C. Schenk | Seek advice of J. Rust re ▮▮▮▮ review advice | B300 | B310 | 0.40 |
| 04/02/15 | C. Schenk | Attention to upcoming tax filings, communications with Segue and CLA (.3); follow up re execution copies of Librato merger documents (.2); review PCM information request, prepare response (.3); telephone conference with B. Kaufman re PCM interests and valuation issues (.4) | B200 | B210 | 1.20 |
| 04/03/15 | E. Hundley | Review claims charts to update investor extranet | B100 | B110 | 0.50 |
| 04/03/15 | C. Kelly | Follow up with court clerk on erroneous discharge order (.2); review revocation of discharge order and communicate with receiver re same (.2) | B100 | B110 | 0.40 |
| 04/03/15 | J. Rust | Update databases on claims to include details of Blink Marketing's claim and to include new contact information that claimants have provided | B300 | B310 | 0.40 |
| 04/03/15 | J. Rust | **NO CHARGE** Discuss Receiver's assignment with paralegal and provide information on what information is available | B300 | B310 | 0.30 |
| 04/03/15 | J. Rust | Draft motion requesting supplemental reply in response to objection of H. Teylouni | B300 | B310 | 0.30 |
| 04/03/15 | J. Rust | Draft supplemental memorandum that provides additional details on H. Teylouni's claim and provide additional details on why the court should affirm the Receiver's decision to disallow his claim | B300 | B310 | 1.50 |
| 04/03/15 | J. Rust | Draft proposed order to file with the motion | B300 | B310 | 0.20 |
| 04/03/15 | C. Schenk | Communications with C. Reid re proceeds and execution copies of Librato merger (.2); compile information re investors for CLA (.2) | B200 | B210 | 0.40 |

May ??, 2015
Invoice ???????
Page 3

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 04/03/15 | C. Schenk | Review Order discharging D. Morriss, communications with M. Dahm, trustee's office, trustee and C. Kelly re same, review Order vacating discharge (.3); communication re investor with Segue (.2); organize updated summaries of investor information for extranet sites (.2) | B100 | B110 | 0.70 |
| 04/06/15 | E. Hundley | Review all claims and construct allowed receivership claims list per C. Schenk | B300 | B310 | 2.40 |
| 04/06/15 | E. Hundley | Conferences with J. Rust re Allowed Claims | B100 | B110 | 0.10 |
| 04/06/15 | J. Rust | Revise three draft filings required to supplement the Receiver's response to H. Teylouni's objection | B300 | B310 | 0.80 |
| 04/06/15 | C. Schenk | Develop extranet site information for investors | B100 | B110 | 0.20 |
| 04/06/15 | C. Schenk | Communications re response to UHY objection (.1); seek advice of J. Rust re Teylouni response (.3) | B300 | B310 | 0.40 |
| 04/07/15 | E. Hundley | Review spreadsheet and claims per C. Schenk | B100 | B110 | 0.10 |
| 04/07/15 | E. Hundley | Conference with J. Rust re claims chart and extranet | B100 | B110 | 0.10 |
| 04/07/15 | C. Kelly | Review mailings from court | B100 | B110 | 0.20 |
| 04/07/15 | K. Kraft | Review and provide comments on draft supplemental memorandum in support of disallowance of H. Teylouni claim | B300 | B310 | 0.50 |
| 04/07/15 | J. Rust | Revise supplemental memorandum to the Receiver's response to H. Teylouni's objection | B300 | B310 | 0.50 |
| 04/07/15 | J. Rust | Research Mo. local rules and draft memorandum in support of the motion to file the supplemental memorandum | B300 | B310 | 1.40 |
| 04/07/15 | J. Rust | Consult with Receiver re potential late filing of ▓▓▓ claim | B300 | B310 | 0.50 |
| 04/07/15 | C. Schenk | Review draft updates of information for posting to investor extranet sites and follow up with E. Hundley for additional information (.3); review Delaware tax notices from CT (.2); review incoming bank statements (.2) | B100 | B110 | 0.70 |

