UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 4:12-cv-00080-CEJ |
| BURTON DOUGLAS MORRISS, *et al.*, | ) ) ) |
| Defendants, and | ) ) |
| MORRISS HOLDINGS, LLC, | ) ) |
| Relief Defendant. | ) |

# MEMORANDUM AND ORDER

This matter is before the Court on the *First Application for Allowance and Partial Payment of Holdback Amount Pertaining to Legal and Professional Services Rendered by the Receiver, Retained Counsel, and Other Professionals* (the "Application") filed by Claire M. Schenk, the court-appointed receiver for Acartha Group, LLC, MIC VII, LLC, Acartha Technology Partners, L.P. and Gryphon Investments III, LLC, on December 22, 2015. The Application covers legal and professional fees incurred during the period of January 17, 2012 through September 30, 2015 that remain unpaid pursuant to pursuant to an agreement with the SEC to hold back twenty percent (20%) of the incurred legal and professional fees. The receiver submitted the Application to the Securities and Exchange Commission ("SEC") for review before filing it with the Court, and the SEC does not object to the receiver's request. Additionally, the receiver posted the Application on the Receivership website for access by all investors and other interested parties. No objection has been filed.

In the Application, the receiver seeks a total award of $253,468.71 for legal and professional fees incurred by service providers, consisting of: (a) $219,403.95 for Thompson Coburn LLP; (b) $12,598.55 for Segue Equity Group, LLC; (c) $17,915.78 for CliftonLarsenAllen; (d) $566.43 for Pepper Hamilton LLP; and (e) $2,984.00 for FTL Capital. The receiver's request covers fifty percent (50%) of the accumulated holdback amount for the period of January 17, 2012 through September 30, 2015. The request is made without prejudice to the receiver's right to seek an order authorizing payment of the remaining holdback amounts upon further application to this Court.

The Court has reviewed the Application and supporting documentation and concludes that the requested fees and costs of $253,468.71 are reasonable and appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that the receiver's Application (ECF No. 426) is **granted**.

**IT IS FURTHER ORDERED** that the following fees are allowed and the receiver is authorized to make the following payments out of the assets of the receivership estate:

(1) $219,403.95 to Thompson Coburn LLP;

(2) $12,598.55 to Segue Equity Group, LLC;

(3) $17,915.78 to CliftonLarsenAllen;

(4) $566.43 to Pepper Hamilton LLP; and

(5) $2,984.00 to FTL Capital.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 20th day of January, 2016.