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 04/07/15 | C. Schenk | Attention to tolling of UHY objection period (.1); analysis of matters relating to potential for filing of late claim by estate of deceased investor (.4); research matters re late claim and respond to representative of estate (.5); seek advice of J. Rust re final filing of supplemental filing re objecting investor, Teylouni (.2) | B300 | B310 | 1.20 |
| 04/08/15 | C. Kelly | Review and respond to receiver inquiry re 341 meeting (.4); follow up relating to transcription and claims issues (.3) | B100 | B110 | 0.70 |
| 04/08/15 | K. Kraft | Advise on final revisions to motion for leave to file supplemental response to H. Teylouni objection to claim determination | B300 | B310 | 0.50 |
| 04/08/15 | J. Rust | Revise the motion and memorandum to file re the Receiver's response to H. Teylouni's objection | B300 | B310 | 0.30 |
| 04/08/15 | J. Rust | Prepare filing of three documents for the Receiver's supplemental memorandum and file same with the Court | B300 | B310 | 0.50 |
| 04/08/15 | J. Rust | Prepare joint stipulation as to the UHY agreement | B300 | B310 | 0.30 |
| 04/08/15 | C. Schenk | Communications with representative of estate of deceased investor re claims bar date and process (.3); follow up re same and related tax filings with CLA (.1); approve extension re tolling for UHY objection (.1) | B300 | B310 | 0.50 |
| 04/08/15 | C. Schenk | Communications with CLA re tax preparation (.1); communications with Clearbrook re K-1s (.2) | B200 | B210 | 0.30 |
| 04/09/15 | J. Rust | Revise dates on stipulation and file stipulation re the UHY objection with Court | B300 | B310 | 0.50 |
| 04/09/15 | C. Schenk | Compile information for first quarter receivership report and begin summary and outline | B200 | B210 | 0.80 |

May 27, 2015
Invoice 3103550
Page 5

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 04/09/15 | C. Schenk | Communications with T. O'Shaughnessy re tax matters (.2); analyze Clearbrook tax filings to consider value (.3); communications with Segue re next steps (.2); review new bank statements (.1) | B100 | B110 | 0.80 |
| 04/09/15 | C. Schenk | Review new and final filings re objector and extension (.2); follow up re investor estate inquiry (.2) | B300 | B310 | 0.40 |
| 04/10/15 | C. Kelly | Oversee transcription of 341 meeting recordings (.4); review and report to C. Schenk re open issues relating to discharge/dischargeability (.7); review cases from SEC counsel re duplicative nature of claims (.7) | B100 | B110 | 1.80 |
| 04/10/15 | C. Schenk | Communications with Segue re NDAs and interest of late claimant, communications with investor (.3); analyze IRS statute issues (.3) | B300 | B310 | 0.60 |
| 04/13/15 | C. Kelly | Oversee completion of transcripts of 341 meeting (.3); review status of receiver's claims (.3); review and respond to receiver inquiry (.3) | B100 | B110 | 0.90 |
| 04/13/15 | T. McElhattan | **NO CHARGE** Convert four mp3 files to wav format for Word Processing to transcribe per H. Spurgeon | B100 | B110 | 0.30 |
| 04/13/15 | J. Rust | Research potential Receiver responses to a late-filed claim from estate of deceased investor | B300 | B310 | 0.60 |
| 04/13/15 | J. Rust | Complete research on ▮▮▮▮ and provide written recommendation to Receiver | B300 | B310 | 1.10 |
| 04/13/15 | J. Rust | Telephone call with Receiver to provide advice re ▮▮▮ | B300 | B310 | 0.50 |
| 04/13/15 | C. Schenk | Communications with C. Kelly re BDM creditor's meeting for Receivership report (.2); seek advice re discharge issues (.2); review CLA March invoice (.1) | B100 | B110 | 0.50 |

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 04/13/15 | C. Schenk | Analyze issues re ▬▬▬ and seek advice of J. Rust (.4); prepare communication to claimant (.3); communication with CLA re related K-1 and review of same (.2) | B300 | B310 | 0.90 |
| 04/13/15 | C. Schenk | **NO CHARGE** Communications with vendors re fee app for next filing | B100 | B110 | 0.20 |
| 04/14/15 | C. Schenk | Communication with Segue re March invoice, close review of Segue 1st quarter invoices, follow with same re payment, narrative and time increments (.6); compile and review bank statements, summarize and tie to last month (.5) | B100 | B110 | 1.10 |
| 04/14/15 | C. Schenk | Communications with late claimant re interests, extranet and procedures | B300 | B310 | 0.50 |
| 04/14/15 | C. Schenk | Finalize extensions and payments to taxing authorities for receivership and managed entities, communications with CLA (.7); review PA/Clearbrook tax notice, follow up with CLA (.3) | B200 | B210 | 1.00 |
| 04/15/15 | C. Schenk | Analyze issues pertinent to BDM bankruptcy and seek advice of C. Kelly | B100 | B110 | 0.40 |
| 04/16/15 | C. Kelly | Review transcripts from 341 meeting (.3); review and respond to receiver re ▬▬▬ (.2); review cases ▬▬▬ (.4) | B100 | B110 | 0.90 |
| 04/16/15 | J. Rust | Analyze information and documents sent by ▬▬▬ and provide recommendation to Receiver re the disposition of the claim | B300 | B310 | 0.80 |
| 04/16/15 | C. Schenk | Review advice and recommendation from J. Rust ▬▬▬ claim determination | B300 | B310 | 0.20 |
| 04/16/15 | C. Schenk | ▬▬▬ Communications re potential sale and coordinate discussion | B200 | B210 | 0.20 |
| 04/17/15 | C. Schenk | Communications with Segue re SFAR | B100 | B110 | 0.10 |
| 04/17/15 | C. Schenk | Review and approve content for notice of determination | B300 | B310 | 0.30 |
| 04/17/15 | C. Schenk | Communications with ▬▬▬ | B200 | B210 | 0.20 |

May 27, 2015
Invoice 3103550
Page 7

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 04/20/15 | J. Rust | Draft a revised notice of determination for Blink Marketing based on additional information submitted by the claimant | B300 | B310 | 0.30 |
| 04/20/15 | C. Schenk | Research detail for SFAR, communications with Segue re same (.2); develop information and draft version of next Receivership report (.9) | B100 | B110 | 1.10 |
| 04/20/15 | C. Schenk | Communications with SRS re Librato distributions (.2); communication with CLA re PA tax payment for Clearbrook, research holdings re same (.3) | B200 | B210 | 0.50 |
| 04/21/15 | C. Kelly | Communications with receiver re ▮▮▮ (.4); oversee preparation of 341 meeting transcripts and review and forward to receiver (.3) | B100 | B110 | 0.70 |
| 04/21/15 | C. Schenk | Attention to tax payment to PA | B200 | B210 | 0.10 |
| 04/22/15 | S. Higgins | Coordinate research and review pleadings and preliminary documentation relative to ▮▮▮ | B300 | B310 | 1.20 |
| 04/22/15 | C. Kelly | Communications with receiver re ▮▮▮ (.3); review 341 transcripts to forward to receiver (.4); identify ▮▮▮ (1.1) | B100 | B110 | 1.80 |
| 04/22/15 | C. Schenk | Review Segue response re bills and invoices pertaining to comments(.2); analyze discharge issues and review related information (.3) | B100 | B110 | 0.50 |
| 04/22/15 | C. Schenk | Discussions with Librato transfer agent re disbursements | B200 | B210 | 0.20 |
| 04/22/15 | C. Schenk | Review accounting information pertaining to late claimant | B300 | B310 | 0.20 |
| 04/23/15 | S. Higgins | Review emails, transcripts and supporting materials relative to 341 hearing and bankruptcy issues | B100 | B110 | 0.50 |
| 04/23/15 | E. Hundley | Correspondence with J. Rust and C. Schenk re allowed claims chart for extranet publication | B100 | B110 | 0.10 |

May 27, 2015
Invoice #3103550
Page 8

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 04/23/15 | C. Kelly | Communications with receiver re ▮▮▮▮▮▮▮▮▮▮ | B100 | B110 | 0.30 |
| 04/23/15 | J. Rust | Draft revised determination for Blink Marketing | B300 | B310 | 0.20 |
| 04/23/15 | J. Rust | Analyze claimant information | B300 | B310 | 0.30 |
| 04/23/15 | C. Schenk | Seek advice of S. Higgins re renewed 2004 exam and bankruptcy issues (.4); revise update to investor extranet site (.3) | B100 | B110 | 0.70 |
| 04/23/15 | C. Schenk | Review and approve proposed response to claimant | B300 | B310 | 0.20 |
| 04/24/15 | S. Higgins | Review and respond to emails relative to ▮▮▮▮▮▮▮; emails to C. Schenk; telephone call to G. Greiman relative to ▮▮▮▮▮▮▮ | B100 | B110 | 0.60 |
| 04/24/15 | E. Hundley | Conference and correspondence with J. Rust re Allowed Claims Chart publication issues | B100 | B110 | 0.10 |
| 04/24/15 | C. Kelly | Work on identifying and preparing to negotiate receiver's claims in bankruptcy | B100 | B110 | 0.70 |
| 04/24/15 | C. Reid | Prepare for and participate in LogicSource status conference call | B100 | B120 | 1.30 |
| 04/24/15 | J. Rust | Telephone call with Receiver discussing next steps in providing investor information and claimant process and receivership report | B300 | B310 | 0.40 |
| 04/24/15 | J. Rust | Complete revisions to notice of determination for Blink Marketing | B300 | B310 | 0.40 |
| 04/24/15 | J. Rust | Draft related letter to Blink Marketing re timing for objections | B300 | B310 | 1.10 |
| 04/24/15 | J. Rust | Draft language for extranet site re claimants and finalize documentation for posting to extranet | B300 | B310 | 1.00 |
| 04/24/15 | C. Schenk | Review updated spreadsheet re claimants for posting to investor extranet and direct changes | B100 | B110 | 0.30 |

May 27, 2015
Invoice 3103550
Page 9

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 04/24/15 | C. Schenk | Review offer from ▓▓▓ (.2); note questions re same (.2); review valuation materials to prepare for telephone conference and telephone conference with ▓▓▓ re Receivership interest (.9); review transfer agent website for follow up re distribution post Librato sale (.3) | B200 | B210 | 1.60 |
| 04/24/15 | C. Schenk | Review revised Blink determination | B300 | B310 | 0.40 |
| 04/27/15 | S. Higgins | Meet with C. Schenk and C. Kelly relative to bankruptcy discharge issues | B100 | B110 | 1.50 |
| 04/27/15 | S. Higgins | Review transcripts of 341 hearing, emails and memoranda relative to meeting of creditors to determine risks and benefits of discharge | B100 | B110 | 1.10 |
| 04/27/15 | C. Kelly | Analyze rights and plan course of action re resolving claims in bankruptcy | B100 | B110 | 2.60 |
| 04/27/15 | V. Libman | Review relevant background of case (1.4); research re ▓▓▓ 523(a)(19); draft memorandum re ▓▓▓ (2.4) | B100 | B110 | 3.80 |
| 04/27/15 | C. Schenk | Analyze bankruptcy issues pertaining to 341, 2004 and discharge (1.5); review sfar (.2) | B100 | B110 | 1.70 |
| 04/27/15 | C. Schenk | Review distribution information from transfer agent and communications with C. Reid re same (.5); telephone conference with S Boxerman re ▓▓▓ (.1) | B200 | B210 | 0.60 |
| 04/28/15 | S. Higgins | Review and respond to emails relative to Cirqit | B100 | B110 | 0.10 |
| 04/28/15 | C. Kelly | Review research re analysis of ▓▓▓ | B100 | B110 | 1.40 |
| 04/28/15 | V. Libman | **NO CHARGE** Telephone call with co-counsel on research | B100 | B110 | 0.10 |
| 04/28/15 | V. Libman | Research on ▓▓▓ (1.1); draft chart on ▓▓▓ (.9); additional research on topics (.9); follow up research on memorandum (.4) | B100 | B110 | 3.30 |

May 27, 2015
Invoice #3103550
Page 10

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 04/28/15 | C. Reid | Review Librato escrow account correspondence | B100 | B120 | 0.40 |
| 04/28/15 | J. Rust | Update Blink Marketing revised notice | B300 | B310 | 0.50 |
| 04/28/15 | C. Schenk | Review Cirqit letter to shareholders and follow up with Cirqit representative (.3); work on Librato distribution (.2) | B200 | B210 | 0.50 |
| 04/28/15 | C. Schenk | Review and approve Blink revised notice of determination, communicate with J. Rust and review subsequent communication | B300 | B310 | 0.30 |
| 04/28/15 | C. Schenk | Work on redactions and vendor invoices | B100 | B110 | 0.70 |
| 04/29/15 | C. Kelly | Communications with receiver re claim (.4); negotiations with P. Kerth re ▮ (.5) | B100 | B110 | 0.90 |
| 04/29/15 | V. Libman | Follow up research on memorandum | B100 | B110 | 0.40 |
| 04/29/15 | C. Schenk | Librato communications with C. Reid re distribution | B200 | B210 | 0.20 |
| 04/29/15 | C. Schenk | Communications with C. Kelly re bankruptcy ▮ | B100 | B110 | 0.30 |

Total Hours                                                                 76.70

Amount For Services                                                    $28,796.50

For Cash Outlays:
    For reproduction charges                 $18.16
    For on-line docket review                 $1.50

Amount For Cash Outlays                                                    $19.66

U.S. District Court Eastern District of Missouri

TIME SUMMARY BY RANK

| Timekeeper | Hours Worked | Billed Per Hour | Billed Amount |
|---|---|---|---|
| S. Higgins | 5.00 | $510.00 | $2,550.00 |
| C. Kelly | 14.10 | $415.00 | $5,851.50 |
| K. Kraft | 1.10 | $350.00 | $385.00 |
| C. Reid | 1.70 | $455.00 | $773.50 |
| C. Schenk | 27.50 | $430.00 | $11,825.00 |
| Subtotal for Partner | 49.40 | $432.89 | $21,385.00 |
| V. Libman | 7.60 | $270.00 | $2,052.00 |
| J. Rust | 15.70 | $295.00 | $4,631.50 |
| Subtotal for Associate | 23.30 | $286.85 | $6,683.50 |
| E. Hundley | 3.70 | $185.00 | $684.50 |
| T. McElhattan | 0.30 | $145.00 | $43.50 |
| Subtotal for Legal Assistant (paralegals and other legal support personnel) | 4.00 | $182.00 | $728.00 |
| Total All Classes | 76.70 | $375.44 | $28,796.50 |

| | |
|---|---|
| For Services | $28,796.50 |
| Less No Charge Entries | -245.00 |
| Less 15% Discount | -4,282.73 |
| Amount For Services | 24,268.77 |
| Amount For Cash Outlays | 19.66 |
| **TOTAL DUE** | **$24,288.43** |

Task Based Billing Summary
<u>Law Firm Invoice</u>

| | |
|---|---|
| To: | U.S. District Court Eastern District of Missouri, Thomas F. Eagleton Courthouse, 111 S. 10th Street, 3rd Floor, St. Louis, MO   63102 |
| Firm Name: | THOMPSON COBURN LLP |
| Firm Address: | P.O. Box 18379M, St. Louis, Missouri 63195 |
| Billing Attorney: | 4260-Claire Schenk |
| Matter Name: | Acartha Group Receivership |

Invoice No.: 3103550
Invoice Date: 05/27/15

For Services Rendered and Disbursements Prior Month

## BILLING SUMMARY

| 54464-102286 | THIS BILL | | CUMULATIVE TOTALS | |
|---|---|---|---|---|
| | Hours | Amount | Hours | Amount |
| TOTAL LEGAL FEES: | 76.70 | $24,268.77 | 5,154.80 | $1,418,674.85 |
| TOTAL DISBURSEMENTS: | | $19.66 | | $32,056.10 |
| **TOTAL LEGAL FEES & DISB:** | | **$24,288.43** | | **$1,450,730.95** |

## ANALYSIS OF DISBURSEMENTS:

| Task Code | Task Description | THIS BILL Amount | CUMULATIVE TOTALS Amount |
|---|---|---|---|
| 102 | For postage | $0.00 | $852.69 |
| 106 | For reproduction charges | $18.16 | $6,056.00 |
| 107 | For outside copy charge | $0.00 | $422.22 |
| 108 | For color reproduction charges | $0.00 | $387.03 |
| 109 | For overnight delivery service | $0.00 | $3,474.00 |
| 117 | For oversize copies | $0.00 | $68.25 |
| 127 | For courier service | $0.00 | $540.26 |
| 150 | For on-line docket review | $1.50 | $78.18 |
| 300 | Messenger services to file or obtain documents in court | $0.00 | $15.00 |
| 307 | For local cab charges | $0.00 | $92.19 |
| 327 | For expenses | $0.00 | $9.99 |
| 365 | For database management services | $0.00 | $35.00 |
| 367 | For meal expenses | $0.00 | $1,124.74 |
| 375 | For hard drives | $0.00 | $221.64 |
| 383 | For travel expenses | $0.00 | $5,971.81 |
| 402 | For air travel | $0.00 | $4,238.10 |
| 410 | For certified copies | $0.00 | $3,924.00 |
| 419 | For court costs | $0.00 | $66.00 |
| 422 | For filing fee | $0.00 | $4,459.00 |
| 435 | For publication costs | $0.00 | $20.00 |
| 466 | For conversion of files to litigation-ready format | $0.00 | $0.00 |
| 558 | For document management services | $0.00 | $0.00 |
| **TOTAL DISBURSEMENTS:** | | **$19.66** | **$32,056.10** |

**Task Based Billing Summary**
**Law Firm Invoice**

Matter Name:  Acartha Group Receivership
C/M Firm No:  54464-102286

Page:  2

**ANALYSIS OF LEGAL FEES FOR PERSONS PERFORMING SERVICES DURING THIS PERIOD:**

| | This Bill | | | Cumulative Totals | |
|---|---|---|---|---|---|
| | Rate | Hours | Amount | Hours | Amount |
| **Partner** | | | | | |
| Buchholz, E | 0.00 | 0.00 | 0.00 | 7.20 | 3,672.00 |
| Darrough, M | 0.00 | 0.00 | 0.00 | 106.60 | 42,360.00 |
| Farrell, D | 0.00 | 0.00 | 0.00 | 0.60 | 279.00 |
| Higgins, S | 510.00 | 5.00 | 2,550.00 | 306.70 | 156,417.00 |
| Kappas, N | 0.00 | 0.00 | 0.00 | 5.90 | 2,094.50 |
| Kelly, C | 415.00 | 14.10 | 5,851.50 | 266.30 | 110,514.50 |
| Kraft, K | 350.00 | 1.10 | 385.00 | 880.80 | 298,543.00 |
| Lawton, R | 0.00 | 0.00 | 0.00 | 6.10 | 3,202.50 |
| Levin, H | 0.00 | 0.00 | 0.00 | 71.90 | 36,669.00 |
| Litz, T | 0.00 | 0.00 | 0.00 | 6.00 | 3,060.00 |
| Patterson, G | 0.00 | 0.00 | 0.00 | 0.90 | 256.50 |
| Reid, C | 455.00 | 1.70 | 773.50 | 146.90 | 66,839.50 |
| Schenk, C | 430.00 | 27.50 | 11,825.00 | 1,796.90 | 772,667.00 |
| Warfield, D | 0.00 | 0.00 | 0.00 | 0.20 | 102.00 |
| **TOTAL Partner:** | 432.89 | 49.40 | $21,385.00 | 3,603.00 | $1,496,676.50 |
| **Counsel** | | | | | |
| Cole, J.D., M | 0.00 | 0.00 | 0.00 | 2.70 | 1,012.50 |
| **TOTAL Counsel:** | 0.00 | 0.00 | $0.00 | 2.70 | $1,012.50 |
| **Associate** | | | | | |
| Black, J | 0.00 | 0.00 | 0.00 | 5.80 | 1,276.00 |
| Burke, B | 0.00 | 0.00 | 0.00 | 2.90 | 855.50 |
| Carnie, Jr., K | 0.00 | 0.00 | 0.00 | 29.90 | 7,774.00 |
| Lamping, B | 0.00 | 0.00 | 0.00 | 119.60 | 31,096.00 |
| Libman, V | 270.00 | 7.60 | 2,052.00 | 7.60 | 2,052.00 |
| Mangian, D | 0.00 | 0.00 | 0.00 | 57.60 | 13,824.00 |
| Rust, J | 295.00 | 15.70 | 4,631.50 | 478.00 | 122,537.00 |
| Sanocki, K | 0.00 | 0.00 | 0.00 | 31.20 | 7,020.00 |
| Trame, B | 0.00 | 0.00 | 0.00 | 0.50 | 120.00 |
| **TOTAL Associate:** | 286.84 | 23.30 | $6,683.50 | 733.10 | $186,554.50 |
| **Law Clerk** | | | | | |
| Farrell, C | 0.00 | 0.00 | 0.00 | 54.40 | 12,240.00 |
| Khoury, J | 0.00 | 0.00 | 0.00 | 56.60 | 10,471.00 |
| Shechter, G | 0.00 | 0.00 | 0.00 | 40.20 | 7,437.00 |
| **TOTAL Law Clerk:** | 0.00 | 0.00 | $0.00 | 151.20 | $30,148.00 |
| **Legal Assistant (paralegals and other legal support personnel)** | | | | | |
| Bedard, J | 0.00 | 0.00 | 0.00 | 2.00 | 330.00 |
| Brooks, L | 0.00 | 0.00 | 0.00 | 26.60 | 2,926.00 |

## Task Based Billing Summary
## Law Firm Invoice

Matter Name: Acartha Group Receivership  Page: 3
C/M Firm No: 54464-102286

### ANALYSIS OF LEGAL FEES FOR PERSONS PERFORMING SERVICES DURING THIS PERIOD:

|  | | THIS BILL | | CUMULATIVE TOTALS | |
| --- | --- | --- | --- | --- | --- |
|  | Rate | Hours | Amount | Hours | Amount |
| Hearring, R | 0.00 | 0.00 | 0.00 | 6.30 | 661.50 |
| Hundley, E | 185.00 | 3.70 | 684.50 | 209.70 | 38,794.50 |
| Kennedy, G | 0.00 | 0.00 | 0.00 | 15.00 | 2,925.00 |
| Kraus, A | 0.00 | 0.00 | 0.00 | 1.90 | 209.00 |
| Landgraf, E | 0.00 | 0.00 | 0.00 | 2.50 | 475.00 |
| Light, L | 0.00 | 0.00 | 0.00 | 17.30 | 3,373.50 |
| Loveless, D | 0.00 | 0.00 | 0.00 | 39.30 | 6,681.00 |
| Martin-Stewart, R | 0.00 | 0.00 | 0.00 | 0.80 | 84.00 |
| McElhattan, T | 145.00 | 0.30 | 43.50 | 0.30 | 43.50 |
| Muzzarelli, J | 0.00 | 0.00 | 0.00 | 11.00 | 1,705.00 |
| Parrish, M | 0.00 | 0.00 | 0.00 | 7.10 | 1,278.00 |
| Schuette, A | 0.00 | 0.00 | 0.00 | 57.10 | 6,281.00 |
| Weber, H | 0.00 | 0.00 | 0.00 | 184.70 | 31,399.00 |
| **TOTAL Legal Assistant (paralegals and other legal support personnel):** | **182.00** | **4.00** | **$728.00** | **581.60** | **$97,166.00** |
| **Other** | | | | | |
| Choi, M | 0.00 | 0.00 | 0.00 | 80.20 | 17,644.00 |
| **TOTAL Other:** | **0.00** | **0.00** | **$0.00** | **80.20** | **$17,644.00** |
| Subtotal Legal Fees: | | 76.70 | $28,796.50 | 5,151.80 | $1,829,201.50 |
| Less Discount: | | | -4,527.73 | | -410,526.65 |
| **TOTAL LEGAL FEES:** | | | **$24,268.77** | | **$1,418,674.85** |

Task Based Billing Summary
Law Firm Invoice

Matter Name: Acartha Group Receivership
C/M Firm No: 54464-102286

Page: 4

---

### ANALYSIS OF FEES BY FUNCTIONS:

| | | This Bill | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Amount | Hours | Amount |
| **PHASE – TASK CODES BLANK** | | | | | |
| | | 0.00 | $0.00 | 56.60 | $10,471.00 |
| | TOTAL : | 0.00 | $0.00 | 56.60 | $10,471.00 |
| **B-Financial Restructuring-Bankruptcy** | | | | | |
| B10 | Project administration(billable) | 0.00 | $0.00 | 4.90 | $2,107.00 |
| | TOTAL : | 0.00 | $0.00 | 4.90 | $2,107.00 |
| **B50-Banruptcy: Creditor or Debtor** | | | | | |
| B110 | Case Administration | 40.30 | $15,801.50 | 2,855.80 | $1,044,669.10 |
| B120 | Asset Analysis and Recovery | 1.70 | $773.50 | 278.80 | $72,932.13 |
| B130 | Asset Disposition | 0.00 | $0.00 | 103.00 | $28,067.83 |
| B210 | Business Operations | 7.80 | $3,354.00 | 752.80 | $318,186.50 |
| B220 | Employee Benefits/Pensions | 0.00 | $0.00 | 4.50 | $1,791.00 |
| B310 | Claims Administration and Objections | 26.90 | $8,867.50 | 1,097.90 | $350,761.94 |
| | TOTAL Claims and Plan: | 76.70 | $28,796.50 | 5,092.80 | $1,816,408.50 |
| **L06-Investigation/Discovery/Analysis** | | | | | |
| L06.500 | Analysis | 0.00 | $0.00 | 0.30 | $129.00 |
| L06.900 | Organization for Information | 0.00 | $0.00 | 0.20 | $86.00 |
| | TOTAL : | 0.00 | $0.00 | 0.50 | $215.00 |
| | Subtotal Legal Fees: | 76.70 | $28,796.50 | 5,154.80 | $1,829,201.50 |
| | Less Discount | | $-4,527.73 | | -410,526.65 |
| | TOTAL LEGAL FEES 54464-102286 | | $24,268.77 | | $1,418,674.85 |



May 27, 2015

Direct Correspondence To:
One US Bank Plaza
St. Louis, Missouri   63101-1693
314-552-6000
AccountsReceivable@ThompsonCoburn.com

U.S. District Court Eastern District of Missouri
Attn:  Hon. Carol E. Jackson
Thomas F. Eagleton Courthouse
111 S. 10th Street
3rd Floor
St. Louis, Missouri   63102

TIN

---

# REMITTANCE COPY

### PAYMENT DUE UPON RECEIPT
PLEASE REFERENCE INVOICE NUMBER WITH YOUR PAYMENT

Invoice # 3103550              **$24,288.43**

### Please remit this copy with your check to:

Thompson Coburn LLP
P.O. Box 18379M
St. Louis, MO   63195

### Wire Transfer Instructions:
Swift Code:
Bank Name:   US Bank N.A.
ABA/Routing Number:
Bank Account Name:   Thompson Coburn LLP
Account Number:

### ACH Instructions (United States only):
### NOT FOR WIRE TRANSFER USE
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number:
Account Number:

Please reference invoice number(s) with ACH or send an e-mail with the information to
AccountsReceivable@ThompsonCoburn.com